SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>               Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>               Defendants. | Case No. C08-01002<br><br>**STEVE SUTHERLAND DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. § § 1391, 1404(a)** |

DATED this 13th day of March, 2008.

        Respectfully submitted,

        LEWIS AND ROCA LLP

        By: /s/Suzanne L. Martin
        SUZANNE L. MARTIN
        California Bar No. 210613
        LEWIS AND ROCA LLP
        3993 Howard Hughes Parkway, Ste. 600
        Las Vegas, Nevada 89169
        (702) 949-8200
        (702) 949-8398 (fax)

        Attorney for Defendants

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

STEVE SUTHERLAND DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

404013.1

# DECLARATION OF STEVE SUTHERLAND

I, Steve Sutherland, declare as follows:

1. The following facts are within my personal knowledge and, if called to testify, I could testify competently to them.

2. I currently reside, and have resided at all relevant times associated with this lawsuit, in Las Vegas, Nevada.

3. I am currently, and have been at all relevant times associated with this lawsuit, the Executive Vice President and Chief Operating Officer for Konami Gaming, Inc. ("KGI"). KGI is incorporated under the laws of the State of Nevada. KGI's principal place of business is Las Vegas, Nevada. KGI maintains its own corporate records, and I have never commingled my own funds with that of KGI.

4. KGI does not have any employees in California. KGI does have two sales employees, both of which reside in Las Vegas, Nevada, who enter California for the purpose of making sales in California. When the need arises, KGI also sends technical support employees, all of which reside in Las Vegas, Nevada, into California. Konami's sales and marketing staff is located in Las Vegas, Nevada.

5. On or about October 14, 2005, KGI hired international executive search firm Korn/Ferry International to conduct a national search for the position of Vice President of Sales and Marketing at KGI. The position of Vice President of Sales and Marketing at KGI was to be serviced from Las Vegas, Nevada.

6. As part of KGI's search, I interviewed Plaintiff, Lou Ramondetta ("Ramondetta") in Las Vegas, Nevada. I have never met with Ramondetta in California.

7. That KGI hired Ramondetta to fill the position of Vice President of Sales and Marketing at KGI, on or about March 16, 2006. KGI's expectation was for Ramondetta to relocate to Nevada.

8. Two months after KGI hired Ramondetta, he reneged on his agreement to relocate to Nevada. Ramondetta then proceeded to attempt to negotiate with Konami

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

402899.1

1 regarding Konami paying for Ramondetta's travel expenses between his home in
2 California and Las Vegas, Nevada.

3     9. Partially in light of Ramondetta's decision to renege on his relocation
4 agreement, KGI terminated Ramondetta's employment.

5     10. I travel all over the world as part of my duties for KGI, including the State
6 of California. However, I do not regularly travel to California for personal reasons. I
7 have vacationed in California a few times in my life, and lived in California in the 1980s.
8 My business travels on behalf of KGI include meetings with Konami clients and potential
9 clients, negotiating and entering into contracts for services on behalf of Konami, and
10 applying for and obtaining all necessary state and governmental licenses and permits for
11 Konami to sell its goods and services in California.

12     11. I have never conducted any business, outside of that for KGI or other
13 corporate entities, in California. I do not maintain personal offices or places of business,
14 aside from my activities on behalf of KGI, in California. I do not have any personal
15 employees in California.

16     12. I do not currently own, lease, or maintain any property in California. I do
17 not maintain any personal bank accounts in California, nor do I have a personal telephone
18 listing or address in California.

19 I declare under penalty of perjury under the laws of the United States of America,
20 including 28 U.S.C. § 1746, that the foregoing is true and correct based upon my personal
21 knowledge.

22 Executed on this 12th day of March, 2008.

_____
Steve Sutherland

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

402899.1