SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>                Defendants. | Case No. C08-01002<br><br>**SATOSHI SAKAMOTO DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. § § 1391, 1404(a)** |

DATED this 13th day of March, 2008.

                Respectfully submitted,

                LEWIS AND ROCA LLP

                By: /s/Suzanne L. Martin
                SUZANNE L. MARTIN
                California Bar No. 210613
                LEWIS AND ROCA LLP
                3993 Howard Hughes Parkway, Ste. 600
                Las Vegas, Nevada 89169
                (702) 949-8200
                (702) 949-8398 (fax)

                Attorney for Defendants

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

STOSHI SAKAMOTO DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

404014.1

# DECLARATION OF SATOSHI SAKAMOTO

I, Satoshi Sakamoto, declare as follows:

1. The following facts are within my personal knowledge and, if called to testify, I could testify competently to them.

2. I currently reside, and have resided at all relevant times associated with this lawsuit, in Henderson, Nevada.

3. I am currently, and have been at all relevant times associated with this lawsuit, the Chief Executive Officer for Konami Gaming, Inc. ("KGI"). KGI is incorporated under the laws of the State of Nevada. KGI maintains its own corporate records, and I have never commingled my own funds with that of KGI.

4. On or about October 14, 2005, KGI hired international executive search firm Korn/Ferry International to conduct a national search for the position of Vice President of Sales and Marketing at KGI. The position of Vice President of Sales and Marketing at KGI was to be serviced from Las Vegas, Nevada.

5. As part of KGI's search, I interviewed Plaintiff, Lou Ramondetta ("Ramondetta") in Las Vegas, Nevada. I have never met with Ramondetta in California.

6. KGI hired Ramondetta to fill the position of Vice President of Sales and Marketing at KGI, on or about March 16, 2006. KGI's expectation was for Ramondetta to relocate to Nevada. Indeed, KGI offered Ramondetta a generous relocation package as part of his employment offer. A true and correct copy of the March 16, 2006 offer letter is attached hereto as Exhibit 1.

7. Two months after KGI hired Ramondetta, he reneged on his agreement to relocate to Nevada. Ramondetta then proceeded to attempt to negotiate with Konami regarding Konami paying for Ramondetta's travel expenses between his home in California and Las Vegas, Nevada.

8. Partially in light of Ramondetta's decision to renege on his relocation agreement, KGI terminated Ramondetta's employment.

9. I travel all over the world as part of my duties for KGI, including the State of California. My business travels on behalf of KGI include occasional meetings with Konami auditors. However, I do not regularly travel to California for personal reasons. I have often spent time in various California airports while on layovers traveling to and from various international destinations like Australia or Japan.

10. I have never conducted any business, outside of that for KGI or other corporate entities, in California. I do not maintain personal offices or places of business, aside from my activities on behalf of KGI, in California. I do not have any personal employees in California.

11. I do not own, lease, or maintain any property in California. I do not maintain any personal bank accounts in California, nor do I have a personal telephone listing or address in California.

I declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the foregoing is true and correct based upon my personal knowledge.

Executed on this 12 day of March, 2008.

_____
Satoshi Sakamoto

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

402900.1

**EXHIBIT 1**

Case 3:08-cv-01002-EDL   Document 5   Filed 03/13/2008   Page 4 of 7

# KONAMI

585 Trade Center Drive
Las Vegas, Nevada 89119
702.616.1400

March 16, 2006

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596

*Lou — by phone*
*Steve – SS approved*

Dear Lou:

Konami Gaming, Inc. is pleased to offer you the position of Vice President, Sales and Marketing at an annual rate of $■■■■, payable in biweekly installments; a sign on bonus of $■■■■ (minus applicable taxes) payable within 30 days *immediately* after your date of hire; and an additional bonus based on game unit sales in the North American market to include game units and participation units, as specified below:

| Quantity | Bonus Amount | Accumulated Amount |
|---|---|---|
| 4,500 units | $25,000 | $25,000 |
| 5,000 units | $50,000 | $75,000 |
| 5,500 units | $75,000 | $150,000 |
| 6,000 units | $100,000 | $250,000 |
| 6,001 – 10,000 units | $37.50/unit | per calculation |
| 10,001 & units | $50.00/unit | per calculation |

Second year annual salary will be no less than $■■■■ or as agreed to by CEO Satoshi Sakamoto. *plus applicable annual performance and Cost-of-Living adjust LR* This is a full-time exempt position reporting to Steve Sutherland, Executive Vice President and COO of Konami Gaming, Inc. Your start date will be on or about April ~~3~~ *10th LR*, 2006.

Relocation costs will be based on mutually agreed upon standards to include:
- current home closing costs, such as sales commission, legal and recording fees (excluding outstanding taxes, liens, etc)
- closing costs on the purchase of new residence in Las Vegas, Nevada such as title fees, application, etc (excluding 'points')
- cost of packing and moving household goods from California to Nevada and the transportation of two vehicles (excluding car collections, RV, etc)
- cost associated with moving one family, including mileage, airfare, hotel, meals

- general fund of $10,000 to include painting, carpet cleaning, miscellaneous preparatory expenses associated with new residence
- total amount (based on submission of verified receipts) to be grossed up and agreed upon by your start date at Konami Gaming, Inc.
- should employee voluntarily terminate employment within the first 12-months of the start date with Konami Gaming, Inc., the employee is responsible for the repayment of all relocation costs to Konami.

The scope of this letter is to outline our offer of employment and is not to be perceived as an employment contract. Konami Gaming, Inc. (KGI) is an "At Will" employer meaning that either you or KGI can terminate the employment relationship at any time, with or without notice, and with or without reason. Immediate roles and responsibilities will include Konami Game Sales, Product Management, and Sales Administration. Upon successful demonstration to executive management that the game sales group is performing per plan, your role will expand to taking on responsibility of the Konami Systems Sales group. In the interim period, you will be working with Steve Sutherland on the strategic positioning and organization of the systems division, ensuring cohesive and tactical sales efforts in the marketplace between both departments are achieved. It should be noted KGI considers an essential job function of your position to include travel. By signing the acceptance below, you are warranting that you will be able to conform to the reasonable expectations of KGI and fulfill the job functions. As a condition of employment, you may be required to sign Confidentiality and Intellectual Property Agreement(s) covering, without limitation, use, disclosure and/or ownership of confidential, proprietary, and/or trade secret information of KGI and its affiliates during and following the tenure of employment.

BENEFITS
- You are eligible to participate in the KGI Health, Dental, Vision, and other benefit plans on the first of the month following the date of hire
- Term Life insurance equal to two (2) times your annual salary
- Four weeks paid vacation
- Our current 401K benefit includes a company match of 50% up to 15% contributed for this calendar year
- Three months severance including a three-month non-compete agreement.

Other:   The Company maintains memberships at Southern Highlands Golf Course and the Foundation Room specifically for the purposes of customer entertainment. In your role at KGI, you will have access to these facilities per the guidelines established for employees provided such access.

Because we operate in a heavily regulated industry, the position offered to you is subject to a criminal background check. This offer is contingent upon Compliance approval, a pre-employment drug test, and final approval from our Japanese parent company. Should you fail to receive Compliance approval, or test positive for the presence of an illegal or controlled substance, or not be approved by our parent company, this offer will be withdrawn. All necessary paperwork and drug test forms need to be completed at your

Ramondetta Offer                Page 2 of 3

earliest convenience. Additionally, as a key employee of Konami Gaming, Inc. you will be subject to further criminal background checks by multiple gaming jurisdictions throughout your tenure of employment.

By accepting this offer of employment, you agree to settle any and all claims, disputes or controversies arising out of or relating to your application or candidacy for employment, employment and/or cessation of employment with KGI, *exclusively* by final and binding *arbitration* before a neutral arbitrator. By way of example only, such claims include claims under federal, state, and local statutory or common law, such as the Age Discrimination in Employment Act, Title VII of the Civil Rights Act, as amended, including the amendments of the Civil Rights Act of 1991, the American With Disabilities Act, the law of contract and the law of tort.

Please indicate your acceptance of the terms of this offer by signing on the line provided. Your signature confirms that you do not have any restrictive covenant with your employer that would prevent you from accepting employment with KGI. Additionally, as professionals operating within this competitive industry, you have our commitment that we will not ask for, nor should you divulge, any proprietary information, including customer lists. All confidential material relative to your previous employer must and shall remain confidential.

Sincerely,

*[signature]*

Satoshi Sakamoto, Chief Executive Officer
Konami Gaming, Inc.

Accepted by:

*[signature]* 3/24/06
Lou Ramondetta    (Date)