SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>                    Defendants. | Case No. C08-01002<br><br>**THOMAS A. JINGOLI DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. § § 1391, 1404(a)** |

DATED this 13th day of March, 2008.

        Respectfully submitted,

        LEWIS AND ROCA LLP

        By: /s/Suzanne L. Martin
        SUZANNE L. MARTIN
        California Bar No. 210613
        LEWIS AND ROCA LLP
        3993 Howard Hughes Parkway, Ste. 600
        Las Vegas, Nevada 89169
        (702) 949-8200
        (702) 949-8398 (fax)

        Attorney for Defendants

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

THOMAS A. JINGOLI DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

404015.1

## DECLARATION OF THOMAS A. JINGOLI

I, Thomas A. Jingoli, declare as follows:

1. The following facts are within my personal knowledge and, if called to testify, I could testify competently to them.

2. I currently reside, and have resided at all relevant times associated with this lawsuit, in Henderson, Nevada.

3. I am currently, and have been at all relevant times associated with this lawsuit, the Senior Director of Compliance and Legal Administration for Konami Gaming, Inc. ("KGI"). KGI is incorporated under the laws of the State of Nevada. KGI maintains its own corporate records, and I have never commingled my own funds with that of KGI.

4. On or about October 14, 2005, KGI hired international executive search firm Korn/Ferry International to conduct a national search for the position of Vice President of Sales and Marketing at KGI. The position of Vice President of Sales and Marketing at KGI was to be serviced from Las Vegas, Nevada.

5. As part of KGI's search, I interviewed Plaintiff, Lou Ramondetta ("Ramondetta") in Las Vegas, Nevada. I have never met with Ramondetta in California.

6. That KGI hired Ramondetta to fill the position of Vice President of Sales and Marketing at KGI, on or about March 16, 2006.

7. Two months after KGI hired Ramondetta, he reneged on his agreement to relocate to Nevada. Ramondetta then proceeded to attempt to negotiate with Konami regarding Konami paying for Ramondetta's travel expenses between his home in California and Las Vegas, Nevada.

8. Partially in light of Ramondetta's decision to renege on his relocation agreement, KGI terminated Ramondetta's employment.

9. I travel all over the world as part of my duties for KGI, including the State of California. On average, I travel to California 4 to 5 times a year for business purposes.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

402901.1

1  On average, I travel to California 4 to 5 times a year to visit friends. My business travels
2  on behalf of KGI include meetings with Konami clients and potential clients, negotiating
3  and entering into contracts for services on behalf of Konami, and applying for and
4  obtaining all necessary state and governmental licenses and permits for Konami to sell its
5  goods and services in California.

6      10.    I have never conducted any business, outside of that for KGI or other
7  corporate entities, in California. I do not maintain personal offices or places of business,
8  aside from my activities on behalf of KGI, in California. I do not have any personal
9  employees in California.

10     11.    I do not own, lease, or maintain any property in California. From time to
11 time I call my financial advisor who works for Smith Barney, and is based out of Los
12 Angeles, California. I do not however, maintain any personal bank accounts in
13 California, nor do I have a personal telephone listing or address in California.

14     I declare under penalty of perjury under the laws of the United States of America,
15 including 28 U.S.C. § 1746, that the foregoing is true and correct based upon my personal
16 knowledge.

17     Executed on this 12th day of March, 2008.

_____
Thomas A. Jingoli

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

402901.1