1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>    Defendants. | Case No. C08-01002<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. § § 1391, 1404(a)** |

WHEREAS, Defendants' Motion to Dismiss Under F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. §§ 1391, 1404(a) ("Motion") came before the honorable Judge Jeffrey S. White for a hearing on May 9, 2008.  Having reviewed and considering the parties' respective pleadings, declarations, and having heard oral argument, the Court makes the following findings of fact and conclusions of law:

1.  The United States District Court, Northern District of California does not have personal jurisdiction over the individual defendants, Steve Sutherland, Satoshi Sakamoto, and Tom Jingoli, and this matter must be dismissed as to the individual defendants.

2.  Venue is not appropriate in the United States District Court, Northern District of California because this action arises out of Plaintiff's employment in Nevada by a

Nevada corporation, and the breach of an alleged employment agreement that the Plaintiff executed in Nevada.

3. The United States District Court, Northern District of California is not the most convenient forum for this action. This Court does not have jurisdiction over three of the four named defendants. The majority of the witnesses and evidence are in Nevada. Litigating this matter in California Court would be financially oppressive and vexatious to the Nevada parties and witnesses, and would not serve the public interest of the citizens of California, or this Court, all of whom would be required to preside as fact finders in a case involving Plaintiff's employment in Nevada by a Nevada corporation, which is governed by Nevada law.

WHEREAS, the Court finds that the pleadings, exhibits and affidavits on file support the above findings of fact and Defendants are entitled to a dismissal of individual defendants due to lack of personal jurisdiction, a dismissal as to all Defendants due to forum non conveniens, and for good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Motion is GRANTED. Accordingly:

1. This Court does not have either general or specific jurisdiction over the individual defendants Steve Sutherland, Satoshi Sakamoto, and Tom Jingoli. The individual defendants are therefore dismissed from this action.

2. Venue is not proper in the United States District Court, Northern District of California because a substantial part of the events giving rise to this action occurred in whole, or in substantial part, in Nevada. Plaintiff's complaint is therefore dismissed.

/ / /

/ / /

CV-C-08-01002 JSW

404021.1

1      3.     The proper venue for this action is the United States District Court, District of Nevada. For the convenience of the parties and witnesses, and in the interests of justice, this case shall be transferred to the United States District Court, District of Nevada.

IT IS SO ORDERED.

DATED: _____, 2008

                                         UNITED STATES DISTRICT COURT JUDGE