SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorney for the Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>        Defendants. | Case No. C08-01002<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 13, 2008, I electronically transmitted the foregoing **DECLARATIONS OF STEVE SUTHERLAND, SATOSHI SAKAMOTO and TOM JINGOLI,** and **[PROPOSED] ORDER ON** D**EFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. § § 1391, 1404(a)** with the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the following:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596


By : ___/S/ Laura Sliwinski
            An Employee of Lewis and Roca LLP

CV-C-08-01002 JSW

404046.1