IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

    Plaintiff,

    v.

KONAMI, et al.

    Defendants.

No. C 08-01002 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

On March 13, 2008, Defendants filed a motion to dismiss, which is noticed for hearing on May 9, 2008. It is HEREBY ORDERED that Plaintiff's opposition shall be due on April 4, 2008, and Defendants' reply shall be due on April 11, 2008. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If any party seeks a modification of this briefing schedule, they shall submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: March 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

  v.

KONAMI et al,

        Defendant.

Case Number: CV08-01002 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: March 14, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk