UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rumondetta ,
        Plaintiff(s),

v.

Moncum ,
        Defendant(s).
_____/

CASE NO. C08-01002 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

**FILED**
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

*I am willing to consider Mediation or Settlement Conference. I will be applying for Assisted Settlement*

Date of Case Management Conference: May 30, 08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lou Ramondetta | "pro se" | 925 989-2525 | LCRamondetta@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/19/08

_____
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Rev. 12/05