UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Ramondetta_,
Plaintiff(s),

v.

_Konami_,
Defendant(s).
_____/

CASE NO. _C08-01002-JSW_

ADR CERTIFICATION BY PARTIES
AND COUNSEL

**FILED**

MAR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _3/19/08_

[signature]
[Party]

Dated: _____

" _pro se_ "
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05