1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

4  March 19, 2008

**FILED**

MAR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | CASE NO.: C08-01002 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date: May 30, 2008 CMC |
| KONAMI, *et al.*, Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli | Time: 1:30 pm<br>Courtroom: #2, 17th floor |
| Defendants. | |

I hereby certify that on March 19, 2008, I served the forgoing by depositing a copy of mailing, first class mail, postage prepaid to the following:

Suzanne Martin
Lewis and Roca LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89119
(702) 949-8200

United States District Court
450 Golden Gate Ave
San Francisco, CA 94102
Attn: Hon Judge White
Jennifer Ottolini

By: _____
Lou Ramondetta
"pro se"

PLAINTIFF'S COMPLAINT

CASE NO. C0801002 JSW