SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorney for the Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>                    Defendants. | Case No. C08-01002 JSW<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**<br>**and**<br>**REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE** |

Defendants[1] and Plaintiff hereby agree and stipulate to continue the hearing on Defendants' Motion to Dismiss (Docs. # 3-6) from May 9, 2008, at 9:00 a.m. to May 16, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard.  The parties make this agreement and stipulation to accommodate certain conflicts in Defendants' counsel's schedule that arose after the Motion to Dismiss was filed.

/ / /

/ / /

/ / /

/ / /

---

[1]  By filing this Stipulation and Request for Leave, the individuals Defendants are not conceding to this Court's jurisdiction, or waiving their right to object to this Court's exercise of personal jurisdiction over them.

**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS and REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE**

CV-C-08-01002 JSW

407566.1

The parties also **request leave of the Court** to modify the briefing schedule set by this Court's Order on March 14, 2008 (Doc. # 9) as follows:

1. to continue the date by which Plaintiff must file a response to Defendants' Motion to Dismiss from April 4, 2008, to April 11, 2008;

2. to continue the date by which Defendants' must file a reply in support of the Motion to Dismiss from April 11, 2008, to April 18, 2008.

**IT IS SO STIPULATED and RESPECTFULLY REQUESTED**:

Dated: April 1, 2008

By: /s/ Lou Ramondetta
LOU RAMONDETTA, *pro per*
2335 Stewart Avenue
Walnut Creek, CA 94596

Dated: April 1, 2008

By: /s/ Suzanne L. Martin
SUZANNE L. MARTIN
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
Attorney for the Defendants

**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS and REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE**

CV-C-08-01002 JSW

407566.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS and REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE**

CV-C-08-01002 JSW

407566.1