UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                      Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>                      Defendants. | Case No. C08-01002 JSW<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**<br>**and**<br>**REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE** |

Good cause appearing, it is hereby ordered:

1. The Court will continue the hearing on Defendants' Motion to Dismiss (Docs. # 3-6) from May 9, 2008, at 9:00 a.m. to May 16, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER ON STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS and REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE**

CV-C-08-01002 JSW

407575.1

CV-C-08-01002 JSW

2. The parties' request for leave to modify the briefing schedule contained in the Court's March 14, 2008, Order (Doc. # 9) is granted:

    a. Plaintiff shall file a response to Defendants' Motion to Dismiss on or before April 11, 2008;

    b. Defendants shall file a reply in support of the Motion to Dismiss on or before April 18, 2008.

**IT IS SO ORDERED.**

Dated: April __, 2008

_____
District Court Judge Jeffrey S. White

**ORDER ON STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS and REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE**

CV-C-08-01002 JSW

407575.1