UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lou Ramondetta,

                Plaintiff(s),

    v.

Konami, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom
                Defendant(s).
_____/

Case No. C08-01002 JSW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

                                    Defendants
                                    [Party]

Dated: March 27,

                                    Suzanne L. Martin
                                    [Counsel]