FILED
APR 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli,<br><br>    Defendants. | Case No. C08-01002 JSW<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS<br>and<br>REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE |

Good cause appearing, it is hereby ordered:

1. The Court will continue the hearing on Defendants' Motion to Dismiss (Docs. # 3-6) from May 9, 2008, at 9:00 a.m. to May 16, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard;

///
///
///
///
///
///
///

ORDER ON STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS and REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE

CV-C-08-01002 JSW

407575.1

407575.1

2. The parties' request for leave to modify the briefing schedule contained in the Court's March 14, 2008, Order (Doc. # 9) is granted:

   a. Plaintiff shall file a response to Defendants' Motion to Dismiss on or before April 11, 2008;

   b. Defendants shall file a reply in support of the Motion to Dismiss on or before April 18, 2008.

**IT IS SO ORDERED.**

APR 0 3 2008

Dated: April __, 2008

District Court Judge Jeffrey S. White

**ORDER ON STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS and REQUEST FOR LEAVE OF COURT RE: BRIEFING SCHEDULE**

CV-C-08-01002 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

v.

KONAMI et al,

        Defendant.
        _____/

Case Number: CV08-01002 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: April 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk