1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

4

   Lewis and Roca LLP
5  3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, NV 89169
6  (702) 949-8200
   (702) 949-8398 (fax)
7

8  April 10, 2008

9

10

11

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16  LOU RAMONDETTA,                    )   CASE NO.: C08-01002 JSW
                                       )
17              Plaintiff,             )   **DECLARATIONS OF LOU**
                                       )   **RAMONDETTA OPPOSING**
18         v.                          )   **DEFENDANT'S MOTION TO DISMISS**
                                       )   **PURSUANT TO FED. RULE CIV.**
19  KONAMI, *et al.*, Konami, Steve Sutherland, )   **PROC. 12(B)(2), (B)(3), USC 1391,**
    Satoshi Sakamoto and Tom Jingoli   )   **1404(A)**
20                                     )
                Defendants.            )   Date: May 16, 2008
21  _____    Time: 9 am
                                           Courtroom: #2, 17th floor
22                                         Before: Honorable Judge White

23

24

25

26

27

28

PLAINTIFF'S DECLARATIONS

CASE NO. C0801002 JSW

## PLAINTIFF'S DECLARATIONS

1. I, Lou Ramondetta declare:

2. I have personal knowledge of the facts set forth in this declaration, and I could competently testify to them.

3. I had much of my recruitment, hiring process, interviews and agreement negotiated and signed in California.

4. I worked for the Executive Vice President and Chief Operating Officer.

5. I was hired with a pre-signed Offer Letter by the Chief Executive Officer, Sakamoto, that I countersigned and executed in California.

6. I had no requirement or timeline in my Offer Letter requiring me to relocate to Las Vegas, NV.

7. I was supported by and interacted with the said Defendants routinely from California regarding business in California and North America. They also contacted me in California.

8. I was contacted by Korn/Ferry International recruiters, based at 2600 Michelson Drive in Irvine, CA on or about January of 2006 for this role. I had a number of extensive interviews with them in California. Konami engaged Korn/Ferry to recruit for my role.

9. I talked and interviewed with Sutherland and Jingoli via phone from California and personally with the Konami CEO and COO in Las Vegas, NV.

10. I was terminated by Konami on or about June 14th 2006 before I had the opportunity to finalize any potential relocation.

11. Konami's principal place of business revenue was California with upwards of 50% of their revenues in California. Revenues declined in percentage to Canada, followed by Michigan and lastly, Las Vegas which was one of the smallest revenue areas.

12. I was not paid any of my expenses or payroll until I was forced to sign documents tying my compensation to Nevada where I did not even have residence.

13. Only a small percentage of my employment time was spent in the Las Vegas office. Most of my time was spent in California or traveling to various customers and at trade shows.

14. I lived in California for the two months during my employment and commuted around North America. I never relocated, had residence or drivers license in Nevada.

15. I am aware that in the last five years the Defendant's have routinely traveled to California with Konami salespeople doing business.

16. I currently reside in Walnut Creek, CA with my family and kids in middle and high school and have lived in California for many years. My wife also works in California.

PLAINTIFF'S DECLARATIONS -1-

CASE NO. C08-01002 JSW

17. The California Department of Labor Standards Enforcement accepted jurisdiction over my expense case filed against Konami that I addressed separately with them setting precedence for California having Jurisdiction and being the right venue. On April 19th, 2007 in a letter from Ms. Ellen Shaffer, Sr., Deputy Labor Commissioner, she stated that "California does have Jurisdiction over the matter".

18. I tried to initiate and settle my claims via arbitration in California. My agreement gives me the option to settle claims through arbitration but does not stipulate an arbitrator, state law or location for arbitration, only that I use "a neutral arbitrator".

19. I am aware that Konami Corporation minimally has California offices at 1400 Bridge Pkwy, Redwood City, CA and an office and holding company at 2381 Rosecrans Ave, Ste 200, El Segundo.

20. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 10, 2008

*[signature]*

Lou Ramondetta

Served to:

Lewis and Roca LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398 (fax)

PLAINTIFF'S DECLARATIONS                -2-

CASE NO. C08-01002 JSW