SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorney for the Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>               Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland,<br>Satoshi Sakamoto and Tom Jingoli,<br><br>               Defendants. | Case No. C08-01002 JSW<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. § § 1391, 1404(a)**<br><br>Hearing Date: May 16, 2008<br><br>Hearing Time: 9:00 a.m. |

# TABLE OF CONTENTS

**SECTION**                                                                      PAGE #

I.    **INTRODUCTION**.................................................................................1

II.   **LEGAL DISCUSSION**.......................................................................1

    A. **The Court Does Not Have General Jurisdiction Over the Individual Defendants**............................................................................1

    B. **The Court Does Not Have Specific Jurisdiction Over the Individual Defendants**............................................................................4

    C. **The Fiduciary Shield Doctrine Prohibits the Court from Exercising Jurisdiction Over the Individual Defendants** ...........................................5

    D. **This Matter Must Be Dismissed or Transferred** .................................7

III.  **CONCLUSION** ................................................................................11

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

411788.1

1

## TABLE OF AUTHORITIES

2

3    Bancroft & Masters, Inc. v. Augusta National, Inc., 223 F.3d 1082 (9th Cir. 2000) .......1, 4

4    Calder v. Jones, 465 U.S. 783 (1984) ..................................................................................6

5    Gulf Oil Corp. v. Gilbert, 330 U.S. 501 (1947)..................................................................8

6    Hardaway Constructions, Inc. v. Codisco Indus., 583 F.Supp. 617 (D. N.J. 1983) ...........7

7    Harris Rutsky & Co. Ins. Servs., Inc. v. Bell & Clements Ltd., 328 F.3d 1122

8    (9th Cir. 2003) ...................................................................................................................1

9    Hoag v. Sweetwater Int'l, 857 F.Supp. 1420 (D. Nev. 1994) .............................................6

10   Koster v. Lumbermens Mut. Cas. Co., 330 U.S. 518 (1947)..............................................7

11   Multistate Legal Studies, Inc. v. Marino, 1996 U.S. Dist. LEXIS 20752

12   (C.D. Cal. 1996)..................................................................................................................7

13   Norwood v. Kirkpatrick, 349 U.S. 29 (1955) ....................................................................7

14   Omeluk v. Langsten Slip & Batbyggeri A/S, 52 F.3d 267 (9th Cir. 1995) .........................4

15   Pebble Beach Co. v. Caddy, 453 F.3d 1151 (9th Cir. 2006) ..........................................1, 4

16   Piper Aircraft Co. v. Reyno, 454 U.S. 235 (1981).....................................................7, 8, 10

17   Priyanto v. M/S Amsterdam, 2007 U.S. Dist. LEXIS 96370 (C.D. Cal. 2007)..................7

18   Schwarzenegger v. Fred Martin Motor Co., 374 F.3d 797 (9th Cir. 2003) ........................4

19   Sher v. Johnson, 911 F.2d 1357 (9th Cir. 1990) ................................................................6

20   Taylor-Rush v. MutiTech Corporation, (1990) 217 Cal.App. 3d 103,

21   265 Cal.Rptr. 672..............................................................................................................6

22

23

24

25

26

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC
§§ 1391, 1404

CV-C-08-01002 JSW
4117RR 1

I.  **INTRODUCTION**

Plaintiff, formerly a Nevada employee who worked in Nevada for a Nevada corporation wants this California Court to extradite four Nevada Defendants, three of whom it does not have jurisdiction over, the evidence, third party witnesses, and attorneys, to California to litigate a straight forward breach of contract action that arose out of Plaintiff's fleeting employment.

For the reasons discussed in Defendants' Motion to Dismiss and this Reply, this Court must dismiss this case, or transfer it to the District Court of Nevada.

II.  **LEGAL DISCUSSION**

A.  **The Court Does Not Have General Jurisdiction Over the Individual Defendants**

Other than stating and restating unsubstantiated and unverified "facts" about the Individual Defendants alleged contacts with California, Plaintiff fails to establish – *as he must* – that this Court has personal general jurisdiction over the Individual Defendants, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli. See Pebble Beach Co. v. Caddy, 453 F.3d 1151, 1154 (9th Cir. 2006) ("When a defendant moves to dismiss for lack of personal jurisdiction, the **plaintiff** bears the burden of demonstrating that the court has jurisdiction over the defendant.") (citing Harris Rutsky & Co. Ins. Services, Inc. v. Bell & Clements Ltd., 328 F.3d 1122, 1128-29 (9th Cir. 2003) (emphasis added)).  Plaintiff has the burden of demonstrating that the Individual Defendants personal and individual contacts with California were substantial or continuous and systematic enough to satisfy the due process requirements of the Constitution.  Bancroft & Masters, Inc. v. Augusta National, Inc., 223 F.3d 1082, 1086 (9th Cir. 2000).  The standard is "fairly high" and demands that the personal and individual contacts of each and every Individual Defendants are enough to approximate physical presence.  *Id.*

The thrust of Plaintiff's general jurisdiction argument is that the Individual Defendants hiring of a California recruiting firm to seek him out for the position of Vice President of Sales and Marketing at Konami Gaming Inc. ("KGI"), communications with him over the phone while he was in California, and the making of "personal tort decisions to withhold pay, expenses and

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

1  terminate" his employment "inappropriate with their capacity as corporate agents" created

2  continuous and systematic contacts sufficient for this Court to exercise jurisdiction over them. See

3  Opp., pp. 3, 4.

4    The Individual Defendants did not hire Korn Ferry, nor is Korn Ferry a California

5  recruiting firm. KGI retained the international executive search firm Korn Ferry to conduct a

6  national search for the position of Vice President of Sales. See Doc. # 4, ¶ 5 (Dec. of Steve

7  Sutherland). As noted in Plaintiff's Opposition, Korn Ferry has an office in Irvine, California.

8  See Opp., p. 3. Korn Ferry also has offices in 18 cities in the United States, and 14 cities

9  throughout Canada and South America. See Declaration of Suzanne Martin, and Ex. 1 attached

10  thereto, filed concurrently herewith ("Martin Dec."). That KGI retained an international search

11  firm with offices in California, whose national search identified a California resident, does not

12  demonstrate that the Individual Defendants themselves had continuous and systematic contacts

13  with California to approximate physical presence in the state for general jurisdiction to attach to

14  them.

15    Of course the Individual Defendants communicated with the Plaintiff during the recruiting

16  and negotiation process, and later, during his employment, while he was in California. It is where

17  the Plaintiff lived, and eventually chose to remain. The Individual Defendants' telephone

18  conversations with the Plaintiff in their capacity as KGI employees and officers, from their offices

19  in Nevada, or on their business travels, do not, however, create sufficient contacts sufficient to

20  support a finding of general jurisdiction.

21    Furthermore, when the Individual Defendants spoke with the Plaintiff before and during

22  his employment, they were operating under the premise that Plaintiff planned on moving to

23  Nevada to live and work. Plaintiff flew to Nevada to interview for the position and represented

24  during the interview and negotiation process that he would move to Nevada. See Doc. # 4, ¶¶ 6, 7

25  (Dec. of Steven Sutherland); Doc. # 5, ¶¶ 5, 6 (Dec. of Satoshi Sakamoto). Plaintiff does not

26  dispute these facts in the Opposition or his Declaration. When Plaintiff executed the offer letter

and accepted a position of employment with a Nevada corporation in Nevada, he acknowledged

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

1    his intent and confirmed his promise to relocate to Nevada. See Doc. # 1, to which the offer letter

2    is attached. The offer letter specifically contemplates the sale of Plaintiff's home in California and

3    the purchase of a home in Nevada. See id.

4        Also contrary to the Opposition, after Plaintiff accepted the Vice President of Sales

5    position at KGI, he worked in Nevada. Unless he was attending a trade show, client meeting, or

6    compliance interview, each week, Plaintiff flew to Nevada for work. Many of the "business

7    expenses" he claims are owed to him were incurred in connection with his travel, entertainment,

8    food and beverage when he came to Nevada each week for work. See Martin Dec., Ex. 2. In the

9    meantime, Plaintiff was searching for housing in Nevada. Id., Ex. 3. Whatever work Plaintiff

10   claims he performed from his home in California when he returned each weekend that may have

11   necessitated communications with the Individual Defendants was, at best, de minimus.

12       Plaintiff's misrepresentation about certain personal facts that were discovered during the

13   first of several gaming licensing and compliance background investigations (see id., Ex. 4),

14   coupled with his failure to fulfill his promise to relocate to Nevada, resulted in his termination just

15   two short months after he was employed. If Plaintiff's Nevada employer KGI did not reimburse

16   him for business expenses, or pay him severance, consistent with the terms and conditions of the

17   offer letter as he claims, this failure and any resulting breach would be conduct attributable only to

18   the corporate defendant KGI, for which only the corporate defendant KGI would be liable, not the

19   Individual Defendants.

20       The contacts Plaintiff claims the Individual Defendants had with California can be reduced

21   to their telephone conversations with the Plaintiff. The Individual Defendants' respective

22   telephone conversations with the Plaintiff from their Nevada offices, or on business, in their

23   capacity as KGI employees and officers, does not create the necessary continuous or systematic

24   personal contacts with California to confer general jurisdiction over them.

25   / / /

26   / / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

411788.1

1
2

**B.**    **The Court Does Not Have Specific Jurisdiction Over the Individual Defendants**

3    In the absence of general jurisdiction, "[s]pecific personal jurisdiction over a defendant

4    may be established **only where the cause of action arises from the defendant's contacts with**

5    **the forum."**    Bancroft & Masters, Inc., 223 F.3d at 1086 (emphasis added).    Whether the

6    Individual Defendants have minimum contacts sufficient for a court to exercise specific personal

7    jurisdiction hinges on: 1) whether the Individual Defendants performed some act or consummated

8    some transaction within California, or otherwise purposefully availed themselves of the privileges

9    of conducting activities in the forum; 2) whether the claims arise out of or result from the

10    Individual Defendants' forum-related activities; and 3) whether the exercise of jurisdiction over

11    the Individual Defendants is reasonable.  See Pebble Beach Co., 453 F.3d at 1155 (citing Bancroft

12    & Masters, Inc., 223 F.3d at 1086.)   If any of the three requirements above is not satisfied,

13    jurisdiction in the forum is improper.  Pebble Beach Co., 453 F.3d at 1155 (citing Omeluk v.

14    Langsten Slip & Batbyggeri A/S, 52 F.3d 267, 270 (9th Cir. 1995).)  Here too, Plaintiff bears the

15    burden of satisfying the minimum contacts test.  Id., at 453 F.3d at 1155 (citing Schwarzenegger

16    v. Fred Martin Motor Co., 374 F.3d 797, 802.)

17    Plaintiff contends that "a substantial portion of the events and interactions that gave rise to

18    this dispute occurred in California."  Opp., p. 4.   But, he does not identify the events and

19    interactions the Individual Defendants performed in California, which of those events and

20    interactions gave rise to this action, and why it would be reasonable to exert jurisdiction over the

21    Individual Defendants.  Instead, Plaintiff narrates *his* discussions, interviews and negotiations as

22    an applicant for employment, *his* communications with the Individual Defendants while *he*

23    worked from *his* home in California, and *his* travel away from California to "various destinations"

24    outside of California to perform work. See Opp., p. 4.  Plaintiff's conduct is irrelevant.

25    The focus of the specific jurisdiction inquiry is the Individual Defendants' actions in or

26    directed at California that gave rise to this action.  There are none.  Plaintiff asserts that KGI *and*

the Individual Defendants failed to pay his business expenses and severance to a "California

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

4117881

1  resident and employee" which constitutes an action directed at California and violates California

2  law.  See Opp., p. 4.  The Individual Defendants did not employ the Plaintiff, the corporate

3  defendant KGI employed the Plaintiff in Nevada.  Any alleged breach of contract in failing to pay

4  the Plaintiff's business expenses and severance would have been a breach by the corporate

5  defendant KGI, not the Individual Defendants.  The corporate defendant's alleged breach – if any

6  – does not give rise to specific jurisdiction over the Individual Defendants.

7      Importantly, the complained of conduct was not directed at California and did not violate

8  California law.  Plaintiff interviewed in Nevada for a position with KGI in Nevada and specifically

9  represented that he would relocate to Nevada to live and work, hence the inclusion of a generous

10 relocation package in the offer letter that contemplates the sale of his home in California and the

11 purchase of a new home in Nevada.  See Doc. #1, offer letter.  From April 2006 through June

12 2006, Plaintiff left California each and every week and flew to Las Vegas, Nevada to work in his

13 office at KGI, or he flew away from California to conduct business on behalf of KGI outside of

14 California.  See Martin Dec., Ex. 2.  KGI's alleged breach of a Nevada contract of employment

15 (which it disputes) in failing to pay Plaintiff's business expenses and/or severance occurred in

16 Nevada, was directed at a Nevada employee and is governed solely and exclusively by Nevada

17 law.

18 **C.    The Fiduciary Shield Doctrine Prohibits The Court From Exercising**

19 **Jurisdiction over the Individual Defendants**

20     Ultimately, the Individual Defendants' alleged contacts were performed in their capacity as

21 KGI employees and officers, in furtherance of KGI's business interests, and consistent with their

22 employment and respective roles as Chief Executive Officer (Satoshi Sakamoto), Executive Vice

23 President and Chief Operating Officer (Steven Sutherland), and Senior Director of Compliance

24 and Legal Administration (Tom Jingoli).  While these contacts may demonstrate that the Court has

25 jurisdiction over the corporate defendant KGI, jurisdiction over a corporate defendant does not

26 equate to jurisdiction over an officer or employee of the corporation.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC
§§ 1391, 1404

CV-C-08-01002 JSW

411788.1

The "fiduciary shield" doctrine prevents the Court from exercising personal jurisdiction over an individual when his forum-related contacts were made while acting as an agent for his principal. See Sher v. Johnson, 911 F.2d 1357, 1366 (9th Cir. 1990) (partners' contacts with California while acting in furtherance of the partnership are attributable to the partnership, not the individuals and thus, the court could not exercise jurisdiction over the individuals). See also, Hoag v. Sweetwater International, 857 F.Supp. 1420, 1426 (D. Nev. 1994) citing Calder v. Jones, 465 U.S. 783, 790 (1984) ("Jurisdiction over an individual director or officer of a corporation may not be predicated on the court's jurisdiction over the corporation itself, unless the individual himself maintains contacts with the forum state that would subject him to the coverage of the state's long arm statute and comport with due process.")

Plaintiff relies on Taylor-Rush v. MutiTech Corporation, (1990) 217 Cal.App. 3d 103, 265 Cal.Rptr. 672, in arguing that the fiduciary shield doctrine does not protect employees, who in furtherance of their employer's business, intentionally direct tortious conduct into California. In analyzing the fiduciary shield doctrine and personal jurisdiction at length, the appellate court in Taylor-Rush specifically recognized that although the fiduciary shield doctrine will not protect an employee who perpetrates tortious conduct in, or directs tortious conduct at California, "jurisdiction must be established on the individual facts" by demonstrating that the alleged tortfeasors and fiduciaries also have the requisite minimum contacts with the state. Id., 217 Cal.App. 3d at 117-18, 265 Cal.Rptr. at 680 (emphasis added). The appellate court concluded that only 2 out of the 5 nonresident, nondomiciliary individual defendants and employees of the corporate defendant were subject to the California court's jurisdiction because they admittedly committed tortious acts of intentional misrepresentation in California, or directed at California, and their tortious acts resulted in plaintiff executing a contract in California to consummate the purchase and sale of securities in California under false pretenses – a violation of the California Corporations Code. Id.

Preliminarily, this is not a tort case and Plaintiff does not allege that any tortious conduct was committed in, or directed at California. This is contract dispute between a Nevada employer

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW

1    and *its Nevada employee* about the terms of an offer letter related to Plaintiff's *employment in*

2    *Nevada* that is *governed by Nevada law*. Moreover, the Individual Defendants' communications

3    with the Plaintiff when the Plaintiff was in California do not establish the minimum California

4    contacts for the Individual Defendants that are necessary for this Court to exercise personal

5    general jurisdiction over the Individual Defendants.

     **D.**    **This Matter Must be Dismissed for *Forum Non-Conveniens* or Transferred**

7         The Court should exercise its discretion and either dismiss this matter for *forum non-*

8    *conveniens*, or at the very least, transfer this matter to the appropriate venue, the District of

9    Nevada. See Priyanto v. M/S Amsterdam, 2007 U.S. Dist. LEXIS 96370 *16 (C.D. Cal. 2007)

10   (citing Piper Aircraft Co. v. Reyno, 454 U.S. 235, 256 (1981)). See e.g., Multistate Legal Studies,

11   Inc. v. Marino, 1996 U.S. Dist. LEXIS 20752 (C.D. Cal. 1996). The transfer of venue analysis is

12   similar to that employed in evaluating *forum non-conveniens*, but a lesser showing of

13   inconvenience is required under § 1404(a) to transfer venue, and a district court's discretion in

14   granting a transfer is broader than when determining whether to allow dismissal or transfer

15   because of *forum non-conveniens*. Piper Aircraft Co., 454 U.S. at 253; Norwood v. Kirkpatrick,

16   349 U.S. 29, 32 (1955); Hardaway Constructions, Inc. v. Codisco Indus., 583 F.Supp. 617, 619 (D.

17   N.J. 1983). When, as here, an alternate forum unquestionably has jurisdiction over *all* of the

18   defendants, and trial in the chosen forum would "establish oppressiveness and vexation to a

19   defendant . . . out of all proportion to plaintiff's inconvenience," the court may exercise its

20   discretion and dismiss, or transfer the case to the more convenient and less onerous forum. See

21   Piper Aircraft Co., 454 U.S. at 253 (citing Koster v. Lumbermens Mut. Cas. Co., 330 U.S. 518,

22   524 (1947).)

23        Plaintiff identifies the following factors "for keeping this case in this California Court": 1)

24   Plaintiff is an individual who would incur substantial expense litigating in Nevada; 2) Plaintiff

25   was recruited and worked for KGI in California; 3) Plaintiff signed an employment agreement in

26   California; 4) the key witnesses and officers of KGI (or the recruiting company) can easily be

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC
§§ 1391, 1404

CV-C-08-01002 JSW

411788.1

1    compelled to California; and 5) KGI does a majority of its business in California and generates

2    most of its revenues from California. See Opp. p. 6.

3         Some of these factors are appropriate for the Court to consider, including the cost of

4    litigating this matter in California compared to Nevada, the location and attendance of key

5    witnesses, and access to evidence. See Piper Aircraft Co., 454 U.S. at 241 n. 6 (citing Gulf Oil

6    Corp. v. Gilbert, 330 U.S. 501, 508-9 (1947)). The Court should also consider practical problems

7    that make trial of a case easy and expeditious, and the "public interest" of the forum, such as the

8    relative congestion of court dockets, choice of law considerations and the relationship between the

9    community in which the courts and jurors are required to serve and the occurrences that gave rise

10   to the litigation. Id.

11        Once again, all of these factors weigh in favor of dismissal or transfer to Nevada.

12        *Comparing Expenses*

13        Inasmuch as Plaintiff would incur costs and expenses litigating this matter in Nevada, so

14   too would KGI (and the Individual Defendants *if* jurisdiction were proper, which it is not) if this

15   matter stayed California. In fact, KGI's fees and costs in flying and accommodating an associate

16   attorney at $275/hour and a partner at $475/hour[1], party representatives, third party witnesses, and

17   the evidence, to California for depositions, various pre-trial conferences, where by order of the

18   Court, trial counsel are required to appear in person, and at trial, would **dwarf** the fees and costs

19   incurred by the *pro se* Plaintiff if this matter were dismissed or transferred to Las Vegas, Nevada.

20        If the matter were litigated in Las Vegas, Nevada, only the Plaintiff would have to travel to

21   Las Vegas, Nevada, and his travel and related expenses would be comparatively minimal. The

22   parties and counsel may appear telephonically at pre-trial conferences in the District of Nevada.

23   See Martin Dec., ¶ 6. Plaintiff could also chose to conduct depositions via videoconference, but if

24

25   [1]    Howard E. Cole is a partner at Lewis and Roca LLP, a California licensed attorney and
     also represents KGI. Mr. Cole is an active member of the State Bar of California and Nevada, and
26   is admitted to practice in the California and Nevada courts, the United States District Court,
     Central District of California and District of Nevada. Mr. Cole has submitted an application for
     admission to practice before the United States District Court, Northern District of California and it
     is pending.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC
§§ 1391, 1404

CV-C-08-01002 JSW

4117788.1

he did decide to come to Las Vegas, Nevada, for a deposition or hearing, because it is a resort destination, airlines regularly offer discounted fares to and from Las Vegas, and hotel accommodations are reasonable and plentiful.    The receipts from Plaintiff's travel and accommodations to and from Las Vegas, Nevada when he worked for KGI in Las Vegas, Nevada substantiate this fact.  See Martin Dec., Ex. 2.  Travel to and from San Francisco, California, where this Court is located, and accommodations, are not nearly as reasonable.

### Attendance of Key Witnesses, Ease and Expedience of Litigation

It would be <u>less expensive for the Plaintiff</u>, less onerous for the parties, the key witnesses and this Court to dismiss this matter, or transfer it to Nevada.  Litigation in California would be stymied by the inability of Plaintiff to compel non-party witnesses to California for deposition and trial.  Under F.R.C.P. 45(c)(3)(B)(ii) and (iii), Plaintiff cannot compel a non-party witness, i.e., current and former KGI employees domiciled in Las Vegas, Nevada, to California without a special order of the Court, which would result in additional, unnecessary, and expensive law and motion practice.  Even with an order compelling the witnesses to California, Plaintiff would be required to "reasonably compensate" the witnesses he compelled.  F.R.C.P. 45(c)(3)(B)(iii).

If the Court ordered the attendance of the key witnesses domiciled in Las Vegas, Nevada at a deposition or trial in California, it would result in tremendous inconvenience to the witnesses because it would disrupt their work schedules and interfere with their personal obligations.  In addition, if Plaintiff successfully compelled key witnesses from Las Vegas, Nevada, for depositions in California, Plaintiff would incur additional costs and expenses in renting an appropriate facility to conduct their depositions.

Alternatively, if the matter were litigated in Las Vegas, Nevada, no fees and costs would be incurred in requesting a special order from the Court to compel witnesses appearances at depositions or trial.  There would be minimal work-life interruption for the witnesses.  Plaintiff would not incur any expenses in compensating the witnesses, paying for travel and accommodations for the witnesses, or renting an appropriate place for the depositions (Defendants' counsel would offer one of the law firm's conference rooms.)  Plaintiff's expenses

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

CV-C-08-01002 JSW
411788.1

1   would dramatically dwindle down to his individual travel and accommodations, and the costs for a

2   court reporter.

3       *The Public Interest*

4       The public interest is not served in clogging this California Court and burdening

5   California's citizens with a matter between a Nevada corporation and employer, and one of its

6   former employees, whose breach of contract claims are governed by Nevada law. As anticipated

7   by Defendants' Motion to Dismiss, Plaintiff makes much ado about Nevada being a less "labor

8   friendly" state, and sensationalizes KGI's supposed influence in Las Vegas, Nevada. Once again,

9   that Nevada law may be less favorable to the Plaintiff is not enough to defeat a motion to dismiss

10  for *forum non-conveniens*. See Piper Aircraft Co., 454 U.S. at 247. Even if this case were tried in

11  California, Nevada law would apply to Plaintiff's breach of contract claims because he alleges that

12  his Nevada employer breached a term and condition of his employment in Nevada.

13      *Plaintiff's "Other" Factors*

14      Some of the "other" factors are not appropriate for the Court to consider, including

15  Plaintiff's "recruitment" in California, which was a matter of circumstance. As testified to

16  through the declarations of Steve Sutherland, Satoshi Sakamoto and Tom Jingoli (Doc. # # 4 – 6),

17  KGI hired the international executive search firm of Korn Ferry to conduct a national search to fill

18  the position of Vice President of Sales. It just so happened that KGI selected a candidate from

19  California.

20      Plaintiff's execution of an offer letter in California is equally unpersuasive in light of the

21  fact that by executing the offer letter, he was accepting a position of employment with a Nevada

22  corporation to work in Nevada, and thereafter, contrary to his contention, he left California each

23  and every week to work in Nevada, or outside of California on behalf of KGI. See Martin Dec.,

24  Ex. 2.

25      Finally, Plaintiff boldly makes the unsupported contention that it would be appropriate to

26  litigate this matter in California because KGI does a majority of its business in California and

generates most of its revenues from California. KGI's principal place of business and its North

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC
§§ 1391, 1404

CV-C-08-01002 JSW

4117881

1  American headquarters are in Las Vegas, Nevada, where its corporate, compliance, production and

2  manufacturing facility is located on a massive 9 acre site. See Martin Dec., ¶ 7. It does not have

3  any offices in California and does not have any California employees. See id. Not surprisingly,

4  the majority of KGI's sales are *not* generated by sales in California. For fiscal year 2005-2006,

5  KGI's California sales comprised just 13% of its total sales. See id. Sales in California have

6  slightly declined. For fiscal years 2006-2007, and 2007-2008, KGI's California sales leveled off

7  at 12%. See id. KGI's comparatively marginal sales in California do not support the maintenance

8  of an action in California.

9      All of the relevant and appropriate factors weigh in favor of dismissal for *forum non-*

10 *conveniens*, or under the less burdensome lens of §1404(a), transfer to the District of Nevada.

11 **III.    CONCLUSION**

12     This Nevada breach of contract matter involving a Nevada employer and a Nevada

13 employee must be dismissed or transferred to District of Nevada where the Court has jurisdiction

14 over all of the parties, and, with the exception of the Plaintiff, the parties, the witnesses and the

15 evidence are located, where it would be less expensive and more convenient to litigate this case.

16     DATED this 18th day of April, 2008.

17                                 Respectfully submitted,

18                                 LEWIS AND ROCA LLP

19                                 By: /s/ Suzanne L. Martin
20                                 SUZANNE L. MARTIN
                                   California Bar No. 210613
21                                 LEWIS AND ROCA LLP
                                   3993 Howard Hughes Parkway, Ste. 600
22                                 Las Vegas, Nevada  89169
                                   (702) 949-8200
23                                 (702) 949-8398 (fax)
                                   Attorneys for Defendants

24

25

26

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC
§§ 1391, 1404

1

### CERTIFICATE OF SERVICE

2    I hereby certify that on April 18, 2008, I electronically transmitted the foregoing

3  **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER F.R.C.P.**

4  **12(b)(2), (b)(3), 28 U.S.C. § § 1391, 1404(a)** with the Clerk's Office using the CM/ECF System

5  for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail,

6  postage prepaid to the following:

7

8              Lou Ramondetta
              2335 Stewart Avenue
9           Walnut Creek, CA 94596

10

            By :    /s/ Laura Sliwinski
11                    An Employee of Lewis and Roca LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC
§§ 1391, 1404

CV-C-08-01002 JSW

411788.1

1  SUZANNE L. MARTIN
   California Bar No. 210613
2  Nevada Bar No. 8833
   smartin@lrlaw.com
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy., Ste. 600
4  Las Vegas, Nevada  89169
   (702) 949-8200
5  (702) 949-8398 (fax)

6  Attorney for the Defendants

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  LOU RAMONDETTA,                          Case No. C08-01002 JSW

12                        Plaintiff,          **DECLARATION OF SUZANNE L.
                                             MARTIN IN SUPPORT OF
13         vs.                               DEFENDANTS' REPLY IN SUPPORT
                                             OF MOTION TO DISMISS UNDER
14  KONAMI, et al., Konami, Steve Sutherland, F.R.C.P. 12(b)(2), (b)(3), 28 U.S.C. § §
    Satoshi Sakamoto and Tom Jingoli,        1391, 1404(a)**
15
                          Defendants.        Hearing Date: May 16, 2008
16
                                             Hearing Time: 9:00 a.m.
17

18

19               <u>**DECLARATION OF SUZANNE L. MARTIN**</u>

20         1.      I am an attorney with the law firm of Lewis and Roca LLP and represent the

21  Defendants in the matter of *Ramondetta v. Konami, et al*.  I make this declaration based on my

22  own personal knowledge of the contents herein, or on information and belief.

23         2.      As testified to by Steve Sutherland, Satoshi Sakamoto and Tom Jingoli in their

24  respective declarations, in 2006, Konami Gaming Inc. ("KGI") hired the international executive

25  search firm of Korn Ferry to conduct a national search for the position of Vice President of Sales.

26  Additional information about Korn Ferry's services and locations can be found on its website,

27  www.kornferry.com, which I have visited.  Attached hereto as Ex. 1 is a true and correct copy of

28  S. MARTIN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP
    12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

                                    -1-

1  the "Offices/Americas" webpage from Korn Ferry's website, which contains the contact

2  information for its 18 offices throughout the United States, and its 14 offices throughout Southern

3  America and Canada.

4      3.    Plaintiff claims, in part, that KGI did not reimburse him for his business related

5  expenses. Plaintiff was required to submit receipts to substantiate his business expenses, which he

6  did. In the ordinary course of business, KGI made copies of Plaintiff's receipts and maintained

7  them with his personnel records. Plaintiff's receipts reflect his travel, accommodations and meals

8  in Las Vegas, Nevada, during his employment with KGI in April, May and June 2006, as well as

9  his travel, accommodations and meals while attending tradeshows, or conducting other business

10  for KGI outside of California. True and correct copies of the receipts Plaintiff submitted during

11  April, May and June 2006 are attached hereto as Ex. 2.

12      4.    Bobbi Youngblood was the Human Resources Director for KGI during Plaintiff's

13  employment. She regularly communicated with the Plaintiff via e-mail. After Plaintiff's

14  termination and the Plaintiff's reimbursement for travel and accommodations to Nevada for work

15  were in dispute, KGI collected the correspondence related to Plaintiff's commitment to relocate,

16  and KGI's efforts in assisting him relocate. Attached hereto as Ex. 3 are true and correct copies of

17  three e-mails between Plaintiff and Ms. Youngblood, dated April 29, May 1 and May 4, 2006,

18  about the reimbursement of Plaintiff's expenses for travel and accommodations in Las Vegas,

19  Nevada, for work, and his relocation and housing in Las Vegas, Nevada.

20      5.    Employees who work in the gaming industry are required to comply with stringent

21  licensing requirements. New employees are subjected to a detailed background investigation by

22  the gaming commissions and boards of the states and/or countries in which their employer does

23  business. For example, in Nevada, The Investigations Division of the State Gaming Control

24  Board and Nevada Gaming Commission, investigates all gaming license and key employee

25  applicants to determine their viability, business integrity, and suitability for licensure or approval.

26  Division investigators produce detailed reports which are used by the State Gaming Control Board

27  and Nevada Gaming Commission as the basis for licensing recommendations/decisions. This is

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

28  S. MARTIN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP
12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

411809.1

1    mandatory under Nevada Revised Statutes Chapter 463.    Ontario has similar licensing

2    requirements and conducts equally exhaustive investigations of gaming company executives, so

3    too does New Jersey.    Executive level employees like the Plaintiff must be approved by the

4    gaming authorities.    When the Ontario Alcohol and Gaming Commission, which is the regulatory

5    agency responsible for gaming licensing and compliance, performed its background investigation

6    on the Plaintiff in early June 2006, the Plaintiff omitted two significant pieces of personal

7    information.    A true and correct copy of the investigator's e-mail detailing Plaintiff's

8    shortcomings to Tom Jingoli, Senior Director of Compliance and Legal Administration at KGI, is

9    attached hereto as Ex. 4.

10       6.    I am licensed in Nevada and am admitted to practice before the United States

11   District Court, District of Nevada.    Based on my personal experience litigating matters in the

12   District of Nevada, the parties and counsel may appear telephonically at hearings and certain pre-

13   trial conferences.

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

28   S. MARTIN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP
12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

411809.1

7.    As counsel for KGI, I am familiar with its operations and have personally visited its North American headquarters in Las Vegas, Nevada, where its corporate, compliance, production and manufacturing facility is located on 9 acres. KGI does not have any offices in California and does not have any California employees. Based on a review of financial information from Mr. Jingoli, the Senior Director of Compliance and Legal Administration, KGI's sales in California are but a fraction of its overall sales. For example, for fiscal year 2005-2006, KGI's California sales comprised just 13% of its total sales. Sales declined slightly in the following fiscal years. In fiscal years 2006-2007 and 2007-2008, KGI's California sales were 12%.

Executed this 18th day of April, 2008 in Las Vegas, Nevada.

BY: _____
SUZANNE L. MARTIN

S. MARTIN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

-4-

411809.1

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on April 18, 2008, I electronically transmitted the foregoing

3 **DECLARATION OF SUZANNE L. MARTIN IN SUPPORT OF DEFENDANTS' REPLY**

4 **IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(b)(2),**

5 **(b)(3), 28 U.S.C. § § 1391, 1404(a)** with the Clerk's Office using the CM/ECF System for filing

6 and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage

7 prepaid to the following:

8

9                          Lou Ramondetta
                          2335 Stewart Avenue
10                         Walnut Creek, CA 94596

11

                          By :   /s/ Laura Sliwinski
12                                An Employee of Lewis and Roca LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

28

S. MARTIN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP
12(B)(2), 12(B)(3), AND USC §§ 1391, 1404

-5-

411809.1

# EXHIBIT 1



KORN/FERRY INTERNATIONAL

| SOLUTIONS | EXPERTISE | THOUGHT LEADERSHIP | ABOUT US | CONTACT US | MEDIA & INVESTORS | CANDIDATE |

Home >> Contact Us >> Americas

## Americas Offices

< Back to World Map

Find a Consultant

Office Locations

Offices Americas

Offices Asia Pacific

Offices EMEA



To learn more about the talent issues and Korn/Ferry's expertise in Latin America, visit our Brazil and Spanish-language websites.

**United States**

**Corporate Headquarters**
Korn/Ferry International
1900 Avenue of the Stars
Suite 2600
Los Angeles, CA 90067
Phone: +1 310 552 1834
Office Head: Caroline Nahas

**Boston**
Korn/Ferry International
265 Franklin Street
17th Floor
Boston, MA 02110
Phone: +1 617 345 0200
Office Head: Robert K. Sullivan, Jr.

**Dallas**
Korn/Ferry International
2100 McKinney Avenue
Suite 1800
Dallas, TX 75201
Phone: +1 214 954 1834
Office Head: Ron Zera

**Houston**
Korn/Ferry International

**Atlanta**
Korn/Ferry International
1230 Peachtree Street, N.E.
Suite 2000
Atlanta, GA 30309
Phone: +1 404 577 7542
Office Head: Craig Dunlevie

**Chicago**
Korn/Ferry International
Sears Tower
233 South Wacker Drive
Suite 3300
Chicago, IL 60606
Phone: +1 312 466 1834
Office Head: Mark Pierce

**Denver**
Korn/Ferry International
1600 Broadway
Suite 2400
Denver, CO 80202
Phone: +1 303 542 1880

**Irvine**
Korn/Ferry International

1100 Louisiana
Suite 2850
Houston, TX 77002
Phone: +1 713 651 1834
Office Head: Eric Nielsen

**Los Angeles**
Korn/Ferry International
1900 Avenue of the Stars
Suite 2600
Los Angeles, CA 90067
Phone: +1 310 552 1834
Office Head: Caroline Nahas

**Minneapolis**
Lominger International
5051 Highway 7
Suite 100
Minneapolis, MN 55416-2291
Phone: (952) 345-3600
Office Head: Bob Eichinger

**Philadelphia**
Korn/Ferry International
1835 Market Street
Suite 2000
Philadelphia, PA 19103
Phone: +1 215 496 6666
Office Head: David Shabot

**Redwood City**
Korn/Ferry International
3 Lagoon Drive
Suite 280
Redwood City, CA 94065
Phone: +1 650 632 1834
Office Head: Wes Richards

**San Francisco**
Korn/Ferry International
One Sansome Street
32nd Floor
San Francisco, CA 94104
Phone: +1 415 956 1834
Office Head: Jeff Hocking

2600 Michelson Drive
Suite 1550
Irvine, CA 92612
Phone: +1 949 851 1834
Office Head: Peter Santora

**Miami**
Korn/Ferry International
200 South Biscayne Boulevard
Suite 4620
Miami, FL 33131
Phone: +1 305 377 4121
Office Head: Bonnie Crabtree

**New York**
Korn/Ferry International
200 Park Avenue
37th Floor
New York, NY 10166
Phone: +1 212 687 1834
Office Head: Nels Olson

**Princeton**
Korn/Ferry International
7 Roszel Road
5th Floor
Princeton, NJ 08540
Phone: +1 609 452 8848
Office Head: Richard Arons

**Reston**
Korn/Ferry International
11710 Plaza America Drive
Suite 450
Reston, VA 20190
Phone: +1 703 761 7020
Office Head: Kevin McNerney

**Seattle**
Korn/Ferry International
719 Second Avenue
Suite 801
Seattle, WA 98104
Phone: +1 206 447 1834
Office Head: Robert Ferguson

4/16/2008

http://www.kornferry.com/Offices/Americas

**Stamford**
Korn/Ferry International
Financial Centre
695 East Main Street
Stamford, CT 06901
Phone: +1 203 359 3350
Office Head: Julie Goldberg

**Washington D.C.**
Korn/Ferry International
1700 K Street, N.W., Suite 700
Washington, D.C. 20006
Phone: +1 202 822 9444
Office Head: Nels Olson

## Argentina

**Buenos Aires**
Korn/Ferry International
Avenida Quintana 585 - Piso 6
Buenos Aires
C1129 ABB
Argentina
Phone: +54 11 4114 0000
Office Head: Ricardo Backer

## Brazil

**Rio de Janeiro**
Korn/Ferry International
Av. Rio Branco, 1, Sala 1806
20090-003 Rio de Janeiro-RJ
Brasil
Phone: +55 21 2518 1380
Office Head: Sergio Averbach

**Sao Paulo**
Av. Brigadeiro Faria Lima, 3400 14º
Andar,
Sao Paulo, SP 04538-132
Brasil
Phone: + 55 11 2114 2222
Office Head: Sergio Averbach

## Canada

**Calgary**
Korn/Ferry International
Suite 910, Gulf Canada Square
401 - 9th Avenue SW
Calgary, Alberta T2P 3C5
Canada
Phone: +1 403 269 3277
Office Head: Bob Sutton

**Montreal**
Korn/Ferry International
630, René-Lévesque Boulevard West,
Suite 3125
Montréal, (Québec) H3B 1S6
Canada
Phone: +1 514 397 9655
Office Head: Jean-Claude Lauzon

**Toronto**
Korn/Ferry International
Brookfield Place
Bay Wellington Tower, Box 763
181 Bay Street, Suite 3320
Toronto, Ontario M5J 2T3
Canada
Phone: +1 416 365 1841
Office Head: Lewis Rusen

**Vancouver**
Korn/Ferry International
Suite 3300, Four Bentall Centre
1055 Dunsmuir Street
P.O. Box 49206
Vancouver, BC V7X 1K8
Canada
Phone: +1 604 684 1834
Office Head: Kirsten Tisdale

**Chile**

**Santiago**
Korn/Ferry International
Enrique Foster Sur 20, 21st Floor
Las Condes
Santiago, de Chile
Phone: +56 2 233 4155
Office Head: Marco Munoz

**Colombia**

**Bogota**
Korn/Ferry International
Avenida Carrera 7 # 113 - 43, Oficina 902
Torre Samsung P.H.
Bogota, Cundinamarca
Colombia
Phone: +57 1 6 58 30 00
Office Head: Gabriela Castro

**Ecuador**

**Quito**
Korn/Ferry International
Avenida 12 de Octubre y Abraham Lincoln
Torre 1492, Piso 10, Oficina 1001
Quito, Ecuador
Phone: +593 2 298 6562, 6563, 6564
Office Head: Gabriela Castro

**Mexico**

**Mexico City**
Korn/Ferry International
Montes Urales 505, 3rd Floor
Lomas de Chapultepec
Del. Miguel Hidalgo
11000 Mexico DF
Mexico
Phone: +52 55 5201 5400
Office Head: Eduardo Taylor

**Monterrey**
Korn/Ferry International
Padre Mier 1675 Pte.
Col. Obispado
Monterrey, Nuevo Leon
Mexico 64060
Phone: +52 81 8220 5959
Office Head: Patricio Morales

**Peru**

**Lima**
Korn/Ferry International
Avenida Camino Real 456
Torre Real, Oficina 1802
San Isidro
Lima, Peru
Phone: +51 1 221 4202
Office Head: Jose Luis Daly

**Venezuela**

**Caracas**
Korn/Ferry International
Avenida Francisco de Miranda
Edificio Parque Cristal, Torre Este
Piso 8, Oficina 8-12
Los Palos Grandes
Apartado Postal 76710
Caracas, Venezuela
Phone: +58 212 285 0067
Office Head: Miguel Antonetti

4/16/2008



Home | Site Index | Privacy Policy | RSS Feeds
Copyright © 2008 Korn/Ferry International. All Rights Reserved

EXHIBIT 2



**South Coast Hotel & Casino**
9777 Las Vegas Blvd South
Las Vegas, NV 89123
702-796-7111 - Phone
866-796-7111 - Toll Free
702-797-8041 - Fax
www.southcoastcasino.com

RAMONDETTA, LUCIEN
2335 STEWART AVE
WALNUT CREEK, CA
94596

| Arrival | 4/17/06 |
| Departure | 4/21/06 |
| # in Party | 1 |
| Rate | 89.00 |

Account #: 1314428     Room #:    2238

| No. | Date | Description | | Amount |
|-----|------|-------------|---|--------|
| | | A-STANDARD FOLIO | | |
| | | | | |
| | 4/17/06 | IN-RM INTERNET ACCESS | 2238 | $10.99 |
| | | | 10124671 | |
| 4 | 4/18/06 | IN-RM INTERNET ACCESS | 2238 | 2057 | $10.99 |
| | | 10:03 /LAPTOP | | |
| 5 | 4/17/06 | IN-RM MOVIE CHARGE | 2238 | 2076 | $14.99 |
| | | 01:00 /MOVIE8466 | | |
| 6 | 4/17/06 | ROOM | 2238 | 763 | $89.00 |
| 7 | 4/17/06 | ROOM TAX | 2238 | 764 | $8.01 |
| 8 | 4/18/06 | ROOM | 2238 | 1085 | $79.00 |
| 9 | 4/18/06 | ROOM TAX | 2238 | 1086 | $7.11 |
| 10 | 4/19/06 | BIG SUR OYSTER BAR | 2238 | 2125437 | $18.80 |
| | | 21:08 | | |
| 11 | 4/19/06 | GRATUITY | 2238 | 2125437 | $3.00 |
| | | 21:08 | | |

Continued..

Company                              Street

City / State                         Zip Code

I agree that my liability for this bill is not waived and agree to be held personally
liable in the event that the indicated person, company or association fails to pay
for any part of the full amount of these charges.

Guest Signature:

*Thank You for Your Patronage*





**South Coast Hotel & Casino**
9777 Las Vegas Blvd South
Las Vegas, NV 89123
702-796-7111 - Phone
866-796-7111 - Toll Free
702-797-8041 - Fax
www.southcoastcasino.com

RAMONDETTA, LUCIEN
2335 STEWART AVE
WALNUT CREEK, CA
94596

| | |
|---|---|
| Arrival | 4/17/06 |
| Departure | 4/21/06 |
| # in Party | 1 |
| Rate | 89.00 |

Account #: 1314428          Room #:  2238

| No. | Date | Description | Amount |
|-----|------|-------------|--------|
| | A-STANDARD FOLIO | | |

BALANCE DUE

---

Company _____          Street _____

City / State _____          Zip Code _____

I agree that my liability for this bill is not waived and agree to be held personally
liable in the event that the indicated person, company or association fails to pay
for any part of the full amount of these charges.

Guest Signature: _____

*Thank You for Your Patronage*

4604 West Sahara Avenue, Suite 4
Las Vegas, NV 89102
(702) 876-8470
Fax (702) 876-5417

The World's Largest Single-Brand Travel Franchise.
Each Agency Independently Owned and Operated.

UNIGLOBE®
Dazey Travel

For after hours emergency travel assistance,
1-800-787-3231 VIP codes: PD9Z or A5QD

ROMANDETTA/LUCIEN

KONAMI GAMING
ATTN: ANN KORKKI
585 TRADE CENTER DRIVE
LAS VEGAS NEVADA    89119

RECEIVED
APR 17 2006
By

DATE:APR 14 2006   INV:   315747        SALESPERSON: 5QDPM

17 APR 06 - MONDAY
SOUTHWEST   1668 COACH CLASS     736
LV: OAKLAND            900A      NONSTOP        MILES- 407    CONFIRMED
AR: LAS VEGAS         1025A

AVIS                         1 INTERMED 2/4 DR    DROP-21APR   CONFIRMED
PICKUP-LAS VEGAS             LAS VEGAS MCCARRAN AIRPORT
RATE-      48.00             DAILY      GUARANTEED    EXTRA HR  16.01
MILEAGE-UNL/FM                          CODE-4K
                            CONFIRMATION-05432027US6
CAR TYPE - CHEVROLET CLASSIC OR SIMILAR

FAIRFIELD INNS               03 NT/S - OUT 20APR               CONFIRMED
FAIRFLD LAS VEGAS S          1 ROOM/S              GUARANTEE-CREDIT CARD
5775 DEAN MARTIN DR          RATE-       159.99    GUARANTEED
LAS VEGAS NV 89118           PHONE-702 895-9810
FAX-702 895-9310
*South Coast Hotel·         NAME-ROMANDETTA LUCIEN
                            CONFIRMATION-80057936
*** HOTEL CANCELLATION POLICY ***
MUST CANCEL PRIOR TO 4:00 PM HOTEL TIME DAY OF ARRIVAL
THIS WILL A VOID A * LATE CANCEL / NO SHOW FEE *
CHARGED TO YOUR AMERICAN EXPRESS

21 APR 06 - FRIDAY
SOUTHWEST    399 COACH CLASS     BOEING 737 JET
LV: LAS VEGAS         300P      NONSTOP        MILES- 407    CONFIRMED
AR: OAKLAND           430P
SOUTHWEST AIRLINES RESERVATION NUMBER ** BQ4R6V **

TICKET WILL BE NONREFUNDABLE
ANY CHANGES WILL RESULT IN UP TO A $100 CHANGE FEE
PLUS ANY DIFFERENCE IN FARE.
SERVICE FEE REFERENCE NUMBER 8909526132882

AIR TRANSPORTATION     290.60  TAX          00  TTL       290.60
                               SERVICE FEE               25.00
                               SUB TOTAL                315.60
                               CREDIT CARD PAYMENT      315.60-
                               AMOUNT DUE                 0.00

RECONFIRM RESERVATIONS 72 HOURS PRIOR

4/17/2006 23:3
Gift Shop/Liquo
Check:1024671
Terminal:102
Cashier:JoAnn

REGULAR
REGULAR
1 CREST TPAST                    0.85
373400

Subtotal            0.85
Tax             0.07
Total            0.92

ROOM CHARGE                      0.92
223B RAMONDETTA, LUCIEN

GRAND TOTAL                      0.92

T102 C321  4/17/2006 23:35

X
SIGNATURE

***THANK YOU***
No return/exchange without
receipt, or after 30 days.
No return/exchange on tobacco,
all beverages (incl. liquor),
sundries or food products.

DUPLICATE RECEIPT



FedEx Kinko's
50 Fremont St
San Francisco, CA 94105-2230
(415) 512-7766

3/23/2006                 3:08:57 PM PST
Trans.: 3723               Branch: 4099
Register: 003             T111:3p75412
Team Member: Rio G.

SALE

*40990003372 3*

Fax - Domestic Send                11.00 N
0714         1.00 @ 2.0000
0714         6.00 @ 1.5000
Item Discount Amt.      0.4286
Price                   1.5714

Total Discount                      3.00
Sub-Total                          11.00
Deposit                             0.00
Tax                                 0.00
Total                              11.00
  Visa (S)                         11.00
  Account: 9825
  Exp:  11/2007
  Auth: 073713 (A)
Total Tender                       11.00
Change Due                          0.00

McDonalds Corporation
Thank you for eatin at McDonalds
Come back soon

7310 SOUTH LAS VEGAS BOULEVARD
LAS VEGAS , NV 89123

THANK YOU

LAS VEGAS BOULEVARD  TEL# (702)269-6322
7B KSN01  S#1   Apr.18'06(Tue)08:50
STORE# 22290

Order #178    TO GO

1 SAU EGG MCMUFFIN ML           1.90
1 SML ORANGE JUICE              1.59

SUB TOTAL                       3.49
TAKE OUT TAX                     0.27
                                ─────
                                3.76

CASH TENDERED                  20.00

CHANGE                         16.24

HMSHost Burger King Store #7853
Main Rotunda
McCarran International Airport

5511 Atesia
3791  APR21'06  7:40PM

1 ANGUS STEAK          4.19

Subtotal              4.19
Tax                   0.32
Amt Paid              4.51
XXXXXXXXXXXX9825
VISA       AO 4*      XX/XX
                       4.51

Your order number is: 3791

---

FINGERPRINTING PROS INC
2620 S MARYLAND PKWY #17
LAS VEGAS NV 89109
PHONE 702-734-2665
OPEN 8:30 TO 4:30
04-19-2006  MC M#:0000

GAMING            *15.00

TOTAL             *15.00
                  *15.00

CHARGE            *15.00
0014    AM 8-31

HAVE A NICE DAY
PLEASE COME AGAIN

---

**AVIS**  We try harder®

TRANSACTION RECORD
6826620WMR    397CAN GROUP  F CAR GROUP

ROMANDETTA, LUCIEN
AWD = A921500
NA - AVXXXXXXX9985

OUT LAS 17APR06/1036 MI = 12503
IN  LAS 21APR06/1818 MI = 12594
    91 MI@    .40 =
     4 HR@  16.01 =
     5 DY@  48.00 =    240.00
                       15.00
$3/DAY CFC
ONE WAY FEE/MISC
TAXABLE SUBTOT        255.00
TAX  9.750%           24.86
10.0% FEE             26.10
FUEL SERVICE          21.02
TOTAL CHARGES =      326.98
INC 6% GOVT SER&49REIM FEE

* Please check your car for personal effects. *

---

MCB 2

2250 WARM SPRINGS
LAS VEGAS, NV 89119
702-260-6909

ERARDO M
4/18/06        Time 20:02
40                    VISA

older  RAMONDETTA/LUCIEN
umber  ************18825
ode..  074013      Ctrl: 2849

ount..        20.20
P.....         2.00
tal..         22.20

ember agrees to pay total in
dance with agreement governing
f such card.

*** Customer Copy ***

---

Thank you for renting from Avis.
We value your business. Have a safe trip.

Table#

SANKAKU
San Francisco International Airport
Terminal 1
(650) 821-0818

===== Transaction Record =====

Order# SANK1B042028  Emp# 000004
Time: 4/25/2006 1:09:22 PM

VISA: **** **** **** 9825
Expire Date: 11/07
Sale APPROVED
Authorization#: 017104
Sale                    $16.51

Signature _____

THANK YOU
SEE YOU SOON

Customer Copy

---

HMSHost
B1 Taco Bell
McCarran International Airport

1397 Asmeret

CHK 1171 APR21'06 7:59PM

1 ICE CREAM BAR        3.49

Subtotal               3.49
Tax                    0.27
Amt Paid               3.76
XXXXXXXXXXXX9825
VISA      A0 4*        3.76

---

HMSHost
B1 Taco Bell
McCarran International Airport

Elba

1134 APR21'06 7:07PM

#2 COMBO               6.09

Subtotal               6.09
Tax                    0.47
Amt Paid               6.56
XXXXXXXXXXXX9825
VISA      A0 4*        6.56

---

SAN JOSE
INTERNATIONAL AIRPORT
PARKING RECEIPT
*** Thank You ***
Entrance: 16:29 03/15/06  Lane # 51
Exit    : 17:44 03/15/06  Lane # 57
Length of stay: 0 d. 01 h. 15 mn.
Cashier: 036 Shift: 0087 SEQ# 16143
Amount paid   $  4.00  Card

---

THANK YOU FOR PARKING WITH US.

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

TOTAL:      $    110.00

CARD TYPE: VI
TRANS TYPE:
CREDIT PURCHASE
REF NUMBER:1814   AUTH #: 015988

STORE ID: OAKL000104
ACCT #: XXXXXXXXXXXX9825
DATE: 04/17/06    TIME: 11:08 PM

LANE: 01 CLERK: 1370

1 AIRPORT DR
OAKLAND, CA 94621
510/633-2572



*** CUSTOMER COPY ***

SALES DRAFT

RISHAN SUBWAY
4437 CENTRAL PLACE #A2
SUISUN, CA 94585
(510) 797-3939
4301321357258977

TID   : 321357258974301001
DATE  : 04/24/06  01:11:49 PM  MON
ACCT  : ************9825   VI
NAME  : RHKNNOETTA/LUCIEN
BATCH : 770

TRAN #   :  2635

AMOUNT   :  $6.42

THANK YOU.
PLEASE COME AGAIN.

APPROVAL : 045384

---

DO NOT WRITE ABOVE THIS LINE

DRIVER          DATE  27 / 04 / 06

EXP.
DATE
CHECKED

AUTH./ APPR.  AP 010260

C   034900

CUSTOMER COPY

DESCRIPTION          AMOUNT
FROM:  DTW           FARE  28 0
TO:    DN            TIP   3.00
TIME   AM  WAITING   TOTAL 31 00  CA
      /  /  /  /

$ 28.18

CAR #

VISA          CAR #     D
M/C                      N
AMEX    OTHER
(604) 871-1111

VANCOUVER TAXI

BEST SIGNATURE

AND CONDITIONS APPLICABLE TO THE
ARE IN ACCORDANCE WITH YOUR
MENT WITH THE ISSUER OF YOUR CARD.

VANCOUVER TAXI

---

SAN FRANCISCO
INTERNATIONAL AIRPORT
Card Account # : XXXXXXXXXX9825
Card Expiration Date : 11/07
Card Type : VISA
Authorization Code   : 063419
Bank Sequence Number : 00000072

Entrance: 12:57 04/25/06   Lane # 22
Exit : 17:26 04/27/06   Lane # 15
Length of stay: 2 d, 04 h, 29 mn.
License Plate : CA 5WZV184
Cashier: 153 Shift: 0165 SEQ#_46360

Transaction Amount $   86.00

ST

Date   Expires at  Zone Issued  Ad Zones  Valve  Category

CONDITIONS OF USE Valid for travel for fare indicated until expiry date/time
printed, on GVTA (TransLink) buses, SeaBus and SkyTrain, in accordance with
the Transit Tariff. To travel additional zones during Regular Fare periods,
purchase an AddFare at time of travel. Proof of Payment/Transfer must be
retained while in a Fare Paid Zone, and be produced for inspection on request
by an official of the GVTA (TransLink), its designated subsidiaries, or operating
companies. Contravention may result in prosecution. In the event of
dispute, complaints should be submitted, in writing, to:
(GVTA) TransLink,1600—4720 Kingsway, Burnaby, BC, V5H 4N2.
Customer Information: 604-953-3333. Lost Property: 604-682-7887.
Commendations & Complaints: 604-953-3040.

NOT FOR RESALE/NON TRANSFERABLE/VOID IF ALTERED

IA-8-05-0997654/321



THE *Fairmont*
# WATERFRONT

900 CANADA PLACE WAY
VANCOUVER, BC, CANADA V6C 3L5
T 604 691 1991  F 604 691 1999
G.S.T. Registration # 139445290

| Room | : | 1707 |
| Folio # | : | |
| Cashier # | : | 252 |
| Page # | : | 1 of 1 |

**Mr Lucien Ramondetta**
**2335 Stewart Avenue**
**Walnut Creek, CA 94596**
**US**

| Arrival | : | 04-25-06 |
| Departure | : | 04-27-06 |

**Fairmont President's Club**
3247343440

| Date | Description | Additional Information | Charges | Credits |
|------|-------------|------------------------|---------|---------|
| 04-25-06 | Room Charge | | 349.00 | |
| 04-25-06 | Room Tax | | 34.90 | |
| 04-25-06 | Room GST | | 24.43 | |
| 04-26-06 | Business Centre - Photocopies | *Photocopies* | 6.25 | |
| 04-26-06 | Business Centre - PST | | 0.44 | |
| 04-26-06 | Business Centre - GST | | 0.44 | |
| 04-26-06 | In Room Movies - Movies | #1707 : VIDEO MOVIE | ~~16.04~~ No | |
| 04-26-06 | Room Charge | | 349.00 | |
| 04-26-06 | Room Tax | | 34.90 | |
| 04-26-06 | Room GST | | 24.43 | |

| | **Total** | 839.83 | 0.00 |
|--|-----------|--------|------|
| | **Balance Due** | *CAD* 839.83 | |

CAD 823.79

USD 748.85

**GST Summary**

| Room | 48.86 |
|------|-------|
| F&B | 0.00 |
| Other | 0.44 |
| Total | 49.30 |

Guest signature
Signature du client X _____
For information or reservations, visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
United States or Canada  1 800 441 1414
Pour information et réservations visitez notre web au
www.fairmont.com ou téléphoner au Hôtels Fairmont de:
États-Unis ou Canada  1 800 441 1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or for the full amount of these charges. Overdue balance subject to a surcharge at the rate of 1.5% per month after one month. (18.00% per annum). I have accepted delivery of The Globe and Mail. Had I refused, I would have been eligible for a $2.50 (Mon-Fri) and $1.25 (Sat.) credit to my account. (At participating hotels.)

Je me porte personnellement responsable du règlement total de cette note au cas ou la compagnie, l'association ou son représentant désigné ne refuseraii le palement. Les comptes en souffrance sont sujets à un intérêt de 1.5% par mois après un mois. (18.00% par année) J'ai accepté la livraison du journal The Globe and Mail. Si j'avais refusé, j'aurais pu obtenir un crédit à mon compte de 2,50$ par jour (du Lundi au Vendredi) et de 1,25$ le Samedi. (Dans les hôtels participants).

## Thank you for choosing to stay with Fairmont Hotels & Resorts
### Merci d'avoir choisi les Hôtels Fairmont

```
A TH 27APR LV VANCOUVER        547P   ALASKA AIR    688H O
        AR SAN FRANCISCO       804P   BAGS ALLOWED- 2PIECE
73G
                                SEAT  16-C  **RESERVED**
                                      RAMONDETTA/LUCIEN

              TICKET NUMBER(S):        E0271307162115
              SERVICE FEE MCO:         8908118712201

                                      AIR FARE
631.20
                                      TAX
89.38
                                      TOTAL AIR FARE
720.58
                                      SERVICE FEE
25.00
                                      AMOUNT CHARGED
745.58


THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX XXXX XXXXXX X1

DAZEY TRAVEL TOLL FREE NUMBER 800-657-5313
AFTER HOURS EMERGENCY LINE 800 787-3231 CODE PD9Z

                        THANK YOU FOR YOUR BUSINESS

 (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TR
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT
SA-STANDBY

K-5-785753-3318014-2-1-US1-E0112A26
```

Delete  Reply  Forward  Spam  Move

Check Mail  Compose                    Search Mail  Search the Web

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

VICTORIA CHINESE RESTAURANT
1055 W GEORGIA STREET
VANCOUVER    BC

DUPLICATE

CARD NUMBER      ************9825
CARD TYPE        VISA                    0883
DATE/TIME        2006/04/26    12:29:26
RECEIPT NUMBER   S08433828-001-956-013
PRE-AUTHORIZATION
AMOUNT           $21.94

TIP              2.00

TOTAL AMOUNT     23.94        AUTH. # 070358

01 APPROVED - 027
THANK YOU

CARDHOLDER WILL PAY TOTAL AMOUNT SHOWN
TO CARD ISSUER ACCORDING TO CARDHOLDER
AGREEMENT.

LUCIEN RAMONDETTA

---

THE FAIRMONT WATERFRONT HOTEL
HERONS RESTAURANT
VANCOUVER, BC
CHECK:        1629
TABLE:        330/1
DATE:         25APR'06  7:31PM
SERVER:       334 TOM
CARD TYPE:    VISA
ACCT #:       XXXXXXXXXXXX9825
EXP DATE:     XX/XX
AUTH CODE:    045154
              LUCIEN RAMONDETTA

SUBTOTAL:                    36.38
I AGREE TO PAY TOTAL AMOUNT
ACCORDING TO ISSUER AGREEMENT

TIP $ 5.00   TOTAL $ 41.38

PRINT LAST NAME Ramondetta

SIGNATURE

**Please Leave One Copy**

VSD 3762

---



DELTA SUNSHINE TAXI (1972) LTD.
203 - 12837 - 76 Avenue, Surrey, BC V3W 2V3
Dispatch: 604-594-5444  604-943-1111 1-866-235-0555

OFFICE 1

$ 30.36

---

## CUSTOMER/CLIENT ##

SERVUORATION INC
UAN CONVENTION CTR
200-999 CANADA PLACE
VANCOUVER, BC
V6C 3C1
MER/MAR #: 932103127 1
TERM #: 04337463
DATE: 26/04/06  HR:14:11
AUTH:#:03S381 TRANS#:0008
BA/L:#125
CARD/CARTE:UI  SW/GL
NO.: 43885400100 19825
EXPIR.: 11/07

PURCHASE
ACHAT
MT/MONT:   $2.50

Sky Train
Waterfront          BC
Vancouver           BC

TVM #: 01008 (0018)

Wed 26 Apr 06 11:52

Trans: Sale OK
Payment Mode: Credit
Amount Due:     $  2.25

Amount Tendered:$  2.25

Card #: 438854XXXXXX9825
Trans #: 0008811
Auth #: 0004815
Term #: R0010018000000000

Type: 1 Zone
Adult: 001

Receipt-not valid
for transportation

---

Thank You for riding Black Top

**Black Top Cabs**
*For prompt, safe and courteous service call...*

**Cash Receipt**

**604-733-3333 or 604-731-1111**

**Black Top Cabs**
**& Checker Cabs**

777 Pacific Street,
Vancouver BC V6Z 2R7

$ 21.00

Date................. 20.....

From.......................
To.........................
Driver.....................
Cab No.....................

$19.08

---

** CUSTOMER/CLIENT **

SERUOMATION INC
VAN CONVENTION CTR
200-999 CANADA PLACE
VANCOUVER, BC
V6C 3C1

MER/MAR #: 9321031271

TERM #: 04337463

DATE:26/04/05  HR:15:46

AUTH#:081310 TRANS#:0011

                B/L#:1125

CARD/CARTE:UI   SW/GL

NO.: 438854001 0019825

EXPIR.: 11/07

PURCHASE

ACHAT

AMT/MONT: $2.00

---

** CUSTOMER/CLIENT **

SERUOMATION INC
VAN CONVENTION CTR
200-999 CANADA PLACE
VANCOUVER, BC
V6C 3C1

MER/MAR #: 9321031271

TERM #: 04337463

DATE:26/04/06  HR:13:41

AUTH#:040391 TRANS#:0006

                B/L#:1125

CARD/CARTE:UI   SW/GL

NO.: 438854001 0019825

EXPIR.: 11/07

PURCHASE

ACHAT

AMT/MONT: $2.50

---

VCEE BISTRO

DATE 04/26/2006 WED   TIME 12:35

SOFT DRINK T4                    $2.34
GST                             $0.16
TOTAL                           $2.50
CASH                            $2.50
GST.NO.R104805510    No.021807  00000
CLERK 1

---

Victoria Chinese Restaurant
#260 - 1055 West Georgia St.
Royal Centre,Vancouver,BC
Phone(604)669-8383
Business # R-131264400

: Apr 28, 2006   # Time: 12:33PM
er: Jovan 3308   # Guest: 1
: 0333           Table : 82

Tea                          1.25
茶位
Shark's Fin Soup Dumpling    5.75
鱼翅灌汤饺
Shrimp Dumpling              4.75
水晶鲜虾饺
Pork Dumpling                4.75
鲜肉烧麦皇
Diet Coke                    2.00
Coke                         2.00

Subtotal                    20.50
GST                          1.44

tal                         21.94

Time : Apr 28, 2006 12:05PM

TERMINAL CITY CLUB
THE PUB
G.S.T. #R119320513

5

5023 JAIDEN

TBL 37/1      CHK 5577   GST 8
APR28'06  5:17PM

2 SLEEVE CAN @ 4.95          9.90
1 PANINI & YAM FR            9.00
2 SLEEVE HNY @ 5.08         10.16
1 LION BURGR                 8.75
    CHEDDR                   1.00
2 @ 6.45
    PINT GUINNESS           12.90
1 FISH & CHIPS              11.50
1 SLEEVE LITE                4.95
1 **WILD SALMON             14.50
2 SLEEVE HNY @ 5.08         10.16
1 SPINACH LG                 6.75
1 FISH & CHIPS              11.50
2 SLEEVE HNY @ 5.08         10.16
1 FISH & CHIPS              11.50
1 DOUBLE CLB HOUSE           9.25
2 @ 6.45
    PINT GUINNESS           12.90
1 *CLASSIC VODKA             8.00
1 TUNA MELT                  8.75

Subtotal                   171.63
TAX GST                     12.01
TAX PLT                      7.91
Amount Due  $191.55

Credit Card Voucher
TERMINAL CITY CLUB
THE PUB

CHECK:      5577
TABLE:      37/1
SERVER:     5023 JAIDEN
DATE:       APR28'06  7:10PM
CARD TYPE:  VISA
ACCT #:     XXXXXXXXXX9825
EXP DATE:   XX/XX
AUTH CODE:  085548
RESEARCH:   000000000000
            LUCIEN RAMONDETTA

SUBTOTAL:        191.55

Tip            23.00

Total          214.55

Signature _____

$195.03

**PLEASE SIGN THIS COPY AND***
*LEAVE COPY FOR YOUR SERVER***
***GRATUITY NOT INCLUDED******

Ronnie Grisanti & Sons
Restaurant
2855 Poplar Ave
Memphis, TN 38111
(901) 323-0007

```
:       May05'06 10:24PM
Type:   Visa
#:      43885400010019825
Date:   11/07
Code:   019434
k:      7913
e:      B4/1
er:     51 Lynn

otal:   55.01
```

TOMER COPY
se keep for your records.

---

```
****************************************
DATE 5/05/06          TIME  8:13PM
MID 67093002699

        O'Charley's #269
         357 Goodman Rd.
         Southhaven, MS
              38671
          601-349-6663

VISA
AUTH 006307         345116 S
PURCHASE  TBL COUPLE CHECK
          Bar           PM BAR

AMOUNT                  24.00
TAX                      2.16

SUBTOTAL   $        26.16

TIP        $ ....15.00

TOTAL      $ ....41.16
          ==============

        CUSTOMER COPY
****************************************
```

---

```
        McDonalds Corporation
    Thank you for eatin at McDonalds
           Come back soon

      7310 SOUTH LAS VEGAS BOULEVARD
           LAS VEGAS , NV 89123

              THANK YOU

LAS VEGAS BOULEVARD  S#2    TEL# (702)269-6322
74 KS#01             May.08'06(Mon)08:41
STORE# 22290

Order #174           TO GO

1 SAU EGG MCMUFFIN ML          1.90
1 SML ORANGE JUICE             1.59

SUB TOTAL                      3.49
TAKE OUT TAX                   0.27
                             ------
                               3.76

CASH TENDERED                  4.00

CHANGE                         0.24
```

Comments or Concerns please contact
Store Manager Gerri
McDonalds

1601 WEST CHARLESTON
LAS VEG...S, NV 89102

THANK YOU

EST CHARLESTON        TEL# (702)384-0019

'6  KS#13    S#1    May.09'06(Tue)08:24
STORE#  5127

1 SAUSAGE EGG MCMUFFIN           1.00
1 MED ORANGE JUICE               1.59

SUB TOTAL                        2.59
TAKE OUT TAX                     0.20
                                 -----
                                 2.79

CASH TENDERED                   10.00

CHANGE                           7.21

---

O S G
955 Grier Drive
Las Vegas, Nevada 89119
702-896-7047
www.osglv.com
Date:       May09'06 01:35PM
Card Type:  Visa/M.C.
Acct #:     XXXXXXXXXXXX9825
Exp Date:   11/07
Auth Code:  087362
Check:      3323
Table:      45/1
Server:     133 ALISSA
      LUCIEN RAMONDETTA

Subtotal:            1 1 . 6 2

Tip:_____ 2. 00

Total:_____ 13. 62

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

---

TUNICA ARENA &
EXPOSITION CENTER

05/05/2006 12:57PM  ****
000002#3978    DEDRICK

CHICK TENDERS        $3.50
FRIES                $1.50
LG JUICE             $2.00

CASH          $7. 00

CASH
CHANGE

---

TUNICA ARENA &
EXPOSITION CENTER

05/05/2006  1:01PM  ****
000002#3983    DEDRICK

NACHO CHEZ           $1.00
COKE                 $1.50
CHICK SALAD          $5.00

***TOTAL           $7.50
CASH              $10.00
CHANGE             $2.50

---

OSG
955 Grier Drive
Las Vegas, Nevada 89119
702-896-7047
www.osglv.com

133 ALISSA

Tbl 45/1    Chk 3323    Gst 0
            May09'06 01:10PM

Dine In
1 Arnold Palmer          1.79
1 Pastrami Sand          8.99

Subtotal                10.78
Tax                      0.84
01:31 Total            1 1 . 6 2

CHECK OUT OUR
NEW WEB SITE
www.osglv.com
Become A Member
Of The
OSG PLAYERS CLUB

---

SAN FRANCISCO
INTERNATIONAL AIRPORT
PARKING RECEIPT
*** Thank you ***
Entrance: 13:27 04/30/06  Lane # 23
Exit    : 11:20 05/06/06  Lane # 15
Length of stay: 5 d., 21 h., 53 mn.
License plate : CA 5M2V184
Cashier: 050 Shift: 0181 SEQ# 1275
Amount paid $  203.00  Card



702-261-7330
QUIZNO'S CLASSIC SUBS
5757 WAYNE NEWTON BLVD
LAS VEGAS    NV 89111

TERMINAL I.D.:                    0422
MERCHANT #:                       01384

VISA                    ITEM #: 001
****************9825
SWIPE
SALE

DATE: MAY 10, 2006  TIME: 07:21
                    AUTH NO: 030784

TOTAL                    $10.30

LUCIEN RAMONDETTA
        CUSTOMER COPY

---

QUIZNO'S CLASSIC SUBS
McCarran International Ai
Las Vegas, NV 89118
(702)261-7330

ORDER #1024

Host: T2-AM                05/10/2006
ORDER #1024                   7:16 AM
                               20025

SM TUNA                        5.29
orange juice                   2.78
CHIPS                          1.49

Sub Total                      9.56
Tax                            0.74

TO GO Total                   10.30

VISA                          10.30

GOD BLESS AMERICA!

--- Check Closed ---

---

SAN FRANCISCO
INTERNATIONAL AIRPORT
Card Account # : XXXXXXXXXX9825
Card Expiration Date : 11/07
Card Type : VISA
Authorization Code    : 085538
Bank Sequence Number : 00000188

Entrance: 06:05 05/08/06  Lane # 23
Exit    : 23:21 05/12/06  Lane # 15
Length of stay: 4 d. 17 h. 16 mn.
License Plate : CA 5MZV184
Cashier: 153 Shift: 0195 SEQ# 5177

Transaction Amount: $ 168.00

---

SAN FRANCISCO
INTERNATIONAL AIRPORT
Card Account # : XXXXXXXXXX9825
Card Expiration Date : 11/07
Card Type : VISA
Authorization Code    : 076522
Bank Sequence Number : 00000011

Entrance: 13:27 04/30/06  Lane # 23
Exit    : 11:20 05/06/06  Lane # 15
Length of stay: 5 d. 21 h. 53 mn.
License Plate : CA 5MZV184
Cashier: 050 Shift: 0181 SEQ# 1275

Transaction Amount: $ 203.00

GINKO JAPANESE RESTAURANT
655 DIXON ROAD            TORONTO

ID: C4508281
SLIP #: 3300
STORE: 4508281

PRE-AUTH              $40.02

POURBOIRE/TIP $   6 00

TOTAL $          46 02

Visa              *S
****************9825

APPROVED    AUTH 037340
SEQ 065001001035    ISO  -001
May 11 2006  8:01 pm

CUSTOMER COPY

---

* DUPLICATE * DUPLICATE * DUPLICATE *

THRU THE GIFT SHOP
555 DIXON ROAD
ON
ETOBICOKE

CARD NUMBER      43885400###9825
EXPIRY DATE      1107
CARD TYPE        VISA    4849
DATE/TIME        2006/05/11  23:22:20
RECEIPT NUMBER   S47020824-001-442
PURCHASE
TOTAL AMOUNT     $4.93

01 APPROVED-027    AUTH. # 061417
THANK YOU

CARDHOLDER WILL PAY TOTAL AMOUNT SHOWN
TO CARD ISSUER ACCORDING TO CARDHOLDER
AGREEMENT.

CARDHOLDER SIGNATURE

* DUPLICATE * DUPLICATE * DUPLICATE *



USD216.18

CPN DOCUMENT NUMBER    CK    0 016 406997006 2

FORM OF PAYMENT: BA438854001098525X  082646
ADDITIONAL REMARKS: CHG TKT/PER RR
USD216.18

ITEMS: MISCELLANEOUS CHARGE BASE FEE - MS (10)    216.18

TKT NBR: 001 1307162351 P
CUSTOMER: RAMONDETTA/LUCIEN
CPN: 1    ORIGIN: LAS    DESTINATION: YYZ

SPECIAL SERVICE TICKET
CUSTOMER RECEIPT

016 406997006

10MAY06 LASTR 49190-1
AGENT ID: U137576
@UNITED

---

The UPS Store - #2122
8170 S. Eastern Ave Ste 4
Las Vegas, NV 89123
(702) 263-6200

05/08/06 04:00 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

001 040001 (004)                TO $ 60.00
Sm Mailbox - Qtr
002 055000 (021)                TO $ 10.00
Misc Non-Taxable

                    SUBTOTAL  $ 70.00
                    TOTAL     $ 70.00

ACCOUNT NUMBER *    VISA  $ 70.00
                    ***********9825

RECEIPT ID 83232213263184B88480 002 ITEMS
CSH: Bonnie                 TRAN: 1607 REG: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

---

Ronnie Grisanti & Sons
Restaurant
2855 Poplar Ave
Memphis, TN 38111
(901) 323-0007

ynn

04/1    Chk 7913       Gst 2
         May05'06 09:32PM

**** Seat 1 ****
ital Tomato Sld    6.95
Plain Bread         0.00
Pasta Ala Elfo     23.95
Tortellini         16.95
ea                  2.50
                   55.01
    4.66 Total
**** All ****   *****

ood               50.35
ax                 4.66
otal          55.01

Thank you for your business!
Please come again.

AVIS.

```
>>Return<< RA Document 682720942          Rate 4K/B    1 DY 21 HR
CAR# 6 5 7 1 2 2 4   Car Group B              0 MI @       .40   =
GRY CHEV COBA 4DR CA 5RES774                  0 HR @     15.34   =
                                             2 DY @     46.00   =        92.00
RAMONDETTA,LUCIEN                            0 WK @    322.00   =
                                            0 MO @   1288.00   =
AWD# = A921501                          4K/B.      99FM
Freq Travel# = AD/L640686               TIME & MILEAGE       =        92.00
FF MILES/POINTS EARNED OVR-             #$3/DAY CFC          + =         6.00
                                       **10.00% FEE         + =         9.21
Out LAS VEGAS APO  NV   08MAY06/0805    7.5% TAX ON FF MILES + =          .12
In  LAS VEGAS APO  NV   10MAY06/0553    Subtotal            =        107.33
Miles-Out 14353      Miles-In 14452     Tax  9.750%         + =        10.46
Miles Driven   99    Fuel In 8/8        #10.0% FEE          + =         9.20
Method of pay = CLUB                    Total Charges       =        126.99
CXXXXXXXXXXXXX9825        11/07          AMOUNT DUE   CV  USD =        126.99
                                       #INCLUDES 6% GOV'T SERVICES FEE
                                       & 4 PCT REIMBURSMENT REG & LIC FEES
                                       RATE INCLUDES LDW ABOVE $3000.00
                                       **CONCESSION FEE RECOUPMENT

The amount that appears in "Amount Due" has been billed to your VISA Card.
All charges are subject to audit and change if any errors are found.
For local inquiries call 702-261-5595.  Thank you for renting from Avis.

DB42/2766/06130/08:53/0
```

AVIS.

**DOUBLETREE**
**INTERNATIONAL PLAZA HOTEL**
TORONTO AIRPORT

GST# 875933160RT0001

655 Dixon Road • Toronto, Ontario M9W. 1J3
Phone (416) 244-1711 • Fax (416) 244-8031
Reservations
www.doubletree.com

| Name & Address |
|---|

RAMONDETTA, LOU
2335 STEWART AVE
WALNUT CREEK, CA 94596

2335 STEWART AVE
WALNUT CREEK, CA 94596
US

CONFIRMATION NUMBER : B1007000

Room          1207/NK1JW
Arrival Date   05/10/06 7:39PM
Departure Date 05/12/06 10:55AM

Adult/Child    1/0
Room Rate      269.00

RATE PLAN      LV5
HH# 257918939 GOLD
AL:   AA #L640686
CAR:

05/12/06    PAGE    2

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | |

Hilton HHonors
Points & Miles

*You may be leaving, but you don't have to say goodbye. For information, reservations, or a subscription to our monthly Doubletree (R) items e-newsletter with news and offers, just visit doubletree.com*

F
O
L
I
O

| ACCOUNT NO. VS 9825 | | DATE OF CHARGE 5/10/2006 | FOLIO NO./CHECK NO. 270735 | A |
|---|---|---|---|---|
| CARD MEMBER NAME RAMONDETTA, LOU | | AUTHORIZATION 075170 | | INITIAL |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT NUMBER TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE X | | TOTAL AMOUNT | -726.88 | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.        PAYMENT DUE UPON RECEIPT . 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

The Hilton Family | Hilton | DOUBLETREE | Garden Inn

*** TOTAL PAGE.02 **

# GOLD STRIKE
### CASINO RESORT
*Casino Center / Mississippi*

Reservations
1-888-245-7829

Guest Information
1-662-357-1111
*1010 Casino Center Drive*
*P O Box 459*
*Robinsonville, MS  38664*

| | | | |
|---|---|---|---|
| Name | LOU RAMONDETTA | Rate | |
| Address | 2078 JUPITER HILLS LN | Room | 738 |
| | | Arrive | 5/03/06 |
| | HENDERSON        NV   890123283 | Depart | 5/05/06 |
| | | Persons | 2 |
| | | Deposit Amount | |

Company Name
Group Code    KNG0502
Travel Agent No.

CI: TFCAMPBELL
CO: TFDANTZSON

Page        1
Resv No    388136714653

| DATE | REFERENCE | DESCRIPTION | $ CHARGES | CREDITS | $ BALANCE |
|---|---|---|---|---|---|
| 05/03/06 | 388390734221 | LONG DISTANCE CALL | .50 | | .50 |
| | | 8007873231 02:19   032 1 | | | |
| 05/03/06 | 388399000255 | ROOM CHARGE    738 | 59.00 | | |
| | | TAX2 | 5.90 | | 65.40 |
| 05/03/06 | 388390731975 | IN-ROOM MOVIES | 21.39 | | 86.79 |
| | | 738 19:58 PPD-TV   9476 | | | |
| 05/04/06 | 388409000250 | ROOM CHARGE    738 | 59.00 | | |
| | | TAX2 | 5.90 | | 151.69 |
| 05/05/06 | 388410776055 | FRONT DESK MASTERCARD | | 151.69 | |
| | | ***********1516 | | | |

I agree to be personally liable if the indicated person, firm, or corporation fails to pay any of charges; further, to have you bill my presented credit card in the event I fail to sign its charge record on check-out. The Gold Strike Casino Resort assumes no responsibility for money or valuables not deposited in our safety deposit boxes, which are provided without charge at the casino cage.

.00

## Guest Card                          ## Guest Card

| | |
|---|---|
| Arrival Date | Rm. No. |
| Departure Date | Check Out 11:00 am |
| Signature _____ | |

VALID ONLY WHEN SIGNED. EXPIRES UPON DEPARTURE

| | |
|---|---|
| Arrival Date | Rm. No. |
| Departure Date | Check Out 11:00 am |
| Signature _____ | |

VALID ONLY WHEN SIGNED. EXPIRES UPON DEPARTURE

Case 2:06-cv-01521-GLL    Document 24-4    Filed 04/18/2008    Page 21 of 37

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 05/05/06 | 663641 | GUEST ROOM | $114.00 |
| 05/05/06 | 663641 | STATE TAX | $7.98 |
| 05/05/06 | 663641 | CITY TAX | $1.14 |
| 05/05/06 | 663641 | COUNTY TAX | $2.28 |
| | | WILL BE SETTLED TO VS *9825 | $125.40 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*You have earned approximately 2565 HHonors points and approximately 114 miles with AMERICAN AIRLINES for this stay. For reservations and to check your point balance, visit hiltonfamily.com.*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 164722    A |
| card member name | | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member | | **total** amount | |
| X | | | 0.00 |

     

thanks.



**GOLDEN NUGGET**

**RAMONDETTA, LUCIEN**

ROOM #  :  01218
RES. #   :  18K4YY
ARRIVAL: 05/08/06
DEPART  : 05/10/06

| DATE | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|------|-------------|--------|---------|---------|
| 05/08 | Paid-Visa 9825 | | 98.79 | -98.79 |
| 05/08 | Paid-Visa 9825 | | 98.79 | -197.58 |
| 05/08 | Paid-Visa 9825 | | -98.79 | -98.79 |
| 05/08 | Rate Plan | 89.00 | | -9.79 |
| 05/08 | Room Tax | 9.79 | | 0.00 |
| 05/09 | Lillie's Noodle Food | 24.85 | | 24.85 |
| 05/09 | Lillie's Noodle Bev | 6.50 | | 31.35 |
| 05/09 | Sales Tax | 2.43 | | 33.78 |
| 05/09 | Lillie's Noodle Tip | 5.00 | | 38.78 |
| 05/09 | Rate Plan | 89.00 | | 127.78 |
| 05/09 | Room Tax | 9.79 | | 137.57 |
| 05/10 | Paid-Visa 9825 | | 137.57 | 0.00 |
| | **TOTAL** | $    236.36 | 236.36 | 0.00 |

POST OFFICE BOX 610, LAS VEGAS, NEVADA 89125 (702) 385-7111

OAKLAND
INT'L AIRPORT

Airport phone number: (510) 633 2572
Entrance: 07:04 05/15/06 Lane # 03
Exit  : 15:45 05/19/06 Lane # 38
License Plate CA 5M2V184
Cashier : 128           Seq. # 3362
Length of stay  4:004 08h, 41mn,
Amount Paid:  $6160.00 Card
    Tax:  $6024.98
    Net:  $6135.82
*** Thank You for your Patronage ***

FIVE STAR PARKING
1 AIRPORT DR
OAKLAND, CA 94621
510/633-2572

LANE: 06 CLERK: 1280

DATE: 05/19/06           TIME: 03:49 PM
ACCT #: XXXXXXXXXXX9825
STORE ID: OAKL000104

CARD TYPE: VI
TRANS TYPE:
REF NUMBER:2942     CREDIT PURCHASE
                    AUTH #: 018722

TOTAL:        $     160.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

SIGNATURE_____

THANK YOU FOR PARKING WITH US.

---

# AVIS.  We try harder®

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | | CAR GROUP |
|---|---|---|---|
| 682768833 | 3613691 | E | |

RAMONDETTA,LUCIEN
AWD = A921500
NA - AVXXXXXXXX9985
FTN AD/L640686                    4K

OUT LAS 15MAY06/0926 MI = 17071
IN  LAS 19MAY06/1323 MI = 17164
        93 MI@     40 =
        HR@    16 01 =
        5 DY@  48 00 =      240 00
#$3/DAY CFC           =       15 00
7 5% TX FF M12MX      =          30
TAXABLE SUBTOT        =      255 30
TAX  9.750%           =       24 89
#10 0% FEE            =       26 97
FUEL SERVICE          =       29 66

TOTAL CHARGES         =      336.82
#INC 6% GOVT SER&4%RI IM FEE
FF MLS/PNTS EARNED    250

Please check your car for personal effects.

Thank you for renting from Avis.
We value your business. Have a safe trip.

---

I LOVE SUSHI
11041 S EASTERN STE 117
HENDERSON  NV 89052
702-990-4055

C O P Y
05/17/2006  21:34:38
Sale:

Transaction #     131
Card Type:       VISA
Acc:  **************9825
Entry:          Swiped
Bse Amt:        34.96

Tip     : $   5.00

Total Amt: $  39.96

Device ID:         0304
Reference No.:

---



Panevino
Ristorante

246 Via Antonio
Las Vegas, Nevada
(702) 222-2400
Date:        May19'06 12:37
Card Type:   Visa
Acct #:      XXXXXXXXXXX98
Exp Date:    11/07
Auth Code:   054746
Check:       111
Table:       26/1
Server:      10 TEAM-1 L
VSCA: Auth Driver
    LUCIEN RAMONDETTA

Subtotal:          63.

Tip:_____9.0

Total:_____72.0

I agree to pay above total
according to my card issuer
agreement.

C u s t o m e r

I LOVE SUSHI #1
11041 South Eastern Ave. #117
Henderson, NV 89052
(702) 990-4055

Server: Kim                    Station: 7

Order #: 90453        Table: A17    Dine In

---

1 Iced Tea                          1.95
1 Mexican Roll                      8.00
1 Hawaiian Roll                     9.50
1 Eddie Sp.                        13.00

SUB TOTAL:                         32.45
NV Sales Tax:                       2.51
                                 =======
AMOUNT DUE:                       $34.96

>> Ticket #: 210 <<
5/17/2006 10:31:38 PM

THANK YOU!

---

OSG
955 Grier Drive
Las Vegas, Nevada 89119
702-896-7047
www.osglv.com

130 AMBER

Tbl 41/1        Chk 4449        Gst 0
                May18'06 12:38PM

--------------------------------
Dine In
1 Arnold Palmer                     1.79
1 House Salad                       4.99
1 Hot Rst Beef San                  8.59

Subtotal                           15.37
Tax                                 1.19
12:37 Total                        16.56

CHECK OUT OUR
NEW WEB SITE
www.osglv.com
Become A Member
Of The
OSG PLAYERS CLUB

---

OSG
955 Grier Drive
Las Vegas, Nevada 89119
702-896-7047
www.osglv.com
        May18'06 01:02PM
Type:  Visa/M.C.
#:     XXXXXXXXXXXX9825
Date:  11/07
Code:  030422
       4449
       41/1
       130 AMBER
       LUCIEN RAMONDETTA

Total:                   16.56

                    2.00

                   18.56

ee to pay above total
ding to my card issuer
ment.

* * * * Customer Copy * * * *



**Panevino**
Ristorante

246 Via Antonio
Las Vegas, Nevada
(702) 222-2400

10 TEAM-1 L

Tbl 26/1          Chk 111          Gst 2
              May19'06 11:45AM

2 Arnold Palmer                    5.00
1 Pellegrino LG                    7.50
1 Polp di Granchio                13.00
1 Risotto DJ                      17.00
1 Salad DJ                        10.00
1 Shrimp                           6.00
2 Refill Arnold                    0.00

Subtotal                          58.50
Tax                                4.53
Total                            ' 63.03

---

Lucille's Smokehouse BBQ
2245 Village Walk
Henderson, NV 89052
702-257-7427

Server: Stephanie      DOB: 05/18/2006
09:10 PM                    05/18/2006
Table 113/1               10/100076

VISA                          11534424
Card #XXXXXXXXXXXX9825
Magnetic card present: RAMONDETTA LUCIEN
Approval: 002041

           Amount:            29.25

           + Tip: _____     4.50

         = Total: _____    33.75

X _____
Approval: 002041

Give dad the gift of
Barbeque!!!!
A perfect way to say
Happy Father's Day
Sunday, June 18

           Guest Copy

---

Lucille's Smokehouse BBQ
2245 Village Walk
Henderson, NV 89052
702-257-7427

: Stephanie              05/18/2006
113/1                      9:08 PM
: 1                       100076

ea                           3.20
ly Waters
mbo Platter                 23.95

te Subtotal                 27.15

tal                         27.15
                             2.10

                            29.25

ance Due          29.25

Give dad the gift of
Barbeque!!!!
A perfect way to say
Happy Father's Day
Sunday, June 18



**Las Vegas / Green Valley**
**2800 N Green Valley Prkwy**
**Henderson, Nevada 89014**
**702-434-4700**

GUEST FOLIO

*Dir. BM*

Thank you for selecting Courtyard by Marriott. We trust that your
experience with us has included warm and gracious service, and the
type of accommodations expected.

We look forward to serving you again on future trips. For additional
reservations, call our toll-free reservation number, (800) 321 2211.

Las Vegas / Green Valley Courtyard Staff

| 16May06 | PJ001 | Market Beverage | 1.50 | |
|---------|-------|-----------------|------|--|
| 16May06 | PI002 | Market Packaged Fo | 3.75 | |
| 16May06 | PI003 | Market Packaged Fo | 3.50 | |
| 16May06 | RB315 | ROOM CHARGE | 129.00 | |
| 16May06 | RT315 | Room Tax | 11.61 | |
| 17May06 | FD5234 | Restaurant Room Ch | 11.72 | |
| 17May06 | RB315 | ROOM CHARGE | 129.00 | |
| 17May06 | RT315 | Room Tax | 11.61 | |
| 18May06 | FD5464 | Restaurant Room Ch | 8.57 | |
| 18May06 | RB315 | ROOM CHARGE | 129.00 | |
| 18May06 | RT315 | Room Tax | 11.61 | |
| 19May06 | AX315 | American Express | | 450.87- |

```
     ********************************************
     *   CARD #: AXXXXXXXXXXXX1002              *
     *   Amount:    450.87   Auth: 115682       *
     *        ** Signature on File  **          *
     ********************************************
```

          **      BALANCE      **                       .00

Marriott Rewards Club Member: XXXXX9188.  Retain this receipt for your records.

### Latest News From Marriott Rewards

Marriott's eFolio! Receive your hotel bill by email after every
stay. Subscribe today at MarriottRewards.com. Your final folio will
be sent to the email address for the Rewards number on record.
If this is not your intention, please see the Front Desk.

GUEST SIGNATURE_____

COURTYARD RESERVATIONS (800) 321 2211

www.ashospitality.com 8-2784  rev. 6/03

MAIL ON MAIN
1630 N MAIN ST
WALNUT CREEK, CA 94596
TID: 04194916
05/26/06                14:08:06

## SALE

355600600884
BATCH: 363
VS xxxxxxxxxxxx9484
APPR CODE: 044802    ✓
INVR: 000006

AMOUNT:           $ 10.00
                ================
TOTAL:            $ 10.00

CUSTOMER COPY

---

OU RAMONDETTA
886 Stewart Avenue
Walnut Creek, CA 94596
925-945-1655

TABLE 34
600 East Warm Springs
Las Vegas, Nevada 89119
(702) 263-0034    #4 1037

Server: Dallas          05/24/2006
Table 300/1              5:28 PM
Guests: 1                  20032

Iced Tea                    2.75
Beef Skewers               12.50

Sub Total                  15.25
Tax                         1.18

Total                      16.43

## Balance Due       16.43

Thank you for dining
at Table 34

2485

---

TABLE 34
600 East Warm Springs
Las Vegas, Nevada 89119
(702) 263-0034

Server: Dallas       DOB: 05/24/2006
05:29 PM                  05/24/2006
Table 300/1               2/20032

VISA                      2097181
Card #XXXXXXXXXXXX9825
Magnetic card present: RAMONDETTA LUCIEN
Approval: 070936

Amount:          16.43

+ Tip:          3.00

= Total:       19.43

X_____
Approval: 070936

Thank you for dining
at Table 34

Guest Copy

---

SALES DRAFT

CASA SERRANO OF LAUGHLI
1650 S CASINO DR
LAUGHLIN, NV 89029-1512

MERCHANT #: 430134750047490
TERMINAL ID: 00000002

ACCOUNT #: xxxxxxxxxxxx9825
BATCH: 204
DATE   : 05/23/06    TIME: 12:52
AUTH CODE: 077683

REF #  : 006
SERVER : 27              ✓
AMOUNT :      $47.03

TIP    : $    7.00
TOTAL  : $   54.03

LUCIEN RAMONDETTA

THANK YOU.
PLEASE COME AGAIN.

### CUSTOMER COPY ###

---

>> E M E R I L ' S <<
New Orleans Fish House
at the MGM Grand Las Vegas

109 Team 9

-----------------------------------
TBL 3 0 1 / 1 CHK 7842 GST 2
      MAY22'06  3:31PM
-----------------------------------

1 Chowder                  8.00
1 Sliders                 16.00
2 Arnold Palmer            5.00

Food                      24.00
Beverage                   5.00
Tax                        1.86
Amount Due    $ 3 0 . 8 6

---

Emeril's New Orleans Fish House
MGM Grand
Las Vegas Blvd
Las Vegas, Nevada
CHECK:      7842
TABLE:      3 0 1 / 1
SERVER:     109 Team 9
DATE:       MAY22'06  4:02PM
CARD TYPE:  Visa/Mc
ACCT #:     XXXXXXXXXXXX9825
EXP DATE:   XX/XX
AUTH  E:    094723
          LUCIEN RAMONDETTA

SUBTOTAL:        30.86

Gratuity         4.00

TOTAL:          34.86

```
. . . . . . . . . . . . .
   I LOVE SUSHI
11041 S EASTERN STE 117
HENDERSON NV 89052
    702-990-4055
     C O P Y
05/24/2006  19:45:43
Sale:

Transaction #:        81
Card Type:          VISA
Acc: *************9825
Entry:            Swiped
Bse Amt:           24.73

Tip    : $   4.00

Total Amt: $  28.22

Device ID:          0304
Reference No.:
   16614513942272
Auth.Code.  AUTH/TKT  066717
Respon. AUTH/TKT   066717
Merchant number ***19214

     CUSTOMER COPY
```

```
   I LOVE SUSHI #1
11041 South Eastern Ave. #117
   Henderson, NV 89052
     (702) 990-4055

Server: dong pill        Station: 7

Order #: 91637     Dine In
                Table: C9

1 Iced Tea              1.95
1 Eddie Sp.            13.00

SUB TOTAL:            14.95
NV Sales Tax:          1.16
                    ======
AMOUNT DUE:         $16.11

   >> Ticket #: 202 <<
   5/23/2006 10:15:31 PM

        THANK YOU!
```

```
        THANK YOU!

    5/24/2006 8:45:42 PM
   >> Ticket #: 152 <<

AMOUNT DUE:         $24.73
                    ========
NV Sales Tax:          1.78
SUB TOTAL:            22.95
1 Whos Your Ex Wife   13.00
1 Screaming Orgasm Small  8.00
1 Iced Tea              1.95
-----------------------------
                  Table: A14
Order #: 91793     Dine In

Server: dong pill        Station: 7

     (702) 990-4055
   Henderson, NV 89052
11041 South Eastern Ave. #117
   I LOVE SUSHI #1
```

```
. . . . . . . . . . . . .
   I LOVE SUSHI
11041 S EASTERN STE 117
HENDERSON NV 89052
    702-990-4055
     C O P Y
05/23/2006  21:15:18
Sale:

Transaction #:       114
Card Type:          VISA
Acc: *************9?25
Entry:            Swiped
Bse Amt:           16.11

Tip    : $   3.00

Total Amt: $  19.11

Device ID:          0304
Reference No.:
   09614419309182
Auth.Code.  AUTH/TKT  044211
Respon. AUTH/TKT   044211
Merchant number ***19214

     CUSTOMER COPY
```

```
Casa Serrano of Laughlin
  Mexican Restaurant
  1650 S. Casino Dr.
  Laughlin NV 89029
    702-299-0817

              05/23/2006
                12:51 PM

              #600007

ver: Antonio
le 153/1
sts: 5

  Type: Order

e (3 @1.75)            5.25
ch Special             4.60
ce Tea
Taco Rio               8.6
er burrito             5.85
CHACA                  1.50
EANs & RICE            9.00
Carne Bur              7.05
ay Combo               1.65
Tea

lete Subtotal         43.75

Total                 43.75
                       3.28

a]                    47.03

lance Due             47.03

       FOOD:          38.50
   N/A BEVS:           5.25

     PLEASE PAY YOUR
  FOOD SERVER OR CASHIER
 AND THANK YOU FOR COMING
```



TABLE 34
600 East Warm Springs
Las Vegas, Nevada 89119
(702) 263-0034

Server: Diane          DOB: 05/25/2006
01:45 PM                     05/25/2006
Table 123/1                        1/10046

VISA
Card #XXXXXXXXXXXX9825
Magnetic card present: RAMONDETTA LUCIEN
Approval: 061548

Amount:        13.47

+ Tip:        2.00

= Total:      15.47

X_____
Approval: 061548

Thank you for dining
at Table 34

Guest Copy

Thank you for dining
at Table 34

nce Due

13.47

12.50
0.97

13.47

FedEx Kinko's

May 21,2006 14:48
Receipt # 411662
VISA #:XXXXXXXXXXXX9825
2006/05/21 14:20

Qty  Description           Amount
46   E8 B&W S/S White 8.5 x1    4.14
20   SPOILAGE: E8 B&W S/S Wh   -1.80
     ite 8.5 x11

     SubTotal:    2.34
     Taxes:       0.19
     Total:       2.53

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.

**CUSTOMER COPY**

1909 MT DIABLO BLVD  (925) 934-8254
WALNUT CREEK, CA  94596
www.fedexkinkos.com
Please recycle this receipt.

FIVE STAR PARKING
1 AIRPORT DR
OAKLAND, CA 94421
510/633-2572

NE: 06 CLERK: 1040

05/25/06      TIME: 07:27 PM
#: XXXXXXXXXXXX9825
ID: OAKL000104

TYPE: VI
TYPE: I     CREDIT PURCHASE
UMBER:9304    AUTH #: 06253

AL:   $    128.00

E TO PAY ABOVE TOTAL AMOUNT
ING TO CARD ISSUER AGREEMENT

HANK YOU FOR PARKING WITH US.

POPCORN 31     $1.98
SUBTOTAL       $1.98
TAXI AMT       $0.17
TOTAL          $2.15
CASH          $10.00
CHANGE         $2.85

CLERK 1  NO.407412   0001
TIME 14:13

CLAIM CHECK   576881

GM GRAND



**Las Vegas / Green Valley**
**2800 N Green Valley Prkwy**
**Henderson, Nevada 89014**
**702-434-4700**

GUEST FOLIO 

Thank you for selecting Courtyard by Marriott. We trust that your experience with us has included warm and gracious service, and the type of accommodations expected.

We look forward to serving you again on future trips. For additional reservations, call our toll-free reservation number, (800) 321 2211.

Las Vegas / Green Valley Courtyard Staff



| 23May06 | FD6534 | Restaurant Room Ch | 5.28 | |
| 24May06 | FD7204 | Restaurant Room Ch | 6.28 | |
| 25May06 | VI215 | Visa | | 11.56- |

```
*********************************************
*   CARD #: VIXXXXXXXXXXXX9825            *
*   Amount:      11.56   Auth: 072372     *
*          ** Signature on File **        *
*********************************************
```

**         BALANCE                             .00

Marriott Rewards Club Member: XXXXX9188.  Retain this receipt for your records.

**Latest News From Marriott Rewards**

Marriott's eFolio! Receive your hotel bill by email after every stay. Subscribe today at MarriottRewards.com. Your final folio will be sent to the email address for the Rewards number on record. If this is not your intention, please see the Front Desk.

Introducing the Marriott Rewards(R) Premier Visa Signature(R) card. Earn more Marriott Rewards points and enjoy greater benefits. Please visit MarriottRewards.com/premiervisa for all of the details.

          **  **  **  **  **

Join us this morning for your EGGS ARE IT breakfast, featuring eggs cooked to your order!  Fresh & Hot... only $9.95

GUEST SIGNATURE_____

COURTYARD RESERVATIONS (800) 321 2211

DORAL
GOLF RESORT & SPA
A MARRIOTT RESORT

4400 NW 87th Avenue
Miami, FL 33178
(305) 592-2000
www.doralresort.com

For questions regarding th' 'fo,
please call Marriott Business Services
toll-free 1-866-435-7627.

DORAL GOLF RESORT & SPA

GUEST FOLIO

MR#: 920109188

| 05/02 | CHAMPION | 8608 435 | 36.89 |
| 05/02 | TR ROOM | 435, 1 | 219.00 |
| 05/02 | ROOM TAX | 435, 1 | 15.33 |
| 05/02 | OCC TAX | 435, 1 | 13.14 |
| 05/02 | UNLIMIT | ACCESS | 16.00 |
| 05/02 | COMM TAX | ACCESS | 2.38 |
| 05/03 | BK CARD | | |

$302.74

TO BE SETTLED TO:    VISA        CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

Marriott's eFolio! Receive your hotel bill by email after every
stay. Subscribe today at MarriottRewards.com. Your final folio will
be sent to the email address for the Rewards number on record.
If this is not your intention, please see the Front Desk.

MARRIOTT REWARDS ACCOUNT # 920109188
DATE 05/02/06 - 05/03/06 REVENUE IF APPLICABLE        $271.89
BASE POINTS EARNED: 2719    ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

4400 NW 87th Avenue
Miami, FL 33178
(305) 592-2000
www.doralresort.com

DORAL
GOLF RESORT & SPA
A MARRIOTT RESORT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

# HYATT
### R E G E N C Y
**PITTSBURGH INT'L AIRPORT** ®

Hyatt Regency Pittsburgh International Airport
1111 Airport Blvd. P.O. Box 12420
Pittsburgh, PA  15231  USA
724.899.1234
FAX 724.899.1241





click.     click.     done.

| Name | First Name | | | Folio | 1 | Page | 1 |
|------|-----------|--|--|-------|---|------|---|
| RAMONDETTA | LOU | | | Room | 613 | | |

| | | | Rate | 115.00 |
|--|--|--|------|--------|

| City | State | Zip Code | Arrival | 05/01/06 MON |
|------|-------|----------|---------|--------------|

| | | | Departure | 05/02/06 TUE |
|--|--|--|-----------|--------------|

| (724) 539-5000 | 1/0 | Bonuses | | Type | CCARD |
|----------------|-----|---------|--|------|-------|

Account
XXXXXXXXXXX19825   XX/XX

| DATE | DESCRIPTION | CHARGE/CREDIT | DATE | DESCRIPTION | CHARGE/CREDIT |
|------|-------------|---------------|------|-------------|---------------|
| 05/01 | OLIVE PRESS | 5.28 | | | |
| 05/01 | OLIVE PRESS | 35.07 | | | |
| 05/01 | CORPORATE ROOM | 115.00 | | | |
| 05/01 | *COUNTY OCC TAX | 8.05 | | | |
| 05/01 | *STATE OCC TAX | 8.05 | | | |
| | Total Due | 171.45 | | | |

Your account (G54318175R) will be credited for all eligible
charges: * indicates an ineligible charge.

Create a lasting impression with Hyatt Gift Cards. The best gifts
are the ones that are remembered and revisited time and time
again.

We look forward to your feedback.  Please e-mail your comments
to Stacey McWilliams at smcwilli@hyatt.com.

For Billing Inquiries please contact Jessica Molina
at 724-899-6019 or JMolina@hyatt.com.

Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the
event that the indicated person, company or association fails to pay for any part or the full
amount of these charges.

Tommy Rockers
4275 Industrial Rd
Las Vegas NV 89103
261-6688

Server: Crystal
10:24 PM
51/1

DOB: 05/30/2006
05/30/2006
4/40064

VISA
Card #43885400100199825
Magnetic card present: ramondetta lucien
Approval: 032202

419434343
Exp:1107

Amount:                84.50
+ Tip: _____

= Total: _____

X _____
Approval: 032202

****STORE COPY****

---

Tommy Rockers
4275 Industrial Rd
Las Vegas NV 89103
261-6688

Server: Crystal
10:24 PM
51/1

DOB: 05/30/2006
05/30/2006
4/40064

VISA
Card #XXXXXXXXXX9825
Magnetic card present: ramondetta lucien
Approval: 032202

419434343
Exp:1107

Amount:                84.50
+ Tip: _____

= Total: _____

X _____
Approval: 032202

****CUSTOMER COPY****

---

Jody Maroni's
McCarran Airport
Las Vegas, NV

Katina

995 MAY30'06 8:00AM

Smokin Dog                3.69
Gatorade                  2.99

Food                      6.68
Tax:                      0.52
                          7.20
Payment:
XXXXXXXXXXXX9825       XX/XX
Visa                      7.20

THANK YOU FOR VISITING

M.R. Whitsett, Inc.
tions/Comments please call
(702) 261-5858

SAN FRANCISCO
INTERNATIONAL AIRPORT
Card Account # : XXXXXXXXXX9825
Card Expiration Date : 11/07
Card Type : VISA
Authorization Code  : 010853
Bank Sequence Number : 00000154

Entrance : 05:58 05/30/06  Lane # 24
Exit    : 21:32 06/01/06  Lane # 16
Length of stay: 2 d. 15 h. 34 mn.
License Plate : CA 5MZV184
Cashier: 086 Shift: 0191 SEQ# 2072

Transaction Amount: $  98.00

---

WELCOME TO
HOUSE OF BLUES
LAS VEGAS

05/31/06              21:59

Foundation Room
Check: 806658      Table: 900
Server: Alex
Terminal: 80

═══════════════════════════
       Restaurant
2 AMSTEL LIGHT        13.00
1 LECIGAR VILENTE     75.00

       Subtotal       88.00
          Tax          6.82
        Total         94.82

DVP

HOTEL NAME (Required)

Guest Name (Print)

Room          Tip

Signature

THANK YOU
UNITY IN DIVERSITY

---

05/31/06  SALES DRAFT    22:08

House Of Blues
3950 S.Las Vegas Blvd
Las Vegas, NV 89119
(702) 632-7600

MERCH ID: 13870
CASHIER: Alex
TERMINAL: 79   Foundation R

VISA

NAME: KANONDETTA/LUCIEN
NUMBER: 438834xxxxxxxxxxx
EXPIRE: 11/07
AUTH: 095290
AMOUNT: 94.82

CHECK: 806658
TABLE: 900

TOTAL: 94.82

GRATUITY: 14.00

TOTAL: 108.82

SIGNATURE

TABLE 34
600 East Warm Springs
Las Vegas, Nevada 89119
(702) 263-0034

Server: Bryan        DOB: 05/30/2006
02:01 PM                  05/30/2006
Table 320/1                   1/10027

VISA                             2097174
Card #XXXXXXXXXXXX9825
Magnetic card present: RAMONDETTA LUCIEN
Approval: 035823

Amount:           14.55

+ Tip: ___2.50___

= Total: __17.05__

X _____
Approval: 035823

Thank you for dining
at Table 34

Guest Copy

---

HMSHost
Ruby's Diner
McCarran International Airport

4955 Erica

CHK 1671      JUN01'06   86    7:27PM

**Subtotal**

1 CLAM CHOWDER            4.99
1 ALBACORE MELT           7.99

Subtotal                 12.98
Tax                       1.01
Amt Paid                 13.99
XXXXXXXXXXXXXXX5         XX/XX
VISA        AO 4*        13.99

Your order number is: 1671

---

ARAMARK
OAKLAND COLISEUM

Stand 223    register 3
06/03/06  12:58:04

cashier          TT
bill number     8876
PHILLY CHZ S    5.50
FRIES GARLIC    5.50
SODA SOUVENI    4.75

CARD NUMBER: 4988 XXXX XXXX XXXX XXXX
EXPIRATION: XX/XX
AUTHORIZATION: 034964

total           17.75
Credit Card     17.75

*** THANK YOU ****

**DOUBLETREE CLUB HOTEL**
LAS VEGAS AIRPORT

7250 Pollock Drive • Las Vegas, NV 89119
Phone (702) 948-4000 • Fax (702) 948-4100
Reservations
www.doubletree.com

Name & Address

RAMONDETTA, LOU
2335 STEWART AVE

WALNUT CREEK, CA 94596
US

KEISURE

430/NK1D
05/30/0610:42PM
06/01/06

1/0
$115.00

RATE PLAN      C-KG5
HH# 257918939 GOLD
AL:       AA  #L640686
BONUS AL:              CAR:

Confirmation: 88070057

06/01/06      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 05/30/06 | 1947914 | GUEST ROOM | $115.00 |
| 05/30/06 | 1947914 | LVCVA TOURISM FEE | $4.60 |
| 05/30/06 | 1947914 | OCCUPANCY TAX | $5.75 |
| 05/31/06 | 1948400 | GUEST ROOM | $115.00 |
| 05/31/06 | 1948400 | LVCVA TOURISM FEE | $4.60 |
| 05/31/06 | 1948400 | OCCUPANCY TAX | $5.75 |
| | | WILL BE SETTLED TO VS *9825 | $250.70 |
| | | EFFECTIVE BALANCE OF | $0.00 |

**Hilton HHonors®**
Points & Miles

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhonors.com*

*You may be leaving, but you don't have to say goodbye. For information, reservations, or a subscription to our monthly Doubletree (R) Items e-newsletter with news and offers, just visit doubletree.com*

### EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

▪ Please review this statement.  It is a record of your charges as of late last evening.
▪ For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. |
|---|---|---|
| AUTHORIZATION  348846 | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | 0.00 |

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

THANK YOU

## Ethel M chocolates

**Terminal Gate C**
**Las Vegas, NV  89119**
**Telephone: 702-798-1143**
Phone order:
1-800-438-4356

REGULAR SALE

06/06/2006 16:14:17 REG001 TILL001 TRN5185
Store Number: 9
Cashier:    3040 - ashley

| 950059 | Assorted Bulk Confec | 3.00P |
|---|---|---|
| | SUBTL | 3.00 |
| 0.00 | TOTAL TAX | 0.00 |
| | TOTAL | 3.00 |
| | CASH | 20.00 |
| | CHANGE | -17.00 |

**********************************************

TAKE 15% OFF YOUR NEXT PURCHASE
CALL 1-866-345-3876

ENTER CODE: 0606061614‍9

VALIDATION CODE: _____

**********************************************

---

# Yoshi's Asian Grill

3800 W. Sky Harbor Blvd. 14/52
*
Phoenix, AZ 85034
602-267-1341

CUSTOMER COPY

DATE 6/8/06

TIME 7:19 PM
ACCT# XXXXXXXXXXXX9825
EXP DATE       1107
CARD TYPE      VISA
SERVER ID      2105
TRAN TYPE      SALE
AUTH CODE      042933
TICKET #       144872

AMOUNT         $12.18

TIP AMOUNT     3.00

TOTAL AMOUNT   15.18

SIGN X _____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
THANK YOU
PLEASE COME AGAIN

---

# Yoshi's Asian Grill

3800 W. Sky Harbor Blvd. 14/52
*
Phoenix, AZ 85034
602-267-1341

/06 7:19 PM
ck # 1

ANGELICA
# Guests 1

| California Roll | $4.29 |
|---|---|
| Spicy Tuna Roll | $5.29 |
| Soda /M | $1.69 |

| Subtotal: | $11.27 |
| Tax: | $0.91 |

**Total:  $12.18**

| -CHARGE | $12.18 |
| CHANGE | $0.00 |

(--: Thank YOU :--)

144872

---

**OAKLAND**
**INT'L AIRPORT**

Airport Phone Number: (510) 633 2572
Entrance: 08:56 06/06/06   Lane # 03
Exit     : 23:29 06/08/06   Lane # 36
License Plate CA 5NZU184
Cashier : 283
Seq. # 8167
Length of stay 0/002 12h, 33mn.
Amount Paid: $696.00 Card
Tax:         $614.99
Net:         $6661.61

**Flight # _____**

**Amount $ 13.00   Date 6/8**

**EXHIBIT 3**

**Bobbi Youngblood**

| | |
|---|---|
| **From:** | Lou Ramondetta [lcramondetta@yahoo.com] |
| **Sent:** | Saturday, April 29, 2006 4:53 PM |
| **To:** | youngblood0124@konamigaming.com |
| **Subject:** | Re: Hi from Konami HR |

Thanks for checking.  I'll only be in week after next
for a day or two before going to CND for meetings.
Tom was just showing me areas, he has no information
on any of the apartments.  The one that was nice was
next to his development and close to the District.
Think it was Bella Vista.  I'll have to check more
extensively when I'm in.

--- Bobbi Youngblood <youngblood0124@konamigaming.com>
wrote:

> Hi, Lou:
> Hope you got the apartment information from Tom J;
> there is one available apartment at Camden Summit
> for $1168 per month
> (2B/2B) for 6 month lease.
> Please advise...their phone number again is
> 702-897-5033.
>
> Have a nice weekend,
>
> Bobbi Youngblood
>
> Director, Human Resources
> Konami Gaming, Inc.
> 585 Trade Center Drive
> Las Vegas, NV  89119
> phone number:  702.616.1400
> confidential fax:  702.616.1442
> www.konamigaming.com
>
> --------------------------------------------------------
> This email message is a confidential communication
> from Konami Gaming, Inc.
> Human Resources and is intended only for the named
> recipient(s) above and
> may contain information that is a trade secret,
> proprietary, privileged or
> highly confidential.  If you have received this
> message in error, or are not
> the named or intended recipient, please immediately
> notify the sender and
> delete this email message and any attachments from
> your workstation or
> network mail system.
>
>
>

1

3rd

## Bobbi Youngblood

| | |
|---|---|
| **From:** | Bobbi Youngblood [youngblood0124@konamigaming.com] |
| **Sent:** | Monday, May 01, 2006 11:44 AM |
| **To:** | 'Lou Ramondetta' |
| **Cc:** | 'sutherland0705@konamigaming.com'; 'sakamoto1121@konamigaming.com' |
| **Subject:** | RE: Important from HR Konami |

Hi, Lou:
Payroll is being processed today and it is imperative, per our company labor attorney, that per our offer letter and your agreement, you are to reside and work out of Las Vegas. To avoid all types of ramifications and scrutiny from California, including worker's comp, unemployment and other taxes and application of California labor laws, I must process you in our system as a Nevada resident.  I have called Camden Summit which has a two bedroom unit available immediately and will require a 3-month lease (this will allow you time to secure a more permanent residence), approximately $1000 per month.

Please call me at your earliest convenience to finalize the information.  Additionally, it will require you coming to Las Vegas to sign documents and other necessary forms.  Even if you have to miss the MS Gaming Show, it is more important that you make a trip to LV as soon as possible.

Please confirm everything through me or Steve by email or phone call and we will expedite what is needed.

Bobbi
702-683-7457
-----Original Message-----
From: Lou Ramondetta [mailto:lcramondetta@yahoo.com]
Sent: Saturday, April 29, 2006 4:53 PM
To: youngblood0124@konamigaming.com
Subject: Re: Hi from Konami HR


Thanks for checking.  I'll only be in week after next for a day or two before going to CND for meetings. Tom was just showing me areas, he has no information on any of the apartments.  The one that was nice was next to his development and close to the District. Think it was Bella Vista.  I'll have to check more extensively when I'm in.

--- Bobbi Youngblood <youngblood0124@konamigaming.com> wrote:

> Hi, Lou:
> Hope you got the apartment information from Tom J;
> there is one available apartment at Camden Summit
> for $1168 per month
> (2B/2B) for 6 month lease.
> Please advise...their phone number again is
> 702-897-5033.
>
> Have a nice weekend,
>
> Bobbi Youngblood
>
> Director, Human Resources
> Konami Gaming, Inc.
> 585 Trade Center Drive
> Las Vegas, NV  89119
> phone number:  702.616.1400
> confidential fax:  702.616.1442
> www.konamigaming.com

1

## Bobbi Youngblood

| | |
|---|---|
| **From:** | Bobbi Youngblood [youngblood0124@konamigaming.com] |
| **Sent:** | Thursday, May 04, 2006 5:09 PM |
| **To:** | 'Lou Ramondetta' |
| **Cc:** | 'sutherland0705@konamigaming.com'; 'sakamoto1121@konamigaming.com'; 'fielder0329 @konamigaming.com' |
| **Subject:** | RE: Expense report |

Hi, Lou:
I hope the Mississippi show was fruitful and you met a lot of our customers.

We are processing your first expense report and should have it ready by next week for reimbursement of approved items, including your hotel stay in LV and rental car your first week of employment with KGI.

Please note that your offer letter includes relocation expenses and assistance, but not temporary arrangements, or transportation associated with the pending move (as submitted by you on the current expense report). As such, please note that further submissions of hotel, rental car, food, and other items will not be authorized or approved for reimbursement. (This does not apply to itemized receipts you submit directly related to traveling or doing local business for Konami).

Please call or email if you have any questions. Hope to see you next week when you secure LV housing. I need your local address and W2 information so we can comply to paying you as a Nevada resident by May 15th.

Thank you,
Bobbi

1

**EXHIBIT 4**

**Sent:** Thursday, June 08, 2006 8:55 PM
**To:** 'Thomas Jingoli'
**Subject:** RE: Video Conference

Hi Tom, Not a problem.  I found the video conference call a little difficult, the minor time delay and the use of the interpreter was a challenge.

We had a meeting with Lou Ramondetta the new VP of Sales and Marketing.  He was missing a few things for his interview.  **He did not disclose that he had another bank account, I found this through his income tax information that showed him receiving a dividend.  He did not have a copy of his most recent credit card statements as requested.  He failed to disclose on his Personal Disclosure Form the "incident" as a minor when he was arrested.**

I think he was lucky it was Ontario interviewing him and not Nevada or New Jersey.  I don't think they would have been as tolerant or patient as we were.  I think perhaps he is unsure of the importance of the registration process.  **This is the first time I have had an individual not properly prepared for an interview from Konami**.  We cut him some slack as this was his first interview but he should be better prepared in future.


Wilf



**From:** Thomas Jingoli [mailto:jingoli0616@konamigaming.com]
**Sent:** Tuesday, June 06, 2006 7:05 PM
**To:** 'Muller, Wilf (AGCO)'


Page 2 of 2


**Subject:** Video Conference

Wilf

Thanks again for going the extra distance on the video conference not to mention the 9 pm time, I really do appreciate you making the time.  Hope all is well          .

Fairways and greens,

Tom



Thomas A. Jingoli
Director of Compliance
**Konami Gaming, Inc.**
585 Trade Center Drive
Las Vegas, Nevada 89119
702.616.1400 - Office
702.952.1521 - Fax