# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 16, 2008                    **Court Reporter:**  Jim Yeomans


**CASE NO.: C-08-1002 JSW**

**TITLE:**  Lou Ramondetta v. Konami, et al.,


**COUNSEL FOR PLAINTIFF:**               **COUNSEL FOR DEFENDANT:**

Lou Ramondetta - Pro Se                   Suzanne L. Martin
                                          Howard Cole


**PROCEEDINGS:**    Motion to Dismiss


**RESULTS:**    Hearing held.
                The Court heard argument from the parties.
                The motion is taken under submission.
                A written ruling shall issue.