HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>     Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>     Defendant. | Case No. C08-01002 JSW<br><br>KONAMI GAMING, INC.'S<br>CERTIFICATE OF INTERESTED<br>ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named defendant, Konami Gaming, Inc., there is no such interest to report.

Dated: May 23, 2008
              LEWIS AND ROCA LLP

              By: /s/ Suzanne L. Martin
              SUZANNE L. MARTIN
              California Bar No. 210613
              LEWIS AND ROCA LLP
              3993 Howard Hughes Parkway, Ste. 600
              Las Vegas, Nevada 89169
              (702) 949-8200
              (702) 949-8398 (fax)
              Attorneys for Defendant

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

KONAMI GAMING, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CV-C-08-01002 JSW
417667.1

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008, I electronically transmitted the foregoing KONAMI GAMING, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS to the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the following:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596

By :   /s/ Laura Sliwinski
An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

KONAMI GAMING, INC.'S CERTIFICATE OF INTERESTED PARTIES
CV-C-08-01002 JSW
417667.1

2