HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>            Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>            Defendant. | Case No. C08-01002 JSW<br><br>KONAMI GAMING, INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY |

Pursuant to Civil L.R. 16-10, trial counsel for Defendant Konami Gaming, Inc., Howard E. Cole and Suzanne L. Martin of Lewis and Roca, LLP at 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada, 89169, request the Court's permission to appear telephonically at the Case Management Conference scheduled for May 30, 2008 at 1:30 p.m.

Howard E. Cole and Suzanne L. Martin will be available for the Case Management Conference as early at 1:20 p.m. and can be reached at 702-949-8315.

/ / /

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

KONAMI GAMING, INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE
TELEPHONICALLY

CV-C-08-01002 JSW

417670.1

1

1  Appearing telephonically will achieve the speedy and inexpensive resolution of the issues
2  to be determined during the Case Management Conference without incurring substantial fees and
3  costs for Konami Gaming, Inc. in counsel traveling to San Francisco, California from Las Vegas,
4  Nevada to appear in person.  *See* Declaration of Suzanne Martin, filed contemporaneously
5  herewith.

6  Dated: May 23, 2008                    Respectfully submitted,

7                                         LEWIS AND ROCA LLP

8                                         By: /s/ Suzanne L. Martin
9                                         SUZANNE L. MARTIN
                                          California Bar No. 210613
10                                        LEWIS AND ROCA LLP
                                          3993 Howard Hughes Parkway, Ste. 600
11                                        Las Vegas, Nevada  89169
                                          (702) 949-8200
12                                        (702) 949-8398 (fax)
                                          Attorneys for Defendant

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

KONAMI GAMING, INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE
TELEPHONICALLY
CV-C-08-01002 JSW
417670.1
2

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that on May 23, 2008, I electronically transmitted the foregoing KONAMI

3 GAMING, INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE

4 TELEPHONICALLY to the Clerk's Office using the CM/ECF System for filing and transmittal

5 and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the

6 following:

7

8                                   Lou Ramondetta
                               2335 Stewart Avenue

9                             Walnut Creek, CA 94596

10

11                     By :  ___/s/ Laura Sliwinski_____
                            An Employee of Lewis and Roca LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

KONAMI GAMING, INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE
TELEPHONICALLY
CV-C-08-01002 JSW
417670.1

3

| | |
|---|---|
| 1 | HOWARD E. COLE |
| 2 | California Bar No. 91707<br>hcole@lrlaw.com |
| 3 | SUZANNE L. MARTIN<br>California Bar No. 210613 |
| 4 | Nevada Bar No. 8833<br>smartin@lrlaw.com |
| 5 | LEWIS AND ROCA LLP<br>3993 Howard Hughes Pkwy., Ste. 600 |
| 6 | Las Vegas, Nevada 89169<br>(702) 949-8200 |
| 7 | (702) 949-8398 (fax) |
| 8 | Attorneys for the Defendant |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami, Steve Sutherland,<br>Satoshi Sakamoto and Tom Jingoli,<br><br>                    Defendants. | Case No. C08-01002 JSW<br><br>DECLARATION OF SUZANNE L.<br>MARTIN IN SUPPORT OF REQUEST<br>TO PARTICIPATE IN CASE<br>MANAGEMENT CONFERENCE<br>TELEPHONICALLY |

### DECLARATION OF SUZANNE L. MARTIN

1.  I am an attorney with the law firm of Lewis and Roca LLP and represent the Defendant Konami Gaming, Inc. ("Konami") in the matter of *Ramondetta v. Konami, et al.* I make this declaration based on my own personal knowledge of the contents herein, or on information and belief.

2.  Howard E. Cole and I represent Konami and are trial counsel. Mr. Cole's hourly rate is $475/hour. My hourly rate is $275/hour. We work at the Las Vegas, Nevada office of Lewis and Roca LLP located at 3993 Howard Hughes Pkwy., Suite 600, Las Vegas, Nevada.

3.  If the Court requires Mr. Cole or me to appear in person at the Case Management Conference scheduled for May 30, 2008 at 1:30 p.m., we will have to travel to San Francisco,

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DECLARATION OF S. MARTIN IN SUPPORT OF REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY
-1-

417842.1

California to do so, at the expense of Konami. As of this morning, a round trip ticket from Las Vegas, Nevada to San Francisco, California would cost a minimum of $204.00 plus tax. Attached hereto as Exhibit 1 is a true and correct copy of Southwest's available flights and rates as listed on www.southwest.com. Due to the timing of the conference and the flight availability, Mr. Cole or I would have to arrive at the airport at approximately 8:30 a.m. to take the 9:20 a.m. flight to San Francisco in order to arrive at the Court on time for the Case Management Conference in the afternoon. We would depart on the 4:45 p.m. flight, which is the earliest flight we could take after the 1:30 p.m. conference. We would also be taking a taxi-cab to and from the courthouse and airport that day at an estimated cost each way of $32-$40. Attached hereto as Exhibit 2 is a true and correct copy of the estimated cab fares published for the public at www.yellowcabsf.com to and from the San Francisco airport with Yellow Cabs, a San Francisco taxi cab service.

4. Mr. Cole or I would incur travel expenses of approximately $300 in traveling to San Francisco for the Case Management Conference. Further, because one of us would be traveling on behalf of Konami that day, Konami would incur approximately 8 hours of attorneys' fees, or between $2200 if I traveled to and from San Francisco at an hourly rate of $275/hour, and $3800 if Mr. Cole traveled to and from San Francisco at a rate of $475/hour. All tolled, Konami would incur between $2500 and $4100 in attorneys' fees and costs for travel associated with counsel's appearance at the Case Management Conference, in person.

5. Alternatively, if either myself or Mr. Cole were permitted to appear at the Case Management Conference by phone, we anticipate that Konami would incur a maximum of 3 hours of attorneys' fees, $825 at my hourly rate of $275/hour and $1425 at Mr. Cole's hourly rate of $475/hour, in preparing for and participating in the Case Management Conference.

6. If counsel are permitted to appear at the Case Management Conference by phone, it would result in a substantial cost savings to Konami in the range of several thousand dollars.

///

///

///

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DECLARATION OF S. MARTIN IN SUPPORT OF REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY
-2-
417842.1

7. Counsel is confident that the Court can achieve the same desired results from the Case Management Conference and that Mr. Ramondetta would not be prejudiced if Konami's counsel were permitted to appear by phone.

Executed this 23rd day of May, 2008 in Las Vegas, Nevada.

BY: _____
SUZANNE L. MARTIN

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DECLARATION OF S. MARTIN IN SUPPORT OF REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY
-3-
417842.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008, I electronically transmitted the foregoing DECLARATION OF SUZANNE L. MARTIN IN SUPPORT OF REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY to the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the following:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596

By:  /s/ Laura Sliwinski
An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DECLARATION OF S. MARTIN IN SUPPORT OF REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY
-4-

417842.1

**EXHIBIT 1**

SOUTHWEST.COM

| AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY |

Home | About Southwest | Help

Book Travel | Special Offers | Travel Tools | Rapid Rewards

PLAN TRIP ▶ SELECT FLIGHT

PRIORITY BOARDING   A DRINK   EXTRA CREDIT

Learn more about Business Select.

Compare Fare Benefits

**Modify Your Search**
Depart Las Vegas, NV
May ▼  30 ▼
Return from San Francisco, CA
May ▼  30 ▼

Depart:
Las Vegas, NV - LAS

Return from: San Francisco Area
San Francisco, CA - SFO

Modify Search

Southwest Shortcut TO LOW FARES

Flexible with your travel dates?
Use Southwest Shortcut to Low Fares

**Select Departing Flight**
**Las Vegas, NV to San Francisco, CA (Friday, May 30 2008)**
Fares do not include government fees and taxes.

| Flight | Depart | Arrive | Stops | Travel Time (hh:mm) | Business Select $168 | Anytime $153 | Wanna Get Away $102 - $143 |
|---|---|---|---|---|---|---|---|
| 1165 | 7:05am | 8:45am | Nonstop | 1:40 | ○ $168 | ○ $153 | ○ $102 |
| 710/3511 | 7:15am | 10:20am | LAX/1 | 3:05 | ○ $168 | ○ $153 | ○ $102 |
| 353 | 9:20am | 11:00am | Nonstop | 1:40 | ○ $168 | ○ $153 | ○ $102 |

**Select Returning Flight**
**San Francisco, CA to Las Vegas, NV (Friday, May 30 2008)**
Fares do not include government fees and taxes.

| Flight | Depart | Arrive | Stops | Travel Time (hh:mm) | Business Select $168 | Anytime $153 | Wanna Get Away $102 - $143 |
|---|---|---|---|---|---|---|---|
| 1896 | 12:00pm | 2:55pm | 1 | 2:55 | ○ $168 | ○ $153 | ○ $102 |
| 3419 | 2:15pm | 3:45pm | Nonstop | 1:30 | ○ $168 | ○ $153 | ○ $102 |
| 621 | 4:45pm | 6:15pm | Nonstop | 1:30 | ○ $168 | ○ $153 | ○ $143 |

## Ready to view air itinerary and pricing?

| Go To Next Step - Price ->> | Start Over | Need help booking travel? |

- **All fares and fare ranges are subject to change until purchased.**
- For information on a specific flight's ontime performance please call 1-800-IFLYSWA (1-800-435-9792).
- All fares and fare ranges listed are per person for each way of travel.
- Unavailable indicates either the flight is sold out/full or the fare is not valid for the travel dates you selected.
- Numeral in the "Stops" column indicates total number of stops on same plane (direct) flights.
- City code with a numeral indicates city where change of plane occurs and the number of stops including the connecting city.
- Travel Time represents the total elapsed time for your trip from your departure city to your final destination including stops, layovers, and time zone changes.
- **For military, government, youth, child, and infant fares please call 1-800-IFLYSWA (1-800-435-9792).** These fares are a discount off the "Anytime" fares. Other fares may be lower.

© 2007 Southwest Airlines Co. - **Patent Pending**



Page 1 of 2

SOUTHWEST.COM | Home | About Southwest | Help

AIR | CAR | HOTEL | Book Travel | Special Offers | Travel Tools | Rapid Rewards

PLAN TRIP → CRUISE | VACATION PACKAGES | TRAVEL SUMMARY

SELECT CAR → PRICE →

## Fox Rent A Car Pricing and Conditions of Rental

**Rental Car Details**

| Date | Day | Time | Details |
|---|---|---|---|
| May 30 | Fri | 11:00am | Pickup Economy car in San Francisco - SFO |
| May 30 | Fri | 3:00pm | Dropoff Economy car in San Francisco - SFO |

**Pricing**

| Item | Amount |
|---|---|
| Base Rate | $20.23 |
| Drop Charge | $0.00 |
| Mileage Charge | Unlimited |
| TAX TOTAL | $4.61 |
| AIRPORT TRANSFER FEE | $15.00 per Contract |
| **Approximate Total** | **$39.84** |

**Conditions of Rental**

- MINIMUM AGE FOR RENTERS AND DRIVERS IS 21. -NOTE- MINIMUM AGE FOR RENTERS AND DRIVERS ON GOVERNMENT ORDERS IS 18. ALL RENTERS AND DRIVERS UNDER THE AGE OF 25 ARE SUBJECT TO AN UNDERAGE CHARGE OF USD/20.00 PER DAY.
- ALL RENTERS AND DRIVERS WILL BE REQUIRED, AT TIME OF RENTAL, TO SUPPLY - 1.THEIR VALID DRIVER'S LICENSE. U.S., CANADIAN AND INTERNATIONAL LICENSES ARE ACCEPTED. INTERNATIONAL LICENSES MUST INCLUDE AN ENGLISH TRANSLATION AND BE ACCOMPANIED BY THE DRIVER'S PASSPORT. 2.THEIR CURRENT HOME ADDRESS - NOT A P.O. BOX. 3.THEIR CURRENT HOME PHONE NUMBER. 4.A SECOND CONTACT NUMBER - CELL OR BUSINESS. ADDITIONAL DRIVERS ARE ALLOWED SUBJECT TO THE SAME AGE, LICENSE AND CREDIT CARD REQUIREMENTS AS THE PRIMARY DRIVER. *NOTE - ADDITIONAL DRIVERS ARE NOT ALLOWED ON CASH RENTALS. *NOTE - ADDITIONAL DRIVER CHARGES APPLY IN ARIZONA (USD/8.00 PER DAY PER DRIVER) AND WASHINGTON (USD/10.00 PER DAY PER DRIVER).
- DEBIT CARDS - DEBIT CARD ONLY ACCEPTED AT TIME OF RENTAL WHEN PRESENTED WITH THE RETURN FLIGHT SEGMENT OF A ROUND TRIP AIRLINE TICKET. RETURN SEGMENT CAN BE PRESENTED IN THE FORM OF THE ACTUAL TICKET OR AN ELECTRONIC TICKET. AT TIME OF RENTAL, THE COUNTER REPRESENTATIVE WILL TAKE A COPY OF THE PRESENTED DOCUMENT AND ATTACH TO THE ORIGINAL RENTAL DOCUMENT RETAINED AT THE LOCATION. VALID DRIVERS LICENSE AND DEBIT CARD MUST BE IN THE SAME NAME. DEBIT CARD MUST HAVE AVAILABLE FUNDS OF USD/ 250.00 PLUS TOTAL ESTIMATED RENTAL CHARGES. NOTE: UNUSED FUNDS WILL BE RETURNED THROUGH THE CREDIT CARD PROCESSOR AFTER VEHICLE RETURN. DUE TO BANK PROCESSING IT CAN TAKE UP TO 14 DAYS TO APPEAR BACK ON YOUR ACCOUNT

WHEN USING THIS FORM OF PAYMENT. MAJOR CREDIT CARDS - VALID DRIVERS LICENSE AND CREDIT CARD MUST BE IN THE SAME NAME. CREDIT CARD MUST HAVE AVAILABLE FUNDS OF USD/250.00 OR ESTIMATED AMOUNT OF RENTAL CHARGES PLUS 15 PERCENT WHICHEVER IS GREATER. NOTE: WE DO NOT ACCEPT THE MINIATURE KEY TAG STYLE CREDIT CARDS. CASH RENTALS - AVAILABLE ON ECONOMY, COMPACT AND MIDSIZE CAR CLASS RESERVATION ONLY. ONLY ACCEPTED AT TIME OF RENTAL WHEN PRESENTED WITH A COPY OF THE INCOMING FLIGHT AND RETURN FLIGHT SEGMENTS OF A ROUND TRIP AIRLINE TICKET WITH THE SAME NAME AS INDICATED ON VALID DRIVERS LICENSE. INCOMING AND RETURN SEGMENTS CAN BE PRESENTED IN THE FORM OF THE ACTUAL TICKET OR AN ELECTRONIC TICKET. AT TIME OF RENTAL, THE COUNTER REPRESENTATIVE WILL TAKE A COPY OF THE PRESENTED DOCUMENTS AND ATTACH TO THE ORIGINAL RENTAL DOCUMENT RETAINED AT THE LOCATION. CASH FUNDS IN THE AMOUNT OF USD/250.00 PLUS ESTIMATED RENTAL CHARGES TAKEN AT TIME OF RENTAL WHEN AFOREMENTIONED CONDITIONS MET. CASH RENTALS NOT AVAILABLE IN OAKLAND, CA OR PHOENIX, AZ. ADDITIONAL DRIVERS NOT AVAILABLE ON CASH RENTALS. NOTE: UNUSED FUNDS WILL BE SENT BACK TO CUSTOMERS IN THE FORM OF A CHECK WITHIN 14 DAYS OF THE RENTAL CLOSE. PREPAID CARDS - PREPAID VISA/MASTERCARD ARE NOT ACCEPTED AS A FORM OF PAYMENT AT TIME OF RENTAL. PAYMENT AT CAR RETURN - DEBIT CARDS, PREPAID VISA/MASTERCARD AND CASH ALWAYS ACCEPTED AS PAYMENT UPON RETURN.

**Southwest Airlines Limit of Liability**

- Car rental company is solely responsible for fulfilling Customer's car rental reservation, including but not limited to availability of vehicles, pricing and payment for rentals, and the quality of service provided to the Customer making the reservation.

**I accept these conditions of rental and wish to reserve this car...**

Go To Next Step - Reserve Car >>

Start Over          Rental Car Guidelines          Need help booking travel?

© 2007 Southwest Airlines Co. - **Patent Pending**

# EXHIBIT 2



**YELLOWCABSF.COM**

San Francisco's LARGEST FLEET

home | cab fares | travel card | corporate | drivers | our community

## San Francisco Taxicab Rates of Fare
Section 1135 San Francisco Municipal Police Code

| | |
|---|---|
| First 1/5 mile | $3.10 |
| Each additional 1/5th mile | $0.45 |
| Each minute of waiting, or traffic time delay | $0.45 |
| Airport Exit Surcharge | $2.00 |

### Fare Estimator
From San Francisco & SFO to:
- East
- South
- North

### Out-of-Town Trips
Fare for trips exceeding 15 miles beyond city limits is 150% of the metered rate.

Fare for trips exceeding 15 miles from SF International Airport and not terminating within the city limits of San Francisco is 150% of the metered rate except for those trips from SF International Airport traversing through San Francisco going to Marin County or to the East Bay. The 15 mile limit will apply from the city limits of San Francisco as set forth above.

### Approximate Airport Fares

**SF AIRPORT (SFO)**
SF - SFO: $32 - $40 depending on destination
$2.00 exit fee added to trips originating at SFO

**OAKLAND AIRPORT (OAK)**
SF - OAK: $51
SFO - OAK: $82*
* $3 bridge toll included

**SAN JOSE AIRPORT (SJA)**
SF - SJA: $167
SFO - SJA: $134

Airlines & flight status information

Case 3:08-cv-01002-EDL    Document 29-4    Filed 05/23/2008    Page 3 of 5