UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                            Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>                            Defendant. | Case No. C08-01002 JSW<br><br>ORDER ON KONAMI GAMING, INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY |

Good cause appearing, it is hereby ordered that counsel for Konami Gaming, Inc., Howard E. Cole and Suzanne L. Martin, of Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada, may appear telephonically at the Case Management Conference scheduled for Friday May 30, 2008 at 1:30 p.m.

The Court will contact counsel at 702-949-8315.

**IT IS SO ORDERED.**

Dated: May __, 2008

_____
District Court Judge Jeffrey S. White

ORDER ON KONAMI GAMING, INC.'S REQUEST TO PARTICIPATE TELEPHONICALLY IN CASE MANAGEMENT CONFERENCE

CV-C-08-01002 JSW

417679.1