HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>             Plaintiff,<br><br>     vs.<br><br>KONAMI, et al., Konami,<br><br>             Defendant. | Case No. C08-01002 JSW<br><br>JOINT RULE 26(f) REPORT |

Plaintiff Lou Ramondetta ("Ramondetta") and Defendant Konami Gaming Inc., ("Konami"), hereby submit to the Court the following Rule 26(f) report pursuant to Federal Rules of Civil Procedure 16 and 26(f).

**1.     Procedural History**.

Plaintiff filed the original Complaint in the United States District Court, Northern District of California on February 19, 2008.

On March 13, 2008, Konami filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(2) and 29 U.S.C. §§1391, 1404. *See* Doc. # 3. After considering Ramondetta's Opposition (Doc. ## 21, 22), Konami's Reply (Doc. # 24), and hearing oral argument on May 16, 2008, the Court granted in part, and denied in part Konami's Motion to Dismiss. *See* Doc. # 26.

/ / /

**2.     Rule 26(f) Meeting, Ramondetta's Objection To the Proposed Discovery Plan.**

The parties conducted their Rule 26(f) conference on May 8, 2008, at which time they mutually agreed to defer further discussion of a discovery plan and scheduling order and initial disclosures until after the hearing on Konami's Motion to Dismiss on May 16, 2008. The parties reconvened on May 22, 2008, and conducted their Rule 26(f) conference.

Unless otherwise ordered by the Court, or an arbitrator, Konami proposes the following discovery schedule. Ramondetta objects to Konami's proposed discovery schedule on the grounds that 180-days is too long a time frame within which to conduct discovery and feels that this case can easily be handled on an expedited basis.

**3.     Konami's Proposed Discovery Plan.**

   **a.     Initial Disclosures.**

Initial Disclosures should be exchanged within 14-days, or by Thursday, June 5, 2008.

   **b.     The Subjects on Which Discovery Will Be Conducted.**

Discovery should be conducted on Ramondetta's claims, and Konami's affirmative defenses, any counterclaims, and Ramondetta's defenses thereto.

   **c.     Issues Related to the Disclosure or Discovery of Electronically Stored Information.**

With respect to the production of electronically stored information, Konami proposes that relevant electronically stored information be exchanged by the parties in paper format.

   **d.     Issues Relating to Claims of Privilege or Attorney Work Product.**

While parties make efforts to identify and withhold from production any documents which they believe are privileged, given the volume and nature of material being exchanged, there is a possibility that certain privileged material may be produced inadvertently. Accordingly, Konami proposes that a party who produces a document protected from disclosure by the attorney-client privilege, attorney-work product doctrine or any other recognized privilege ("privileged document") without intending to waive the claim of privilege associated with such document may, within fifteen (15) days after the producing party actually discovers that such inadvertent disclosure occurred, amend its discovery response and notify the other party that such document

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

JOINT RULE 26(F) REPORT
2
417687.1

was inadvertently produced and should have been withheld. Once the producing party provides such notice to the requesting party, the requesting party must promptly, meaning within seventy-two (72) hours, return the specified document(s) and any copies thereof. By complying with this obligation, the requesting party does not waive any right to challenge the assertion of privilege and request an order of the Court denying such privilege.

   **e.**  **Limits on Discovery.**

At this time, Konami proposes that discovery be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court without limitation or modification of the same.

   **f**.  **Discovery Plan.**

    (i) *Discovery Cut-off Date*. The cut-off for completion of discovery shall be 180 days from the Case Management Conference, Wednesday, November 25, 2008;

    (ii) *Amending the Pleadings and Adding Parties*. The last date for filing motions to amend the pleadings or add parties shall be ninety (90) days prior to the close of discovery, August 27, 2008.

    (iii) *Expert Disclosures*. Initial expert disclosures shall be made sixty (60) days before the discovery cut-off, September 26, 2008. Rebuttal expert disclosures shall be made thirty (30) days after the due date for expert disclosure, October 27, 2008. The parties shall have until November 10, 2008, to supplement their expert disclosures and shall have until the discovery cut-off date to take the depositions of the experts.

    (iv) *Dispositive Motions*. Dispositive motions shall be filed forty-five (45) days after the completion of discovery, January 9, 2009 (to accommodate the intervening holidays).

    (v) *Discovery Motions*. Pursuant to Civil L.R. 26-2, motions to compel discovery shall be filed no later than 7 days after the discovery cut off, December 2, 2008.

/ / /

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

JOINT RULE 26(F) REPORT

3

417687.1

1      (vi) *Joint Pretrial Conference Statement*. Konami proposes that counsel meet and confer to prepare the joint final pretrial conference statement and proposed order no later than forty-five (45) days before the trial date set by this Court. The disclosures required by F.R.C.P. 26(a)(3) and any objections thereto shall be included in the final pretrial order, which shall be prepared and filed thirty (30) days before trial.

DATED this 23rd day of May, 2008.　　　　DATED this 23rd day of May, 2008.

LEWIS AND ROCA LLP

By: /s/ Suzanne L. Martin　　　　　　　　　By: /s/ Lou Ramondetta
HOWARD E. COLE　　　　　　　　　　　　　　*Appearing pro se*
California Bar No. 91707　　　　　　　　　2335 Stewart Ave.
SUZANNE L. MARTIN　　　　　　　　　　　　Walnut Creek, CA 94596
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

JOINT RULE 26(F) REPORT
4

417687.1