1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  | LOU RAMONDETTA,                                  | Case No. C08-01002 JSW

12  |                         Plaintiff,               | ORDER ON CASE MANAGEMENT
                                                         CONFERENCE RE: ADR and
13  |     vs.                                          | DISCOVERY

14  | KONAMI, et al., Konami,

15  |                         Defendant.

16      Having conducted the Case Management Conference on May 30, 2008, considering the

17  parties' respective positions and submissions, and good cause appearing, the Court orders:

18      1.   That Plaintiff Lou Ramondetta and Defendant Konami Gaming, Inc., shall

19           participate in the following ADR Multi-Option Program, pursuant to ADR Local

20           Rules:

21           [___]  Binding Arbitration;

22           [___]  Mediation;

23           [___]  Settlement Conference.

24      2.   Discovery shall proceed as follows:

25           [___]  By order of the arbitrator(s) in binding arbitration;

26  / / /

27
           ORDER ON CASE MANAGEMENT CONFERENCE RE: ADR and DISCOVERY
28
                                             1
                                                                     CV-C-08-01002 JSW

417803.1

[___] In accordance with the Federal Rules of Civil Procedure and application Civil Local Rules of this Court, discovery shall be conducted on Ramondetta's claims, and Konami's affirmative defenses, any counterclaims, and Ramondetta's defenses thereto, without limitation or modification of the same, as follows:

1. *Discovery Cut-off Date*. The cut-off for completion of discovery shall be 180 days from the Case Management Conference, Wednesday, November 25, 2008;

2. *Amending the Pleadings and Adding Parties*. The last date for filing motions to amend the pleadings or add parties shall be ninety (90) days prior to the close of discovery, August 27, 2008.

3. *Expert Disclosures*. Initial expert disclosures shall be made sixty (60) days before the discovery cut-off, September 26, 2008. Rebuttal expert disclosures shall be made thirty (30) days after the due date for expert disclosure, October 27, 2008. The parties shall have until November 10, 2008, to supplement their expert disclosures and shall have until the discovery cut-off date to take the depositions of the experts.

4. *Dispositive Motions*. Dispositive motions shall be filed forty-five (45) days after the completion of discovery, January 9, 2009 (to accommodate the intervening holidays).

5. *Discovery Motions*. Pursuant to L.R. 26-2, motions to compel discovery shall be filed no later than 7 days after the discovery cut off, December 2, 2008.

6. *Joint Pretrial Conference Statement*. Konami proposes that counsel meet and confer to prepare the joint final pretrial conference statement and proposed order no later than forty-five (45) days before the trial date set by this Court. The disclosures required by F.R.C.P. 26(a)(3) and any objections thereto shall be included in the final pretrial order, which shall be prepared and filed thirty (30) days before trial.

7. *Production of Electronically Stored Information*. With respect to the production of electronically stored information, Konami proposes that relevant electronically stored information be exchanged by the parties in paper format.

8.  *Issues Relating to Claims of Privilege or Attorney Work Product.* While parties make efforts to identify and withhold from production any documents which they believe are privileged, given the volume and nature of material being exchanged, there is a possibility that certain privileged material may be produced inadvertently.  Accordingly, Konami proposes that a party who produces a document protected from disclosure by the attorney-client privilege, attorney-work product doctrine or any other recognized privilege ("privileged document") without intending to waive the claim of privilege associated with such document may, within fifteen (15) days after the producing party actually discovers that such inadvertent disclosure occurred, amend its discovery response and notify the other party that such document was inadvertently produced and should have been withheld.  Once the producing party provides such notice to the requesting party, the requesting party must promptly, meaning within seventy-two (72) hours, return the specified document(s) and any copies thereof.  By complying with this obligation, the requesting party does not waive any right to challenge the assertion of privilege and request an order of the Court denying such privilege.

**IT IS SO ORDERED.**

Dated: May __, 2008          _____
                             District Court Judge Jeffrey S. White

ORDER ON CASE MANAGEMENT CONFERENCE RE: ADR and DISCOVERY

3

CV-C-08-01002 JSW

417803.1