IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

| | |
|---|---|
| **JUDGE:  JEFFREY S. WHITE** | **COURTROOM DEPUTY**: Jennifer Ottolini |
| **DATE**:  May 30, 2008 | **Court Reporter**:  Kathy Powell |

**CASE NO. C- 8-1002 JSW**

**TITLE:**  Lou Ramondetta v. Konami, et al.,

| | |
|---|---|
| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
| Lou Ramondetta - Pro Se | Suzanne Martin - appearing telephonically |
| | Howard Cole - appearing telephonically |

**PROCEEDINGS:**  Initial Case Management Conference

**RESULTS:**   Counsel / parties shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by June 13, 2008.
A copy of the Magistrate Judge handbook was handed to Mr. Ramondetta and mailed (on May 30, 2008) to Ms. Martin.

**Deadline to file Motion to Compel Arbitration:  6-9-08**

**Choice of Law issues:  may be address in the motion to compel arbitration**

**Plaintiff shall submit a proposed schedule, in writing, by: 6-6-08**

**The Court will notify the parties in writing of the schedule once proposal is submitted by plaintiff.**

ADR - the Court is awaiting a recommendation from the ADR department.