1 | LOU RAMONDETTA, *in propria persona*
2335 Stewart Avenue
2 | Walnut Creek, CA 94596
Telephone: (925) 989-2525
3 | Facsimile: (925) 945-1655

4

Lewis and Roca LLP
5 | 3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
6 | (702) 949-8200
(702) 949-8398 (fax)
7
May 28, 2008
8

**RECEIVED**

MAY 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

    Plaintiff,

v.

KONAMI, *et al.*, Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli

    Defendants.

CASE NO.: C08-01002 JSW

**(PROPOSED) ORDER DENYING DEFENANTS REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY**

Date: May 30, 2008
Time: 1:30 pm
Courtroom: #2, 17th floor
Before: Honorable Judge White

PLAINTIFF'S PROPOSED ORDER

CASE NO. C0801002 JSW

1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

4  May 28, 2008

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  LOU RAMONDETTA,                        )  CASE NO.: C08-01002 JSW
                                           )
10         Plaintiff,                      )  **CERTIFICATE OF SERVICE**
                                           )
11     v.                                  )  Date: May 30, 2008 CMC
                                           )  Time: 1:30 pm
12 KONAMI, *et al.*, Konami, Steve Sutherland, )  Courtroom: #2, 17th floor
   Satoshi Sakamoto and Tom Jingoli        )
13                                         )
                                           )
14         Defendants.

15  ─────────────────────────────

16

17  I hereby certify that on May 28, 2008, I served the forgoing by fax and by depositing a copy of mailing, first class mail, postage prepaid to the following:

18  Suzanne Martin
    Lewis and Roca LLP
19  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, NV 89119
20  (702) 949-8200

21  United States District Court
    450 Golden Gate Ave
22  San Francisco, CA 94102
    Attn: Hon Judge White
23  Jennifer Ottolini

24                                 By: /s/ Lou Ramondetta
                                       Lou Ramondetta
25                                     "pro se"

26

27

28

PLAINTIFF'S COMPLAINT

CASE NO. C0801002 JSW

1
2
3
4
5        **PLAINTIFF'S PROPOSED ORDER**

6
7   It is hereby ordered that counsel for Konami Gaming Inc., Howard Cole and Suzanne Martin of Lewis and Roca LLP, must personally appear at the Case Management Conference scheduled for Friday May 30,
8
9        IT IS SO ORDERED.

10
11   Dated: _____                    By: _
12
13   _____                   The Honorable Judge White
14
15   Cc Served to:
16   Lewis and Roca LLP
     3993 Howard Hughes Parkway, Ste. 600
17   Las Vegas, NV 89169
     (702) 949-8200
18
     (702) 949-8398 (fax)
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S PROPOSED ORDER            -1-
CASE NO. C08-01002 JSW