HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>              Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>              Defendant. | Case No. C08-01002 JSW<br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS; MOTION TO DETERMINE APPLICABLE LAW**<br><br>[Filed concurrently with Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law; Declaration of Steve Sutherland; Declaration of Suzanne L. Martin; Proposed Order; and Master Certificate of Service]<br><br>Hearing Date: August 15, 2008<br>Hearing Time: 9:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Konami Gaming, Inc. ("Konami") will bring the above motion on for hearing before the Honorable Judge Jeffrey S. White, in the United States District Court, Northern District of California, 450 Golden Gate Ave., in San Francisco, California, 94102, 17th Floor, Courtroom 2, on the 15th day of August, 2008, at the hour of 9:00 a.m., or as soon thereafter as the matter may be heard.

NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS; MOTION TO DETERMINE APPLICABLE LAW

-1-

CV-C-08-01002 JSW

420907.1

Konami moves this Court to dismiss this case and compel arbitration, and to determine that Nevada law applies to Plaintiff Lou Ramondetta's claims.

This motion is made and based upon the pleadings and papers on file herein, Konami's Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law, the declarations of Steve Sutherland and Suzanne L. Martin, filed contemporaneously herewith, the Federal Rules of Civil Procedure, and any oral argument the Court may deem necessary at the time of hearing.

DATED this 9th day of June, 2008.

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Suzanne L. Martin
HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Defendant