1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>　　　　　　　　　　Defendant. | Case No. C08-01002<br><br>**[PROPOSED] ORDER ON MOTION TO COMPEL ARBITRATION AND DISMISS; MOTION TO DETERMINE APPLICABLE LAW**<br><br>[Filled concurrently with Notice of Motion; Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law; Declaration of Steve Sutherland; Declaration of Suzanne L. Martin; and Master Certificate of Service]<br><br>Hearing Date: August 15, 2008<br>Hearing Time: 9:00 a.m. |

WHEREAS, on June 9, 2008, Defendant Konami Gaming, Inc. ("Konami") filed a Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law ("Motion"), which came before the Honorable Judge Jeffrey S. White for a hearing on August 15, 2008.

/ / /

/ / /

/ / /

/ / /

Having reviewed and considering the parties' respective pleadings, papers, and declarations, and having heard oral argument, the Court makes the following findings of fact and conclusions of law:

1. The offer letter contains a valid and enforceable arbitration agreement and there are no grounds as exist at law or in equity for the revocation of the arbitration agreement;

2. The arbitration agreement requires Plaintiff Lou Ramondetta and Defendant Konami Gaming, Inc. to submit any and all claims arising out of or related to Plaintiff Lou Ramondetta's claims to binding arbitration;

3. Because the arbitration agreement covers all of the claims arising out of and related to Plaintiff Lou Ramondetta's employment with Defendant Konami Gaming, Inc., and all such claims will be resolved in binding arbitration, leaving nothing more for this court to consider and decide, this case shall be dismissed;

4. Applying California's relevant contacts test and the factors set forth in Restatement (Second) Conflict of Laws, § 188, Nevada law applies to the resolution of Plaintiff Lou Ramondetta's claims.

WHEREAS, the Court finds that the pleadings, papers, exhibits, declarations, and affidavits on file support the above findings of fact and Konami is entitled to relief, and for good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Konami's Motion is GRANTED. Accordingly:

1. This case is DISMISSED, and the parties are ordered to arbitrate their dispute in accordance with their agreement to arbitrate.

/ / /

/ / /

2.  Nevada law applies to the resolution of the claims and counterclaims asserted by the parties in this case.

IT IS SO ORDERED.

DATED: _____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE