HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>　　　　　Defendant. | Case No. C08-01002 JSW<br><br>**MASTER CERTIFICATE OF SERVICE**<br><br>[Filed concurrently with Notice of Motion; Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law; Declaration of Steve Sutherland; Declaration of Suzanne L. Martin; and Proposed Order]<br><br>Hearing Date: August 15, 2008<br>Hearing Time: 9:00 a.m. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically transmitted the following documents to the Clerk's office using the CM/ECF System for filing and transmittal:

1.  Notice of Motion;

2.  Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law;

3.  Declaration of Steve Sutherland;

4.  Declaration of Suzanne L. Martin;

5.  Proposed Order.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

MASTER CERTIFICATE OF SERVICE
-1-
CV-C-08-01002 JSW
420954.1

1  The same were served by first-class mail, postage prepaid to:
2
3  Plaintiff Lou Ramondetta
   2335 Stewart Ave.
4  Walnut Creek, CA 94596
5
6  Dated:    June 9, 2008            By: /s/ Sarah Griffin
7                                    An Employee of Lewis and Roca LLP
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

MASTER CERTIFICATE OF SERVICE

-2-

CV-C-08-01002 JSW

420954.1