IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

    Plaintiff,

    v.

KONAMI

    Defendant.

No. C 08-01002 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION**

On June 9, 2008, Konami filed its Motion to Compel Arbitration and Motion to Determine Applicable Law, and noticed the matter for a hearing on August 15, 2008. It is HEREBY ORDERED that Plaintiff's opposition brief shall be due on June 27, 2008. Konami's reply brief shall be due on July 11, 2008. If any party seeks to modify this briefing schedule, they may submit a request to the Court that demonstrates good cause for any such request.

**IT IS SO ORDERED.**

Dated: June 10, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

  v.

KONAMI et al,

        Defendant.

Case Number: CV08-01002 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: June 10, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk