1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

4

   Lewis and Roca LLP
5  3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, NV 89169
6  (702) 949-8200
   (702) 949-8398 (fax)
7
   Dated April 10, 2008
8

9

10

11

12

13
                        UNITED STATES DISTRICT COURT
14
                        NORTHERN DISTRICT OF CALIFORNIA
15

16
17 | LOU RAMONDETTA,                    )   CASE NO.: C08-01002 JSW
                                        )
18 |        Plaintiff,                  )   **(PROPOSED) ORDER ON**
                                        )   **DEFENANTS MOTION DENYING**
19 |   v.                               )   **DEFENDANT'S MOTION TO DISMISS**
                                        )   **PURSUANT TO FED. RULE CIV.**
20 | KONAMI, *et al.*, Konami, Steve Sutherland, ) **PROC. 12(B)(2), (B)(3), 28 USC 1391,**
     Satoshi Sakamoto and Tom Jingoli    )   **1404(A)**
21                                      )
                                        )   Date: May 16, 2008
22 |        Defendants.                      Time: 9 am
                                            Courtroom: #2, 17th floor
23                                          Before: Honorable Judge White

24

25

26

27

28

PLAINTIFF'S PROPOSED ORDER

CASE NO. C0801002 JSW

## PLAINTIFF'S PROPOSED ORDER

Wherefore Plaintiff's Proposed Order Denying Defendants' Motion to Dismiss pursuant to Fed. Rules of Civ. Proc. 12(b)(2), (b)(3), 28 USC 1391, 1404(a) came regularly for hearing on May 16, 2009 at 9:00 a.m., in Courtroom 2, 17th Floor, of the above referenced Court, located at 450 Golden Gate Ave, San Francisco, CA, 94102. Plaintiff Lou Ramondetta appeared *propria persona* and Suanne Martin of the law firm Lewis and Roca LLP appearing on behalf of the Defandants'.

The Court, having considered the discussion and papers submitted in support of and in opposition to the Motion, as well as admissible evidence and counsel's arguments offered in connection therewith, finds good cause and IT IS HEREBY ORDERED THAT:

Defendants' Motion is DENIED in that the Venue and Jurisdiction are proper and this Court will hear said case in this Court pursuant to FRCP 12(b)(2), (b)(3), 28 USC 1391, 1404(a).

IT IS SO ORDERED.

Dated: _____       By: _

_____        The Honorable Judge White

Cc Served to:

Lewis and Roca LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
(702) 949-8200

(702) 949-8398 (fax)

PLAINTIFF'S PROPOSED ORDER         -1-

CASE NO. C08-01002 JSW