1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA  94596
   Telephone:  (925) 989-2525
3  Facsimile:   (925) 945-1655

4
   Lewis and Roca LLP
5  3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, NV 89169
6  (702) 949-8200
   (702) 949-8398 (fax)
7
   May 28, 2008
8

9

10

11

12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16

17  LOU RAMONDETTA,                           )   CASE NO.: C08-01002 JSW
                                              )
18              Plaintiff,                     )   **(PROPOSED) ORDER DENYING**
                                              )   **DEFENANTS REQUEST TO**
19        v.                                   )   **PARTICIPATE IN THE CASE**
                                              )   **MANAGEMENT CONFERENCE**
20  KONAMI, *et al.*, Konami, Steve Sutherland, )   **TELEPHONICALLY**
    Satoshi Sakamoto and Tom Jingoli            )
21                                             )   Date: May 30, 2008
                                              )   Time: 1:30 pm
22              Defendants.                     )   Courtroom:  #2, 17th floor
                                                  Before:  Honorable Judge White
23

24

25

26

27

28

    PLAINTIFF'S PROPOSED ORDER

    CASE NO. C0801002 JSW

RECEIVED

MAY 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | LOU RAMONDETTA, *in propria persona*
2335 Stewart Avenue
2 | Walnut Creek, CA 94596
Telephone: (925) 989-2525
3 | Facsimile: (925) 945-1655

4 | May 28, 2008

5

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8

9 | LOU RAMONDETTA,                                    ) CASE NO.: C08-01002 JSW
                                                       )
10 |                   Plaintiff,                      ) **CERTIFICATE OF SERVICE**
                                                       )
11 |      v.                                           ) Date: May 30, 2008 CMC
                                                       ) Time: 1:30 pm
12 | KONAMI, *et al.*, Konami, Steve Sutherland,       ) Courtroom: #2, 17th floor
Satoshi Sakamoto and Tom Jingoli                       )
13 |                                                   )
                                                       )
14 |                   Defendants.                     )

15

16

17 | I hereby certify that on May 28, 2008, I served the forgoing by fax and by depositing a copy of
mailing, first class mail, postage prepaid to the following:

18 | **Suzanne Martin**
**Lewis and Roca LLP**
19 | 3993 Howard Hughes Parkway, Ste. 600
**Las Vegas, NV 89119**
20 | (702) 949-8200

21 | United States District Court
450 Golden Gate Ave
22 | San Francisco, CA 94102
Attn: Hon Judge White
23 | Jennifer Ottolini

24 |                                          By: _____
25 |                                               Lou Ramondetta
                                                   "pro se"
26

27

28

PLAINTIFF'S COMPLAINT

CASE NO. C0801002 JSW

1

2

3

4

5                                **PLAINTIFF'S PROPOSED ORDER**

6

7    It is hereby ordered that counsel for Konami Gaming Inc., Howard Cole and Suzanne Martin of
     Lewis and Roca LLP, must personally appear at the Case Management Conference scheduled
     for Friday May 30,

8

9        IT IS SO ORDERED.

10

11

     Dated: _____                         By: _

12

13   _____               The Honorable Judge White

14

15   Cc Served to:

16   Lewis and Roca LLP
     3993 Howard Hughes Parkway, Ste. 600
17   Las Vegas, NV 89169
     (702) 949-8200
18
     (702) 949-8398 (fax)
19

20

21

22

23

24

25

26

27

28

     PLAINTIFF'S PROPOSED ORDER                      -1-

     CASE NO. C08-01002 JSW