1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA  94596
   Telephone:  (925) 989-2525
3  Facsimile:   (925) 945-1655

4

5  Suzanne Martin
   Lewis and Roca LLP
6  3993 Howard Hughes Parkway, Ste. 600
   Las Vegas, NV 89119
7  (702) 949-8200

8

9  June 6, 2008

10

**RECEIVED**

JUN - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | ) CASE NO.:  C08-01002 JSW |
|    Plaintiff, | ) **PLAINTIFF'S PROPOSED** |
| v. | ) **SCHEDULING FOR TRAIL AND** |
| KONAMI, *et al.*, Konami, Steve Sutherland, | ) **CONSENT TO A MAGISTRATE** |
| Satoshi Sakamoto and Tom Jingoli | ) **JUDGE** |
|    Defendants. | ) Before: Hon. Judge White |

PLAINTIFF'S COMPLAINT

CASE NO. C0801002 JSW

### CONSENT TO MAGISTRATE JUDGE

Per the courts recommendation, Plaintiff will consent to a magistrate judge since this helps the court better allocate resources and is more appropriate for a case like this.

### PROPOSED SCHEDULING

**I.  Introduction:**
Plaintiff believes that this case can more appropriately be handled on an expedited basis.

a.  **Discovery Cut-off Date**
Discovery is minimal in this case and readily available and can be completed in 60 days from the Case Management Conference by Friday August 1, 2008. This should include all documents completed by Plaintiff and others completed for Plaintiff by Konami personnel stored in the regulatory room.

b.  **Amending the Pleadings and adding Parties**
30 days after the close of discovery on August 29, 2008

c.  **Expert Disclosures**
Initial expert and rebuttal disclosures can be made unilaterally with the Discovery process by August 1, 2008. The parties shall have until August 29, 2008 to supplement their expert disclosures.

d.  **Dispositive Motions**
Motions shall be filed by August 8, 2008.

e.  **Discovery Motions**
Pursuant to Civil L.R. 26-2, motions to compel discovery shall be filed no later than 7 days after the discovery cut off, September 5, 2008

f.  **Joint Pretrial Conference Statement**
Counsel shall meet and confer to prepare joint final pretrial conference statement and proposed order no later than 10 days before the date set by the this Court. Plaintiff would request a jury trial date by late August or early September. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the final pretrial order, which shall be prepared and filed thirty (30) days before trial. This also can be done unilaterally with the above scheduling.

g.  **Issues Related to the Disclosure of Discovery of Electronically Stored Information**
Relevant electronically stored information will be exchanged by the parties via electronic attachments and paper format. This should be accomplished by August 1, 2008.

h.  **Trial**
Assuming the case is not resolved via the ADR process, Plaintiff is requesting a trail by jury in late August or early September. Plaintiff is also requesting an ADR process of Mediation or a Settlement Conference. Plaintiff has requested Assisted Settlement Support.

PLAINTIFF'S COMPLAINT                    -1-

CASE NO. C08-01002 JSW

1
2
3  Dated: June 6, 2008                    Respectfully Submitted,
4
5
6  _____
   LOU RAMONDETTA
7  *in propria persona*
8
   Cc Served to:
9
   Suzanne Martin
10 Lewis and Roca LLP
   3993 Howard Hughes Parkway, Ste. 600
11 Las Vegas, NV 89119
   (702) 949-8200
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S COMPLAINT                         -2-

CASE NO. C08-01002 JSW

1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

4  June 6, 2008

5

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9  LOU RAMONDETTA,                          ) CASE NO.: C08-01002 JSW
                                             )
10         Plaintiff,                        ) **CERTIFICATE OF SERVICE**
                                             )
11    v.                                     ) Date: May 30, 2008 CMC
                                             ) Time: 1:30 pm
12 KONAMI, *et al.*, Konami, Steve Sutherland,) Courtroom: #2, 17th floor
   Satoshi Sakamoto and Tom Jingoli          )
13                                           )
                                             )
14         Defendants.

15

16
   I hereby certify that on June 3, 2008, I served the forgoing Plaintiff Proposed Scheduling for
17 Trial and Consent to a Magistrate Judge by depositing a copy of mailing, first class mail, postage
   prepaid to the following:
18
   Suzanne Martin
19 Lewis and Roca LLP
   3993 Howard Hughes Parkway, Ste. 600
20 Las Vegas, NV 89119
   (702) 949-8200
21
   United States District Court
22 450 Golden Gate Ave
   San Francisco, CA 94102
23 Attn: Hon Judge White
   Jennifer Ottolini
24
                                    By: _____
25                                      Lou Ramondetta
                                        "pro se"
26

27

28

PLAINTIFF'S COMPLAINT

CASE NO. C0801002 JSW