IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

    Plaintiff,                                               No. C 08-01002 JSW

  v.                                                     **ORDER RE PRETRIAL AND TRIAL SCHEDULE**

KONAMI

    Defendant.
_____/

       Following the case management conference, the Court has considered Plaintiff's proposed schedule and Defendant's proposed schedule. Although the Court appreciates that Plaintiff believes this case can be resolved on an expedited basis, Plaintiff's proposal simply is not workable. Further, in light of the pending motion to compel, the Court shall defer setting any dates, but shall not stay the commencement of discovery or the parties' obligation to exchange initial disclosures. The parties shall meet and confer in advance of the hearing on the motion to compel and shall submit, by no later than August 8, 2008, revised proposals for deadlines in the event the Court denies the motion to compel.

       **IT IS SO ORDERED.**

Dated: June 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

  v.

KONAMI et al,

        Defendant.

Case Number: CV08-01002 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: June 13, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk