HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>        Plaintiff,<br><br>   vs.<br><br>KONAMI, et al., Konami,<br><br>        Defendant. | Case No. C08-01002 JSW<br><br>**NOTICE OF CONSENT TO MAGISTRATE** |

PLEASE TAKE NOTICE THAT pursuant to this Court's Order of May 30, 2008 (Doc. #35), Defendant Konami Gaming, Inc. ("Konami") consents to the assignment of this matter for all purposes, including trial, to a magistrate judge, and respectfully requests that this matter be assigned to the Honorable Magistrate Judge Patricia V. Trumbull.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

NOTICE OF CONSENT TO MAGISTRATE JUDGE

CV-C-08-01002 JSW

-1-

421951.1

In consenting to the use of a magistrate judge, Konami does not relinquish its right to pursue binding arbitration. Further, Konami files this notice in compliance with the Court's order and with the express understanding that any reassignment may be rendered null and void if its Motion to Compel and Dismiss; Motion to Determine Applicable Law (Doc. # 40) is granted.

DATED this 13th day of June, 2008.

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Suzanne L. Martin
HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Defendant

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

NOTICE OF CONSENT TO MAGISTRATE JUDGE
CV-C-08-01002 JSW
-2-
421951.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically transmitted the foregoing **NOTICE OF CONSENT TO MAGISTRATE** with the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the following:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596


By : /s/ Laura Sliwinski
An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

NOTICE OF CONSENT TO MAGISTRATE JUDGE
CV-C-08-01002 JSW
-3-
421951.1