IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

    Plaintiff,

    v.

KONAMI

    Defendant.
_____/

No. C 08-01002 JSW

**ORDER RE CONSENT TO MAGISTRATE JUDGE**

On June 9, 2008 and June 13, 2008, respectively, Plaintiff and Defendant submitted consents to proceed for all purposes before a Magistrate Judge. Defendant has stated that it is amenable to reassignment, and requests reassignment to Magistrate Judge Patricia V. Trumbull. The Court HEREBY ORDERS the Plaintiff to submit a notice as to whether he would be amenable to reassignment to Magistrate Judge Trumbull. Defendant is HEREBY ORDERED to submit a clarification as to whether it is willing *only* to consent to Magistrate Judge Trumbull. The parties shall submit their respective responses to this Order by no later than June 23, 2008.

**IT IS SO ORDERED.**

Dated: June 16, 2008

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | Case Number: CV08-01002 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KONAMI et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: June 16, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

  v.

KONAMI et al,

        Defendant.

Case Number: CV08-01002 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated:

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3