1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

**FILED**

4  June 14, 2008

JUN 1   2008

5

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
6                UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9  LOU RAMONDETTA,                              )  CASE NO.: C08-01002 JSW
                                                 )
10         Plaintiff,                            )  **MOTION TO REQUEST MORE**
                                                 )  **TIME TO RESPOND TO THE**
11     v.                                        )  **PENDING DEFENSE MOTIONS**
                                                 )
12  KONAMI, *et al.*, Konami, Steve Sutherland,  )  Date: May 30, 2008 CMC
    Satoshi Sakamoto and Tom Jingoli             )  Time: 1:30 pm
13                                               )  Courtroom: #2, 17th floor
                                                 )
14         Defendants.

15  _____

16

17  Honorable Judge White,

    I will be on holiday on the East Coast from June 14 to July 3, 2008. I am respectfully asking the
18  court to modify the briefing schedule for more time until July 18th to respond to the recent
    motions filed by the defendants. If needed, I can forward a copy of my travel itinerary.
19

20  United States District Court
    450 Golden Gate Ave
21  San Francisco, CA 94102
    Attn: Hon Judge White
22  Jennifer Ottolini

23
                                        By: _____
24                                          Lou Ramondetta
                                            "pro se"
25

26

27

28

PLAINTIFF'S COMPLAINT

CASE NO. C0801002 JSW

LOU RAMONDETTA, *in propria persona*
2335 Stewart Avenue
Walnut Creek, CA 94596
Telephone: (925) 989-2525
Facsimile: (925) 945-1655

June 13, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, ) | CASE NO.: C08-01002 JSW |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | Date: May 30, 2008 CMC |
| ) | Time: 1:30 pm |
| KONAMI, *et al.*, Konami, Steve Sutherland, ) | Courtroom: #2, 17th floor |
| Satoshi Sakamoto and Tom Jingoli ) | |
| ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on June 13, 2008, I served the forgoing by fax and by depositing a copy of mailing, first class mail, postage prepaid to the following:

Suzanne Martin
Lewis and Roca LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89119
(702) 949-8200

United States District Court
450 Golden Gate Ave
San Francisco, CA 94102
Attn: Hon Judge White
Jennifer Ottolini

By: _____
Lou Ramondetta
"pro se"

PLAINTIFF'S COMPLAINT

CASE NO. C0801002 JSW