1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

4
   Lewis and Roca LLP
5  3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, NV 89169
6  (702) 949-8200
   (702) 949-8398 (fax)
7
   June 13, 2008
8

**RECEIVED**

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KONAMI, *et al.*, Konami, Steve Sutherland, Satoshi Sakamoto and Tom Jingoli<br><br>　　　　Defendants. | CASE NO.: C08-01002 JSW<br><br>**(PROPOSED) ORDER APPROVING PLAINTIFFS REQUEST FOR MORE TIME TO RESPOND TO BRIEFING SCHEDULE**<br><br>Date: May 30, 2008<br>Time: 1:30 pm<br>Courtroom: #2, 17th floor<br>Before: Honorable Judge White |

PLAINTIFF'S PROPOSED ORDER

CASE NO. C0801002 JSW

1
2
3
4
5 **PLAINTIFF'S PROPOSED ORDER**
6
7 It is hereby ordered that the Plaintiff's opposition brief shall be due on July 18, 2008.
8      IT IS SO ORDERED.
9
10
   Dated: _____                          By: _
11
12 _____                         The Honorable Judge White
13
14 Cc Served to:
15 Lewis and Roca LLP
   3993 Howard Hughes Parkway, Ste. 600
16 Las Vegas, NV 89169
   (702) 949-8200
17
   (702) 949-8398 (fax)
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S PROPOSED ORDER                -1-

CASE NO. C08-01002 JSW