HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>    Defendant. | Case No. C08-01002 JSW<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO REQUEST MORE TIME TO RESPOND TO THE PENDING DEFENSE MOTIONS** |

Defendant Konami Gaming, Inc. ("Konami") hereby responds to Plaintiff Lou Ramondetta's Motion to Request More Time to Respond to the Pending Defense Motions.

### I. The Motion to Request More Time Does Not Comply with the Local Rules or the Court's Standing Order

Enlargements of time may be requested by the parties through a stipulation, or a motion by the requesting party that is accompanied by a declaration stating: 1) the specific reasons for the enlargement of time; 2) the efforts the party made to obtain a stipulation to change time; 3) the harm or prejudice that would occur if the Court did not change the time; 4) any previous time modifications; and 5) the effect the requested time modifications would have on the case. *See* Civ. L.R. 6-3.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

RESPONSE TO PLAINTIFF'S REQUEST FOR MORE TIME TO RESPOND TO
PENDING DEFENSE MOTIONS
CV-C-08-01002 JSW
-1-
422870.1

The Court's Standing Order serves to bolster Civ. L.R. 6-3 and states that no changes to the Court's calendar may be made except by a signed order of the Court and only upon a showing of good cause. *See* Civil Standing Order, ¶ 2. The parties may request a change to the Court's calendar through a signed stipulation and proposed order, or, where a stipulation cannot be reached, through a Motion for Administrative Relief pursuant to Civ. L.R. 7-11. *See id.*; Civ. L.R. 7-11.

Similar to Civ. L.R. 6-3, Motions for Administrative Relief must specifically set forth the action requested and the reasons therefore. Civ. L.R. 7-11. Further, such motions must be accompanied by a stipulation or a declaration explaining the reasons why a stipulation could not be reached. Civ. L.R. 7-11.

Plaintiff's Motion to Request More Time to Respond to Pending Defense Motions ("Plaintiff's Motion") does not comply with the Court's Civil Standing Order or Civ. L.R. 6-3, 7-11. The Motion does not request the specific relief requested, only that Plaintiff be provided more time to respond to "recent motions filed by the defendants." *See* Motion, p. 1, ln. 18. The Motion is not accompanied by a stipulation, nor does it contain a declaration from Plaintiff explaining why a stipulation could not be reached. Notably, Plaintiff did not contact Konami's counsel to discuss a stipulation or a revised briefing schedule either. *See* Declaration of Suzanne L. Martin, ¶ 5 ("Martin Decl."). Plaintiff's Motion is also defective because, while the Proposed Order grants the request for more time, it fails to establish a fully revised briefing schedule.[1] *See* Proposed Order.

Konami will reserve comment as to whether Plaintiff's holiday constitutes good cause to support the request.

Konami requests that the Court remind Plaintiff that, notwithstanding his *pro se* status, he is equally obligated to comply with all applicable rules, which in this instance, may have resulted

---

[1] If Plaintiff's request were granted, the opposition to the Motion to Compel would be due one (1) week *after* Konami's reply brief in support of the Motion to Compel is due under the current briefing schedule.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

RESPONSE TO PLAINTIFF'S REQUEST FOR MORE TIME TO RESPOND TO
PENDING DEFENSE MOTIONS
CV-C-08-01002 JSW
-2-
422870.1

1  in a stipulation for the enlargement of time and a joint, revised briefing schedule. *See King v.
2  Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), citing *United States v. Merrill*, 746 F.2d 458, 465 (9th
3  Cir. 1984), *cert. denied*, 469 U.S. 1165, 469 L. Ed. 2d 938 (1985); *Carter v. Commissioner*, 784
4  F.2d 1006, 1008-09 (9th Cir. 1986).

### II.   Plaintiff Knew About the Impending Deadlines Well In Advance of His Departure

The only two documents before the Court that Plaintiff needs to respond to are: 1) Konami's Answer, Affirmative Defenses and Counterclaims ("Answer"), filed on June 3, 2008 (Doc. # 38); and 2) Konami's Motion to Compel Arbitration and Motion to Dismiss; Motion to Determine Applicable Law, filed June 9, 2008 (Doc. # 40).

The ordinary operation of Fed. R. Civ. P. 12 required Konami to file an Answer by June 3, 2008 and provided Plaintiff with twenty (20) days to file a reply to the counterclaims, or up to June 26, 2008. *See id.*; Fed. R. Civ. P. 6. Plaintiff could have, and should have, anticipated the filing date for the reply. Notwithstanding the fact that the response date fell during his vacation, he had approximately ten (10) days to file a reply to the Answer before leaving for vacation.

During the Early Case Conference ("ECC") on May 30, 2008, the parties discussed the fact that Konami would be filing a motion to compel arbitration, which motion would also discuss applicable law. *See* Martin Decl., ¶ 4. The Court ordered Konami to file the motion by June 9, 2008, which it did. *See* Doc. # # 35, 40. If Plaintiff was concerned that his response to the Motion to Compel would fall during his vacation, he should have addressed this scheduling need with the Court during the ECC; but, he did not. *See* Martin Decl., ¶ 4.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

### III. If the Court Revises the Current Briefing Schedule, Konami Requests Two Weeks to File a Reply After Plaintiff Files and Serves the Opposition to the Motion to Compel

Plaintiff has proposed that upon his return, he have an additional fifteen (15) days, up to and including July 18, 2008, to respond to Konami's "pending motions."[2] *See* Motion, p.1, ln. 18. If the Court revises the existing briefing schedule and grants Plaintiff's request for an extension of time up to July 18, 2008, or any extension of time, Konami respectfully requests that the Court provide it with two weeks, or fourteen (14) days, within which to file a reply in support of the Motion to Compel so that it has adequate time to review and analyze the opposition, and prepare the reply.

Unfortunately, because Plaintiff is not registered with the Court's electronic filing system and serves all of his documents via regular mail, Konami does not receive Plaintiff's filings until three to five (3–5) days after the documents are post-marked. *See* Martin Decl., ¶¶ 6, 7. For example, Plaintiff's Certificate of Service states that, on June 13, 2008, he served the Motion and Proposed Order via fax and by sending a copy of the same via first class mail. *See* Certificate of Service, lns. 16 – 17. Konami was not, in fact, served via fax with Plaintiff's Motion or Proposed Order on June 13, 2008, or any time thereafter. *See* Martin Decl., ¶ 6. Konami did not receive the Motion and Proposed Order that Plaintiff serviced via first class mail until June 18, 2008, five (5) days after the documents were mail served. *See id*. Konami simply wants to ensure that, given the anticipated lag time between the date Plaintiff serves the opposition and the date Konami will actually receive the opposition, it has sufficient time after Plaintiff serves the opposition to the Motion to Compel to prepare and timely file an adequate reply.

Granting the Plaintiff's requested extension of time or granting Konami two (2) weeks to file a reply will not affect the August 15, 2008 hearing date on the Motion to Compel.

///

---

[2] To grant Plaintiff's request would result in Plaintiff having a 22 day extension of time to file a reply to Konami's counterclaims, or a total of 45 days to file a reply to the counterclaims. Regarding the Motion to Compel, Plaintiff's proposed response date of July 18, 2007, would give Plaintiff a 21 day extension of time, or a total of 39 days to file an opposition.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

IV. **Conclusion**

Konami requests that the Court remind Plaintiff to comply with the applicable rules.

If the Court grants Plaintiff's request for an extension of time to file an opposition to the Motion to Compel, Konami requests that it has two (2) weeks from the date Plaintiff files and serves the opposition to file its reply.

DATED this 20th day of June, 2008.

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Suzanne L. Martin
HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Defendant

RESPONSE TO PLAINTIFF'S REQUEST FOR MORE TIME TO RESPOND TO PENDING DEFENSE MOTIONS

CV-C-08-01002 JSW

-5-

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically transmitted the foregoing **RESPONSE TO PLAINTIFF'S MOTION TO REQUEST MORE TIME TO RESPOND TO PENDING DEFENSE MOTIONS** with the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the following:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596


By : /s/ Laura Sliwinski
An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

RESPONSE TO PLAINTIFF'S REQUEST FOR MORE TIME TO RESPOND TO
PENDING DEFENSE MOTIONS
CV-C-08-01002 JSW
-6-
422870.1