HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                              Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>                              Defendant. | Case No. C08-01002 JSW<br><br>**Declaration of Suzanne L. Martin *in support of* Konami's Response to Plaintiff's Request for More Time to Respond to Pending Defense Motions** |

I, Suzanne L. Martin, declare as follows:

1.      The following facts are within my personal knowledge and, if called to testify, I could testify competently to them.

2.      I am counsel for Defendant Konami Gaming, Inc. ("Konami"), in this matter and am filing this declaration in support of Konami's Response to Plaintiff's Request for More Time to Respond to Pending Defense Motions.  ("Plaintiff's Motion").

3.      Plaintiff has requested additional time within which to file a reply to Konami's Answer, Affirmative Defenses and Counterclaims ("Answer").  Konami filed its Answer on June

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

DECLARATION OF SUZANNE L. MARTIN
1

C08-01002 JSW
420832.1

3, 2008.    Pursuant to Federal Rules of Civil Procedure 6 and 12, Plaintiff's reply would ordinarily be due on June 26, 2008.

4.    The parties participated in a mandatory Early Case Conference ("ECC") with the Court on May 30, 2008.    In preparation, the parties submitted a Joint Case Management Statement.    In the Joint Case Management Statement, Konami indicated that it would move to enforce the mandatory arbitration provision in the offer letter and that it would also move the Court to apply Nevada law to Plaintiff's claims.    During the ECC, the Court invited Konami to file a motion to compel arbitration and determine applicable law by June 9, 2008, which it did ("Motion to Compel").    Also during the ECC, Plaintiff told the Court that he would be on vacation from June 14, 2008, through July 3, 2008; however, Plaintiff did not ask the Court to draft a briefing schedule that would accommodate this vacation, or for an extension of time to respond to the Answer Plaintiff should have anticipated Konami would file.

5.    Konami received the Court's Order Setting Briefing Schedule on Motion to Compel Arbitration on the morning of Tuesday, June 10, 2008.    Plaintiff did not telephone, e-mail, or correspond with Konami in an effort to discuss the Court's briefing schedule, or his need for an extension of time to file a reply to the Answer or an opposition to the Motion to Compel.

6.    On June 18, 2008, Konami received, via regular mail, a copy of Plaintiff's Motion a Proposed Order granting the request, and a Certificate of Service.    The Certificate of Service indicates that all three documents were sent to Konami via fax and mail on June 13, 2008. I have conferred with my secretary and Howard E. Cole of this office, who also represents Konami in this action, about whether they received a fax from Plaintiff on June 13, 2008, enclosing or attaching the Motion, Proposed Order and/or Certificate of Service.    None of us received a fax from Plaintiff enclosing or attaching the Motion, Proposed Order and/or Certificate of Service on June 13, 2008, or at any time thereafter.

7.    Because Plaintiff has not registered to e-file his documents and instead serves Konami via regular mail, Konami does not receive Plaintiff's filings until three to five days after the filing is postmarked.    Konami did not receive Plaintiff's most recent filings until five days

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

DECLARATION OF SUZANNE L. MARTIN
2

C08-01002 JSW
420832.1

1   after they were mailed.  Konami is concerned that, if it has less than two weeks after Plaintiff

2   serves the opposition to the Motion to Compel to file a reply, that it will not have adequate time

3   to review and analyze the opposition for purposes of preparing and adequate reply.  In light of

4   the lag time between the service and receipt of Plaintiff's filings, Konami requests that the Court

5   revise the briefing schedule to provide it with two weeks to file a reply to Plaintiff's opposition

6   to the Motion to Compel.

7          I declare under penalty of perjury under the laws of the United States of America,

8   including 28 U.S.C. § 1746, that the foregoing is true and correct based upon my personal

9   knowledge.

10          Executed on this 20th day of June, 2008.

12   _____
     Suzanne L. Martin

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89109

DECLARATION OF SUZANNE L. MARTIN
3

C08-01002 JSW
420832.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically transmitted the foregoing **DECLARATION OF SUZANNE L. MARTIN IN SUPPORT OF KONAMI'S RESPONSE TO PLAINTIFF'S REQUEST FOR MORE TIME TO RESPOND TO PENDING DEFENSE MOTIONS** with the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the following:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596


By :   /s/ Laura Sliwinski
         An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89109

DECLARATION OF SUZANNE L. MARTIN
4

C08-01002 JSW
420832.1