# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | Case No. C08-01002 JSW |
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION TO REQUEST MORE TIME TO RESPOND TO THE PENDING DEFENSE MOTIONS |
| vs. | |
| KONAMI, et al., Konami, | |
| Defendant. | |

The Court, having considered Plaintiff Lou Ramondetta's Motion to Request More Time to Respond to the Pending Defense Motions, and Defendant Konami Gaming, Inc.'s Response, hereby orders, adjudges and decrees:

1. Plaintiff Lou Ramondetta's Motion to Request More Time to Respond to Pending Defenses Motions is GRANTED/DENIED.

2. Plaintiff Lou Ramondetta is ordered to file the reply to Defendant Konami Gaming, Inc.'s Answer, Affirmative Defenses and Counterclaims, on or before July ___, 2008.

3. Plaintiff Lou Ramondetta is ordered to file the opposition to Defendant Konami Gaming, Inc.'s Motion to Compel, Motion to Dismiss; Motion to Determine Applicable Law on or before July ___, 2008.

4. Defendant Konami Gaming, Inc., is ordered to file the reply in support of its Motion to Compel, Motion to Dismiss; Motion to Determine Applicable Law, two weeks after Plaintiff files and serves his opposition, or, on or before July ___ 2008.

5. There is no need to change or modify the existing August 15, 2008, hearing date on Defendant Konami Gaming, Inc.'s Motion to Compel, Motion to Dismiss; Motion to Determine Applicable Law.

**IT IS SO ORDERED.**

Dated: June __, 2008        _____
                            District Court Judge Jeffrey S. White