```
HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>            Plaintiff,<br><br>    vs.<br><br>KONAMI, et al., Konami,<br><br>            Defendant. | Case No. C08-01002 JSW<br><br>**CLARIFICATION OF DEFENDANT'S CONSENT TO MAGISTRATE** |

Pursuant to the Court's Order re Consent to Magistrate Judge, Defendant Konami Gaming, Inc. ("Konami") submits this clarification.

In the event this matter is not dismissed in favor of arbitration, Konami is amenable to reassignment to a magistrate judge other than Magistrate Judge Patricia Trumbull. Konami would, however, prefer reassignment to Magistrate Judge Patricia Trumbull, provided her calendar can accommodate this matter.

/ / /

/ / /

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

CLARIFICATION OF DEFENDANT'S CONSENT TO MAGISTRATE JUDGE
CV-C-08-01002 JSW
-1-
421951.1

1  Counsel for Konami holds Magistrate Patricia Trumbull in high regard. Counsel
2  participated in a settlement conference with Magistrate Judge Patricia Trumbull several years ago
3  and thought Magistrate Patricia Trumbull was thorough, respectful, and highly competent.
4  DATED this 20th day of June, 2008.

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Suzanne L. Martin
HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Defendant

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

CLARIFICATION OF DEFENDANT'S CONSENT TO MAGISTRATE JUDGE
CV-C-08-01002 JSW
-2-
421951.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically transmitted the foregoing **CLARIFICATION OF DEFENDANT'S CONSENT TO MAGISTRATE** with the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing by depositing a copy of mailing, first-class mail, postage prepaid to the following:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596


By : /s/ Laura Sliwinski
An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

CLARIFICATION OF DEFENDANT'S CONSENT TO MAGISTRATE JUDGE
CV-C-08-01002 JSW
-3-
421951.1