**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

    Plaintiff,

v.

KONAMI

    Defendant.

No. C 08-01002 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES AND GRANTING REQUEST FOR EXTENSION OF TIME**

    The Court has received the parties' consents to proceed before a Magistrate Judge for all purposes.[1] Accordingly, pursuant to Northern District Civil Local Rule 73-1(b), and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes.

    It is FURTHER ORDERED that the hearing set for August 15, 2008 on Defendant's motion to compel is VACATED. Defendant shall re-notice the motion upon reassignment. It is FURTHER ORDERED that the briefing schedule on the motion is VACATED pending reassignment.[2] To the extent Plaintiff's motion for an extension of time also seeks an extension of time to respond to Defendant's counterclaim, the Court shall grant Plaintiff's request and permit him until July 11, 2008 to file and serve an answer or responsive pleading.

//

---

[1] Based on the Defendant's response, the Court no longer requires a response from Plaintiff as to his position on assignment to Magistrate Judge Trumbull.

[2] This disposes of Plaintiff's request for an extension of time to respond to the Defendant's motion to compel.

If Plaintiff requires additional time to file his answer or responsive pleading, he must address that request to the Magistrate Judge assigned to this case, and Plaintiff is admonished that notwithstanding his *pro se* status, he is expected to familiarize himself and comply with the Court's Local Rules, Standing Orders and General Orders.

**IT IS SO ORDERED.**

Dated: 6/23/08

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

v.

KONAMI et al,

        Defendant.

Case Number: CV08-01002 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: June 23, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk