1  HOWARD E. COLE
   California Bar No. 91707
2  SUZANNE L. MARTIN
   California Bar No. 210613
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   (702) 949-8200
5  (702) 949-8398 (fax)

6  Attorneys for the Defendant

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LOU RAMONDETTA,                          Case No. C08-01002 BZ

12              Plaintiff,                  NOTICE OF MOTION TO COMPEL
                                            ARBITRATION AND DISMISS;
13         vs.                              MOTION TO DETERMINE
                                            APPLICABLE LAW
14 KONAMI, et al., Konami,
                                            [Filed concurrently with Motion to Compel
15                                          Arbitration and Dismiss; Motion to
                Defendant.                  Determine Applicable Law; Declaration of
16                                          Steve Sutherland; Declaration of Suzanne
                                            L. Martin; Proposed Order; and Master
17                                          Certificate of Service]

18                                          Hearing Date: September 3, 2008
                                            Hearing Time: 10:00 a.m.
19

20

21                          **NOTICE OF MOTION**

22         PLEASE TAKE NOTICE that Defendant Konami Gaming, Inc. ("Konami") will bring the

23 above motion on for hearing before the Honorable Judge Jeffrey S. White, in the United States

24 District Court, Northern District of California, 450 Golden Gate Ave., in San Francisco,

25 California, 94102, 15th Floor, Courtroom G, on the 3rd day of September, 2008, at the hour of

26 10:00 a.m., or as soon thereafter as the matter may be heard.

27 / / /

28 NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS; MOTION TO DETERMINE APPLICABLE
                                        LAW
                                         -1-                              CV-C-08-01002 BZ

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

423963.1

1  Konami moves this Court to dismiss this case and compel arbitration, and to determine that Nevada law applies to Plaintiff Lou Ramondetta's claims.

This motion is made and based upon the pleadings and papers on file herein, Konami's Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law, the declarations of Steve Sutherland and Suzanne L. Martin, filed contemporaneously herewith, the Federal Rules of Civil Procedure, and any oral argument the Court may deem necessary at the time of hearing.

DATED this 25th day of June, 2008.

            Respectfully submitted,

            LEWIS AND ROCA LLP

            By: /s/ Suzanne L. Martin
            HOWARD E. COLE
            California Bar No. 91707
            SUZANNE L. MARTIN
            California Bar No. 210613
            LEWIS AND ROCA LLP
            3993 Howard Hughes Parkway, Suite 600
            Las Vegas, Nevada 89169
            (702) 949-8200
            (702) 949-8398 (fax)
            Attorneys for Defendant

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS; MOTION TO DETERMINE APPLICABLE LAW

CV-C-08-01002 BZ

-2-

423963.1