HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                      Plaintiff,<br><br>    vs.<br><br>KONAMI, et al., Konami,<br><br>                      Defendant. | Case No. C08-01002 BZ<br><br>**MASTER CERTIFICATE OF SERVICE**<br><br>[Filed concurrently with Notice of Motion; Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law; Declaration of Steve Sutherland; Declaration of Suzanne L. Martin; and Proposed Order]<br><br>Hearing Date: September 3, 2008<br>Hearing Time: 10:00 a.m. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically transmitted the following documents to the Clerk's office using the CM/ECF System for filing and transmittal:

1.    Notice of Motion;

2.    Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law;

3.    Declaration of Suzanne L. Martin;

4.    Declaration of Steve Sutherland; and

5.    Proposed Order.

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

1    The same were served by first-class mail, postage prepaid to:

2

3                          Lou Ramondetta
                         2335 Stewart Avenue
4                        Walnut Creek, CA 94596

5

6    Dated:        June 25, 2008              By: /s/ Laura Sliwinski
                                              An Employee of Lewis and Roca LLP
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

MASTER CERTIFICATE OF SERVICE

CV-C-08-01002 BZ

423976.1