UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOU RAMONDETTA | ) | |
| Plaintiff(s), | ) | No. C 08-01002 JSW |
| v. | ) | **NOTICE OF RECUSAL** |
| KONAMI, et al, | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: June 27, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\RAMONDETTA RECUSAL.wpd

1