**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## July 1, 2008

**CASE NUMBER:  CV 08-01002 BZ**

**CASE TITLE:  LOU RAMONDETTA-v-KONAMI**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable ELIZABETH D. LAPORTE**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/1/08

FOR THE EXECUTIVE COMMITTEE:

_____

Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies

Log Book Noted

Special Projects

Entered in Computer 7/1/08AS

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel

Transferor CSA