HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>KONAMI, et al.,<br><br>    Defendant. | Case No. C08-01002 EDL<br><br>**DEFENDANT'S RE-NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS; MOTION TO DETERMINE APPLICABLE LAW**<br><br>Hearing Date: August 19, 2008<br><br>Hearing Time: 9:30 a.m. |

PLEASE TAKE NOTICE that Defendant Konami's Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law will be heard before Magistrate Judge Elizabeth D. Laporte at 450 Golden Gate Avenue, 15th Floor, Courtroom E, San Francisco, CA 94102 on Tuesday, August 19, 2008 at 9:30 a.m.

DATED this 25th day of June, 2008.

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Suzanne L. Martin
SUZANNE L. MARTIN
California Bar No.: 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Defendant

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' RE-NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS;
MOTION TO DETERMINE APPLICABLE LAW

C08-01002 EDL
423979

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I served Defendant's Re-Notice of Motion to Compel Arbitration and Dismiss; Motion to Determine Applicable Law via first-class mail, postage prepaid to:

Lou Ramondetta
2335 Stewart Avenue
Walnut Creek, CA 94596

Dated:     July 2, 2008           By: /s/ Laura Sliwinski
                                  An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

DEFENDANTS' RE-NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS;
MOTION TO DETERMINE APPLICABLE LAW

C08-01002 EDL
423979

2