UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA

      Plaintiff,

  v.

KONAMI, et al.,

      Defendants.
_____/

No. C 08-01002 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case concurrently with Defendant's Konami's motions on **August 19, 2008, at 9:30 a.m.** in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Opposition to defendant's motion shall be served and filed no later than July 29, 2008. Any reply to the opposition shall be served and filed no later than August 5, 2008.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. The parties may file an updated joint case management statement if there are any changes to the parties' May 23, 2008 statement . Any update shall be filed no later than August 12, 2008.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: July 8, 2008

                                                        _____
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>              Plaintiff,<br><br>  v.<br><br>KONAMI et al,<br><br>              Defendant. | Case Number: CV08-01002 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: July 8, 2008

                                        Richard W. Wieking, Clerk

                                        *Lili M Harrell*
                                        By: Lili M. Harrell, Deputy Clerk