# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>KONAMI, et al., Konami,<br><br>                    Defendant. | Case No. C08-01002 EDL<br><br>ORDER ON KONAMI'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS, MOTION TO DETERMINE APPLICABLE LAW |

The Court, having considered the Defendant Konami Gaming, Inc.'s ("KGI") Motion to Strike the Opposition of Plaintiff Lou Ramondetta to its Motion to Compel Arbitration and Dismiss, Motion to Determine Applicable Law, finds:

1. Plaintiff Lou Ramondetta's Opposition was not timely filed or served;

2. Plaintiff Lou Ramondetta's Opposition violates applicable local rules regarding the form and content of briefs and/or memorandums;

3. Plaintiff Lou Ramondetta's Opposition is replete with irrelevant and immaterial content;

///

///

///

ORDER ON KGI's MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS, MOTION TO DETERMINE APPLICABLE LAW

1

CV-C-08-01002 EDL

430814.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant KGI's Motion to Strike is GRANTED; and

2. Plaintiff Lou Ramondetta's Opposition to KGI's Motion to Compel Arbitration and Dismiss, Motion to Determine Applicable Law is struck.

**IT IS SO ORDERED.**

Dated: August __, 2008      _____
                                                          Magistrate Judge Elizabeth Laporte

ORDER ON KGI's MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS, MOTION TO DETERMINE APPLICABLE LAW

2

CV-C-08-01002 EDL

430814.1