HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>　　　　　　Defendant. | Case No. C08-01002 BZ<br><br>**MOTION FOR AN ORDER SHORTENING TIME TO HEAR KONAMI'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO KONAMI'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: August 19, 2008<br>Hearing Time: 9:30 a.m.<br>[pending approval] |

Defendant Konami Gaming, Inc. ("Konami") files this Motion for an Order Shortening Time to hear Konami's Motion to Strike Plaintiff's Opposition to Konami's Motion to Compel Arbitration ("Motion to Strike"). Konami respectfully requests that the Motion to Strike be heard at the same time as the Motion to Compel Arbitration and Motion to Determine Applicable Law.

Konami's Motion to Strike is directed solely at the untimely and improper Opposition that Plaintiff Lou Ramondetta ("Ramondetta") served upon Konami in opposition to Konami's Motion to Compel Arbitration. *See, generally,* Declaration of Suzanne L. Martin, filed herewith. The interest of judicial economy will best be served if all related motions are heard at the same time on August 19, 2008. Konami accordingly requests that the Motion to Strike be heard at the same time as the Motion to Compel Arbitration. Indeed, it would prejudice Konami if the

MOTION FOR AN ORDER SHORTENING TIME

C08-01002 EDL
430779

1

Motion to Strike is heard after the Court has already heard and considered the Motion to Compel Arbitration and Ramondetta's Opposition thereto.

Konami has not attempted to obtain a stipulation from Ramondetta simply because Konami received Ramondetta's untimely Opposition merely two business days before Konami's deadline to file its reply in support of the Motion to Compel Arbitration. Konami felt that it would be best to file the Motion to Strike concurrently with its Reply in support of the Motion to Compel Arbitration, and thus there was no time to obtain a stipulation

The underlying dispute that is addressed in Konami's Motion to Strike centers around Ramondetta's Opposition to Konami's Motion to Compel Arbitration. Ramondetta untimely and improperly served Konami with a thirty-four page Opposition that fails to comply with the local rules of this Court and addresses issues that are completely irrelevant to the Motion to Compel Arbitration. It is Konami's position that the Opposition should be stricken in its entirety.

Ramondetta previously requested an enlargement of time within which to file his Opposition to Konami's Motion to Compel Arbitration. The Court granted Ramondetta the requested enlargement of time at the same time the Court referred this case to a Magistrate Judge. (Dkt. 58.) Once the case was reassigned to Magistrate Judge Laporte, the Court set the hearing on the Motion to Compel Arbitration for August 19, 2008, and ordered that Ramondetta's Opposition be served and filed no later than July 29, 2008. (Dkt. 69.)

The shortening of time requested by Konami will have no effect on the schedule of the case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

MOTION FOR AN ORDER SHORTENING TIME

C08-01002 EDL
430779

2

Accordingly, Konami respectfully requests that the Court GRANT Konami's Motion for an Order Shortening Time and hear Konami's Motion to Strike on August 19, 2008, along with the Motion to Compel Arbitration and Motion to Determine Applicable Law.

DATED this 5th day of August, 2008.

        Respectfully submitted,

        LEWIS AND ROCA LLP

        By: /s/ Suzanne L. Martin
        SUZANNE L. MARTIN
        California Bar No. 210613
        LEWIS AND ROCA LLP
        3993 Howard Hughes Parkway, Suite 600
        Las Vegas, Nevada 89169
        (702) 949-8200
        (702) 949-8398 (fax)
        Attorneys for Defendant

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

MOTION FOR AN ORDER SHORTENING TIME

C08-01002 EDL
430779

3