HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>　　　　　　　　　　Defendant. | Case No. C08-01002 EDL<br><br>**Declaration of Suzanne L. Martin *in support of* Motion for an Order Shortening Time to hear Konami's Motion to Strike Plaintiff's Opposition to Konami's Motion to Compel Arbitration**<br><br>Hearing Date: August 19, 2008<br>Hearing Time: 9:30 a.m.<br>[pending approval] |

I, Suzanne L. Martin, declare as follows:

1. The following facts are within my personal knowledge and, if called to testify, I could testify competently to them.

2. I am counsel for Defendant Konami Gaming, Inc. ("Konami") in this matter and am filing this declaration in support of a Motion for an Order Shortening Time to hear Konami's Motion to Strike Plaintiff's Opposition to Konami's Motion to Compel Arbitration.

3. Konami requests a shortening of time within which to hear Konami's Motion to Strike Plaintiff's Opposition to Konami's Motion to Compel Arbitration, filed herewith.

DECLARATION OF SUZANNE L. MARTIN IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME

1

C08-01002 EDL
430794.1

4.  The hearing on Konami's Motion to Compel Arbitration and Motion to Determine Applicable Law is already set for August 19, 2008. Plaintiff Lou Ramondetta ("Ramondetta") served Konami with an untimely and improper Opposition to Konami's Motion to Compel Arbitration. Konami has accordingly filed a Motion to Strike requesting that Ramondetta's Opposition be stricken.

5.  Konami's Motion to Strike is directed solely at Ramondetta's Opposition to the Motion to Compel Arbitration, which will be heard on August 19, 2008.

6.  The interest of judicial economy will best be served if all related motions are heard at the same time on August 19, 2008.

7.  Konami requests that the Motion to Strike be heard at the same time as the Motion to Compel Arbitration. It would prejudice Konami if the Motion to Strike is heard after the Court has already heard and considered the Motion to Compel Arbitration and Ramondetta's Opposition thereto.

8.  Konami has not attempted to obtain a stipulation from Ramondetta because Konami received Ramondetta's untimely Opposition only two business days before Konami's deadline to file its reply in support of the Motion to Compel Arbitration. Konami felt that it would be best to file the Motion to Strike concurrently with its Reply in support of the Motion to Compel Arbitration, and thus there was no time to obtain a stipulation

9.  The underlying dispute that is addressed in Konami's Motion to Strike centers around Ramondetta's Opposition to Konami's Motion to Compel Arbitration. Ramondetta untimely and improperly served Konami with a thirty-four page Opposition that fails to comply with the local rules of this Court and addresses issues that are completely irrelevant to the Motion to Compel Arbitration. It is Konami's position that the Opposition should be stricken in its entirety.

10. Ramondetta previously requested an enlargement of time within which to file his Opposition to Konami's Motion to Compel Arbitration. The Court granted Ramondetta the requested enlargement of time at the same time the Court referred this case to a Magistrate Judge. (Doc. # 58.) Once the case was reassigned to Magistrate Judge Laporte, the Court set the

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suit 600
Las Vegas, Nevada 89169

DECLARATION OF SUZANNE L. MARTIN IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME
2
C08-01002 EDL
430794.1

1 hearing on the Motion to Compel Arbitration for August 19, 2008, and ordered that
2 Ramondetta's Opposition be served and filed no later than July 29, 2008. (Doc. # 69.)

3   11.   The shortening of time requested by Konami will have no effect on the schedule
4 of the case.

I declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the foregoing is true and correct based upon my personal knowledge.

Executed on this 5th day of August, 2008.


Suzanne L. Martin

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suit 600
Las Vegas, Nevada 89169

DECLARATION OF SUZANNE L. MARTIN IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME
3

C08-01002 EDL
430794.1