# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                     Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>                     Defendant. | Case No. C08-01002 EDL<br><br>ORDER ON KONAMI'S MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS, MOTION TO DETERMINE APPLICABLE LAW |

      The Court, having considered the Defendant Konami Gaming, Inc.'s ("KGI") Motion to For an Order Shortening Time on Motion to Strike the Opposition of Plaintiff Lou Ramondetta to its Motion to Compel Arbitration and Dismiss, Motion to Determine Applicable Law, finds there is good cause to hear the Motion to Strike on shortened time.

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

      1.     Defendant KGI's Motion for an Order Shortening Time is GRANTED;

      2.     The Motion to Strike will be heard on August 19, 2008;

      3.     Plaintiff Lou Ramondetta must file and serve an Opposition to KGI's Motion to Strike, if any, on or before Monday August 11, 2008;

/ / /

ORDER ON KGI's MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS, MOTION TO DETERMINE APPLICABLE LAW

1

C08-01002 EDL

430817.1

1    **4.**    KGI must file a Reply, if any, on or before Friday August 15, 2008.

2    **IT IS SO ORDERED.**

3    Dated: August __, 2008

4    _____
     Magistrate Judge Elizabeth Laporte

ORDER ON KGI's MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS, MOTION TO DETERMINE APPLICABLE LAW

2

C08-01002 EDL

430817.1