HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KONAMI, et al., Konami,<br><br>          Defendant. | Case No. C08-01002 EDL<br><br>**MASTER CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically transmitted the following documents to the Clerk's office using the CM/ECF System for filing and transmittal:

1.   Motion to Strike Plaintiff's Opposition to Konami's Motion to Compel Arbitration;

2.   Declaration of Suzanne in Support of Motion to Strike Plaintiff's Opposition to Konami's Motion to Compel Arbitration;

3.   Proposed Order re Motion to Strike Plaintiff's Opposition to Konami's Motion to Compel Arbitration;

4.   Motion for an Order Shortening Time;

5.   Declaration of Suzanne L. Martin in Support of Motion for an Order Shortening Time; and

6.   Proposed Order re Motion for an Order Shortening Time.

1  The same were served by e-mail and first-class mail, postage prepaid to:

2

3  Plaintiff Lou Ramondetta
   2335 Stewart Ave.
4  Walnut Creek, CA 94596

5

6  Dated:      August 5, 2008           By: /s/ Laura Sliwinski
                                            An Employee of Lewis and Roca LLP
7

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

MASTER CERTIFICATE OF SERVICE

C08-01002 EDL

-2-

430808.1