HOWARD E. COLE
California Bar No. 91707
SUZANNE L. MARTIN
California Bar No. 210613
Nevada Bar No. 8833
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>              Plaintiff,<br><br>     vs.<br><br>KONAMI, et al., Konami,<br><br>              Defendant. | Case No. C08-01002 EDL<br><br>**MASTER CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically transmitted the following documents to the Clerk's office using the CM/ECF System for filing and transmittal:

1. Reply in Support of Motion to Compel Arbitration and Dismiss, Motion to Determine Applicable Law;

2. Declaration of Suzanne L. Martin in support of Konami's Reply in Support of Motion to Compel Arbitration and Dismiss, Motion to Determine Applicable Law; and

3. Declaration of Steve Sutherland in support of Konami's Reply in Support of Motion to Compel Arbitration and Dismiss, Motion to Determine Applicable Law.

/ / /

/ / /

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

MASTER CERTIFICATE OF SERVICE

C08-01002 EDL

-1-

430807.1

1  The same were served by e-mail and first-class mail, postage prepaid to:

2

3  Plaintiff Lou Ramondetta
   2335 Stewart Ave.
   Walnut Creek, CA 94596

4

5

6  Dated:        August 5, 2008            By: /s/ Laura Sliwinski
                                           An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

28

MASTER CERTIFICATE OF SERVICE

C08-01002 EDL

-2-

430807.1