IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>        Plaintiff,<br><br>  v.<br><br>KONAMI,<br><br>        Defendant.                     / | No. C-08-01002 EDL<br><br>**ORDER DENYING MOTION TO STRIKE; DENYING MOTION TO SHORTEN TIME AS MOOT** |

      Defendant Konami Gaming Inc. filed a Motion to Compel Arbitration and Dismiss/Motion to Determine Applicable Law that is set for hearing on August 19, 2008. Pro se Plaintiff Lou Ramondetta's opposition to that motion was due on July 29, 2008. Plaintiff mailed that opposition to Defendant on July 30, 2008, but Defendant did not receive it until August 1, 2008. In addition, it appears that Plaintiff delivered a copy of the opposition to the Court on July 29, 2008, but the copy was lodged as a courtesy copy, and not filed on that date.

      Defendant now moves to strike Plaintiff's opposition on numerous grounds, including that the opposition is untimely, exceeds twenty-five pages of text, does not include a table of contents, is in eleven-point font, does not contain a succinct statement of facts, and contains irrelevant and non-responsive information. Defendant's motion to strike is denied. As this is the first time Plaintiff has filed papers before this judge, and he is proceeding pro se, the Court will not take the drastic remedy of striking his filing. The Court will, however, disregard irrelevant and non-responsive information in Plaintiff's brief. Plaintiff is instructed to consult the Court's pro se handbook, which is available on the District Court's website at www.cand.uscourts.gov, for guidance on how to litigate a case pro se. Plaintiff should also review the Court's local rules, available on the same website, for guidance on the formatting requirements of any papers he files with this Court. In the future, Plaintiff must

1  take care to comply with the rules and timely file and serve papers.

2  It is further ordered that Defendant's motion to shorten time to hear its motion to strike is
3  denied as moot.

4  **IT IS SO ORDERED.**

6  Dated: August 7, 2008

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

  v.

KONAMI et al,

        Defendant.

Case Number: CV08-01002 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: August 8, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk