HOWARD E. COLE
California Bar No. 91707
hcole@lrlaw.com
SUZANNE L. MARTIN
California Bar No. 210613
smartin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>           Plaintiff,<br><br>vs.<br><br>KONAMI, et al., Konami,<br><br>           Defendant. | Case No. C08-01002 EDL<br><br>**Declaration of Suzanne L. Martin Re: Separate Case Management Statement**<br><br>CMC Date: August 19, 2008<br>Time: 9:30 a.m. |

I, Suzanne L. Martin, declare as follows:

1. The following facts are within my personal knowledge and, if called to testify, I could testify competently to them.

2. I am counsel for Defendant Konami Gaming, Inc. ("Konami") in this matter and am filing this declaration in compliance with Civ. L.R. 16-9.

3. In May 2008, Konami and Plaintiff Lou Ramondetta ("Plaintiff" or "Ramondetta") previously attempted to prepare and file a Joint Case Management Statement and Proposed Order. Doc. # 33. I spent approximately 5 hours negotiating the terms of the joint statement with Ramondetta before filing the same on May 23, 2008. Although the joint statement set forth the parties' respective positions on discovery and outlined a proposed

discovery schedule, and notwithstanding the "joint" nature of the statement, during the Case Management Conference that followed, Ramondetta objected to the discovery schedule. On order the Court, Ramondetta proposed his own, extremely expedited, discovery schedule. *See* Doc. # 48.

4.  Pursuant to Magistrate Judge Laporte's instructions that the parties meet and confer regarding any changes that needed to be made to the Joint Case Management Statement filed on May 23, 2008, on August 6, 2008, I e-mailed Ramondetta. Attached hereto as Ex. 1 is a true and correct copy of my e-mail correspondence with Ramondetta, in which I explained that the Court has requested we meet and confer to revisit the discovery schedule. I proposed that we agree to conduct discovery within 180-days of the date of the August 19 hearing date. Ramondetta prefers an expedited discovery schedule.

5.  Unable to reach an agreement, Konami felt it appropriate to file a Separate Case Management Statement.

I declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the foregoing is true and correct based upon my personal knowledge.

Executed on this 12th day of August, 2008.

_____
Suzanne L. Martin

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suit 600
Las Vegas, Nevada 89169

DECLARATION OF SUZANNE L. MARTIN RE SEPARATE CASE MANAGEMENT STATEMENT
2
C08-01002 EDL
431810.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically transmitted the foregoing **DECLARATION OF SUZANNE L. MARTIN RE: SEPARATE CASE MANAGEMENT STATEMENT** with the Clerk's Office using the CM/ECF System for filing and transmittal and served the foregoing via e-mail to the last known e-mail address:

Lou Ramondetta
lcramondetta@yahoo.com

By :   /s/ Laura Sliwinski
      An Employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suit 600
Las Vegas, Nevada 89169

DECLARATION OF SUZANNE L. MARTIN RE SEPARATE CASE MANAGEMENT STATEMENT
3
C08-01002 EDL
431810.1

# EXHIBIT 1

**Martin, Suzanne**

| | |
|---|---|
| **From:** | Lou Ramondetta [lcramondetta@yahoo.com] |
| **Sent:** | Monday, August 11, 2008 2:35 PM |
| **To:** | Martin, Suzanne |
| **Cc:** | Cole, Howard; Sliwinski, Laura |
| **Subject:** | RE: Meet and Confer re: Case Management |
| **Attachments:** | Lou Ramondetta.vcf |

Hi Suzanne, based on our prior e-mail exchange, I already finalized and sent my individual CMC to the Court. We should clarify something that should be in the court record from our last CMC as to why I filed my own discovery plan. We filed a joint CMC with your scheduling recommendations and a note that "Ramondetta believes the discovery period is too long". At our CMC meeting, scheduling was discussed and Judge White asked me about my views regarding an expedited schedule which I provided. Based on that input, he recommended I provide an expedited scheduling plan which I did.

# Lou Ramondetta

925-989-2525 o/m
925-945-1655 f
Lcramondetta@yahoo.com

---

**From:** Martin, Suzanne [mailto:SMartin@lrlaw.com]
**Sent:** Monday, August 11, 2008 7:03 AM
**To:** Lou Ramondetta
**Cc:** Cole, Howard; Sliwinski, Laura
**Subject:** RE: Meet and Confer re: Case Management

Lou,

Sorry for not getting back to you earlier. I have been very busy attending to other, emergency, filings and am out of town on another matter taking a deposition today.

I agree that the court would prefer a joint case management statement; however, we've tried to do that before and not with much success. After spending several hours negotiating the last joint case management statement, agreeing to a discovery plan, and filing a "joint" CMC, you still filed your own discovery plan. The whole point of a joint plan is to present an agreed upon discovery plan and scheduling order for the court. While I am open to discussions, even by our last e-mail exchange, the parties respective positions remain irreconcilable. KGI's position is that discovery will take at least the minimum 180 days; you believe that discovery can be completed in a more condensed time frame. Since we cannot agree as to the timing for discovery, a joint plan does not make sense. Therefore, KGI will be filing a revised, unilateral case management statement.

Regards,

Suzanne Martin

---

**From:** Lou Ramondetta [mailto:lcramondetta@yahoo.com]
**Sent:** Thu 8/7/2008 11:52 AM
**To:** Martin, Suzanne
**Cc:** Cole, Howard; Sliwinski, Laura

**Subject:** RE: Meet and Confer re: Case Management

I do not think the Court will look favorably on independent statements since they specifically ask for Joint CMC's. I would hope you would have some openness to discussion but you have do what you feel is right.

# Lou Ramondetta

925-989-2525 o/m
925-945-1655 f
Lcramondetta@yahoo.com

---

**From:** Martin, Suzanne [mailto:SMartin@lrlaw.com]
**Sent:** Thursday, August 07, 2008 7:58 AM
**To:** Lou Ramondetta
**Cc:** Cole, Howard; Sliwinski, Laura
**Subject:** RE: Meet and Confer re: Case Management

Lou:

Because we remain of differing opinions about a feasible discovery schedule, KGI will prepare a unilateral case management statement to timely file with the Court.

Suzanne L. Martin, Esq.
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
702-949-8291 (direct)
702-949-8371 (fax)

---

**From:** Lou Ramondetta [mailto:lcramondetta@yahoo.com]
**Sent:** Thursday, August 07, 2008 3:53 AM
**To:** Martin, Suzanne
**Subject:** RE: Meet and Confer re: Case Management

Hi Susanne, thanks for your note, I was going to call you. I do agree that the Court expects us to file a Joint CMC statement. You of course can file one on your own. I would hope we could do Discovery on an expedited basis in less than 6 months.

# Lou Ramondetta

925-989-2525 o/m
925-945-1655 f
Lcramondetta@yahoo.com

---

**From:** Martin, Suzanne [mailto:SMartin@lrlaw.com]
**Sent:** Wednesday, August 06, 2008 2:15 PM
**To:** Lou Ramondetta
**Cc:** Sliwinski, Laura; Cole, Howard
**Subject:** Meet and Confer re: Case Management

Lou:

In the Court's order of July 8, 2008, the parties have been instructed to be prepared to discuss all items in Civ. L.R. 16-10, Case Management Conference, at the August 19, 2008, hearing. In short, notwithstanding KGI's pending motion, we need to be prepared to revisit the discovery plan and scheduling order, and the time to conduct discovery.

The Court notes in the Order that "the parties may file an updated joint case management statement if there are any changes to the parties' May 23, 2008, statement." Updates must be filed by August 12, 2008. If I recall correctly, although we originally agreed to 180-days to conduct discovery and set forth a schedule to do so in the Joint Case Management Statement we filed on May 23, 2008, you later objected to the discovery plan and submitted your own, expedited schedule.

I propose that we file a revised, or updated Joint Case Management Statement that provides for 180-days to conduct discovery, beginning August 19, 2008, to accommodate the time the parties have dedicated to motions in the interim. If you are agreeable, please let me know. If not, then KGI will file a separate Case Management Statement with a proposed discovery plan and scheduling order on August 12, 2008, indicating that the parties could not come to an agreement regarding the timing of discovery.

Please do not hesitate to contact me, but please do so soon. I have a deposition on Monday August 11 and will be out of the office that day, and thus, unable to devote my time to a Joint Case Management Statement. Perhaps we can come to an agreement about whether we will, or will not, file a joint statement by Friday. In that way, both of us should have ample time to refile an appropriate separate statement with the Court.

Sincerely,

Suzanne L. Martin, Esq.
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
702-949-8291 (direct)
702-949-8371 (fax)


----
For more information about Lewis and Roca LLP, please go to
www.lewisandroca.com.

Phoenix (602) 262-5311
Tucson (520) 622-2090
Las Vegas (702) 949-8200
Reno (775) 823-2900
Albuquerque (505) 764-5400

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail by return E-Mail or by telephone.

In accordance with Internal Revenue Service Circular 230, we advise you that if this email contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

8/12/2008