1  LOU RAMONDETTA, *in propria persona*
   2335 Stewart Avenue
2  Walnut Creek, CA 94596
   Telephone: (925) 989-2525
3  Facsimile: (925) 945-1655

4  August 12, 2008

**FILED**

AUG 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>v.<br><br>KONAMI<br><br>    Defendants. | CASE NO.: C08-01002 EDL<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: August 19, 2008<br>Time: 9:30 am<br>Courtroom: 15th Floor<br>Before: Hon. Judge LaPorte |

I hereby certify that on August 9, 2008, in a separate envelope I served the forgoing CMC Statement for the August 19th meeting by depositing a copy of mailing, first class mail, postage prepaid to the following:

United States District Court
450 Golden Gate Ave
San Francisco, CA 94102
Attn: Hon Judge LaPorte or Lilly

By: _____
Lou Ramondetta
"pro se"

PLAINTIFF'S SERVICE

CASE NO. C0801002 EDL