## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**               **Date:** August 19, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**      C-08-01002 EDL

**Title:**        LOU RAMONDETTA v. KONAMI, et al

**Attorneys:**    Plaintiff: Lou Ramondetta (pro se)    Defendant: Howard Cole, Suzanne Martin

**Deputy Clerk:**    Lili M. Harrell         **Court Reporter:** Belle Ball
                                             (Time: 22 min)


**PROCEEDINGS:**                                         **RULINGS:**

Defendant's Motion to Compel Arbitration and Dismiss and to         Hearing held
Determine Applicable Law


**ORDERED AFTER HEARING:** The parties agree to arbitration with certain terms as stated at the hearing. Case dismissed without prejudice.


**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**

Notes:


cc: