IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,  No. C-08-01002 EDL

        Plaintiff,  **ORDER DISMISSING CASE WITHOUT PREJUDICE**

  v.

KONAMI,

        Defendant.

      Defendant Konami Gaming, Inc.'s motion to compel arbitration and dismiss came on for hearing on August 19, 2008. At that hearing, the parties agreed to arbitration pursuant to the following terms:

      1.    The parties will arbitrate the case in the San Francisco Bay Area in California.

      2.    The parties agree to arbitration in front of the AAA.

      3.    The arbitrator will decide whether California or Nevada law applies to the arbitration.

      4.    The parties will each provide a list of five qualified arbitrators, exchange their proposed lists, and each side may strike three arbitrators from each of those lists. While Defendant prefers arbitrators that have licenses in both Nevada and California, Defendant agrees that the selected arbitrators may be licensed in California only.

      5.    Defendant shall pay for the costs of arbitration unless otherwise ordered by the arbitrator.

///

///

///

In accordance with the above agreement, it is hereby ORDERED that the case is DISMISSED WITHOUT PREJUDICE. The clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: August 19, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | Case Number: CV08-01002 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KONAMI et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: August 19, 2008

Richard W. Wieking, Clerk

*Lili M Harrell*

By: Lili M. Harrell, Deputy Clerk